# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | Civil Action No. |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | Hon. |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: _____

*Signature of Clerk or Deputy Clerk*

Date of Issuance: _____

# Summons and Complaint Return of Service

Case No.

Hon.

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:

Date of Service: _____

## Method of Service

____  Personally served at this address:

_____
_____
_____

____  Left copies at the usual place of abode with (name of person):

_____
_____
_____

____  Other (specify):

_____
_____
_____

____  Returned unexecuted (reason):

_____
_____
_____

## Service Fees:    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. |
| | ) | |
| v. | ) | |
| | ) | Hon. |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:

          A lawsuit has been filed against you.

          Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

          If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: _____

        *Signature of Clerk or Deputy Clerk*

        Date of Issuance: _____

# Summons and Complaint Return of Service

Case No.

Hon.

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:

Date of Service:  _____

## Method of Service

____  Personally served at this address:

_____
_____

____  Left copies at the usual place of abode with (name of person):

_____
_____
_____

____  Other (specify):

_____
_____
_____

____  Returned unexecuted (reason):

_____
_____
_____

## Service Fees:     Travel $_____     Service $_____     Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:  _____

Signature of Server:  _____

Date:  _____

Server's Address:  _____

_____

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

|  |  |
|---|---|
| *Plaintiff,* | Civil Action No. |
| v. | |
| *Defendant.* | Hon. |

## SUMMONS IN A CIVIL ACTION

To:

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: _____

*Signature of Clerk or Deputy Clerk*

Date of Issuance: _____

# Summons and Complaint Return of Service

Case No.

Hon.

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:

Date of Service: _____

## Method of Service

____ Personally served at this address:

_____
_____
_____

____ Left copies at the usual place of abode with (name of person):

_____
_____
_____

____ Other (specify):

_____
_____
_____

____ Returned unexecuted (reason):

_____
_____
_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | Civil Action No. |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | Hon. |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: _____

*Signature of Clerk or Deputy Clerk*

Date of Issuance: _____

# Summons and Complaint Return of Service

Case No.

Hon.

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:

Date of Service: _____

## Method of Service

____ Personally served at this address:

_____
_____
_____

____ Left copies at the usual place of abode with (name of person):

_____
_____
_____

____ Other (specify):

_____
_____
_____

____ Returned unexecuted (reason):

_____
_____
_____

## Service Fees:     Travel $_____     Service $_____     Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

_____
_____

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

|  |  |  |
|---|---|---|
| *Plaintiff,* | ) ) ) ) | Civil Action No. |
| v. | ) ) ) | Hon. |
| *Defendant.* | ) ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To:

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: _____

*Signature of Clerk or Deputy Clerk*

Date of Issuance: _____

# Summons and Complaint Return of Service

Case No.

Hon.

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:

Date of Service: _____

## Method of Service

____ Personally served at this address:

_____
_____

____ Left copies at the usual place of abode with (name of person):

_____
_____
_____

____ Other (specify):

_____
_____
_____

____ Returned unexecuted (reason):

_____
_____
_____

## Service Fees: 
Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

# UNITED STATES DISTRICT COURT
for the
## Eastern District of Michigan

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | Civil Action No. |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | Hon. |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: _____

   *Signature of Clerk or Deputy Clerk*

Date of Issuance: _____

# Summons and Complaint Return of Service

Case No.

Hon.

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:

Date of Service: _____

## Method of Service

____ Personally served at this address:

_____
_____
_____

____ Left copies at the usual place of abode with (name of person):

_____
_____
_____

____ Other (specify):

_____
_____
_____

____ Returned unexecuted (reason):

_____
_____
_____

## Service Fees:     Travel $_____     Service $_____     Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

_____
_____

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. |
| | ) | |
| v. | ) | |
| | ) | Hon. |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:



If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*

By: _____

*Signature of Clerk or Deputy Clerk*

Date of Issuance: _____

# Summons and Complaint Return of Service

Case No.

Hon.

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:

Date of Service: _____

## Method of Service

____ Personally served at this address:

_____
_____
_____

____ Left copies at the usual place of abode with (name of person):

_____
_____
_____

____ Other (specify):

_____
_____
_____

____ Returned unexecuted (reason):

_____
_____
_____

## Service Fees:     Travel $_____     Service $_____     Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | Hon. |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: _____

        *Signature of Clerk or Deputy Clerk*

        Date of Issuance: _____

# Summons and Complaint Return of Service

Case No.

Hon.

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:

Date of Service: _____

## Method of Service

____ Personally served at this address:

_____
_____

____ Left copies at the usual place of abode with (name of person):

_____
_____
_____

____ Other (specify):

_____
_____
_____

____ Returned unexecuted (reason):

_____
_____
_____

## Service Fees:       Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

|  |  |  |
|---|---|---|
| *Plaintiff,* | ) ) ) ) | Civil Action No. |
| v. | ) ) ) | Hon. |
| *Defendant.* | ) ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To:

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: _____

*Signature of Clerk or Deputy Clerk*

Date of Issuance: _____

# Summons and Complaint Return of Service

Case No.

Hon.

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:

Date of Service: _____

## Method of Service

____ Personally served at this address:

_____
_____
_____

____ Left copies at the usual place of abode with (name of person):

_____
_____
_____

____ Other (specify):

_____
_____
_____

____ Returned unexecuted (reason):

_____
_____
_____

## Service Fees:     Travel $_____     Service $_____     Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

_____
_____

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

|  |  |  |
|---|---|---|
| *Plaintiff,* | ) ) ) ) | Civil Action No. |
| v. | ) ) ) | Hon. |
| *Defendant.* | ) ) ) ) | |

### SUMMONS IN A CIVIL ACTION

To:

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: _____

*Signature of Clerk or Deputy Clerk*

Date of Issuance: _____

# Summons and Complaint Return of Service

Case No.

Hon.

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:

Date of Service: _____

## Method of Service

____ Personally served at this address:

_____

_____

____ Left copies at the usual place of abode with (name of person):

_____

_____

_____

____ Other (specify):

_____

_____

_____

____ Returned unexecuted (reason):

_____

_____

_____

## Service Fees:     Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

_____

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | Civil Action No. |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | Hon. |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

### SUMMONS IN A CIVIL ACTION

To:

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: _____

      *Signature of Clerk or Deputy Clerk*

Date of Issuance: _____

# Summons and Complaint Return of Service

Case No.

Hon.

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:

Date of Service: _____

## Method of Service

____ Personally served at this address:

_____
_____
_____

____ Left copies at the usual place of abode with (name of person):

_____
_____
_____

____ Other (specify):

_____
_____
_____

____ Returned unexecuted (reason):

_____
_____
_____

## Service Fees:     Travel $_____     Service $_____     Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
|  | ) | Civil Action No. |
| *Plaintiff,* | ) |  |
|  | ) |  |
| v. | ) |  |
|  | ) | Hon. |
|  | ) |  |
|  | ) |  |
| *Defendant.* | ) |  |

## SUMMONS IN A CIVIL ACTION

To:

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: _____

*Signature of Clerk or Deputy Clerk*

Date of Issuance: _____

# Summons and Complaint Return of Service

Case No.

Hon.

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:

Date of Service: _____

## Method of Service

____ Personally served at this address:

_____
_____

____ Left copies at the usual place of abode with (name of person):

_____
_____
_____

____ Other (specify):

_____
_____
_____

____ Returned unexecuted (reason):

_____
_____
_____

## Service Fees:        Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | Civil Action No. |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | Hon. |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: _____

    *Signature of Clerk or Deputy Clerk*

    Date of Issuance: _____

# Summons and Complaint Return of Service

Case No.

Hon.

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:

Date of Service: _____

## Method of Service

____ Personally served at this address:

____ Left copies at the usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

## Service Fees:    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | Civil Action No. |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | Hon. |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: _____

*Signature of Clerk or Deputy Clerk*

Date of Issuance: _____

# Summons and Complaint Return of Service

Case No.

Hon.

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:

Date of Service: _____

## Method of Service

____ Personally served at this address:

_____
_____
_____

____ Left copies at the usual place of abode with (name of person):

_____
_____
_____

____ Other (specify):

_____
_____
_____

____ Returned unexecuted (reason):

_____
_____
_____

## Service Fees:     Travel $_____     Service $_____     Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. |
| | ) | |
| v. | ) | |
| | ) | Hon. |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

### SUMMONS IN A CIVIL ACTION

To:

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: _____

*Signature of Clerk or Deputy Clerk*

Date of Issuance: _____

# Summons and Complaint Return of Service

Case No.

Hon.

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:

Date of Service: _____

## Method of Service

____ Personally served at this address:

____ Left copies at the usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

## Service Fees:     Travel $_____     Service $_____     Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | Civil Action No. |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | Hon. |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: _____

*Signature of Clerk or Deputy Clerk*

Date of Issuance: _____

# Summons and Complaint Return of Service

Case No.

Hon.

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:

Date of Service: _____

## Method of Service

____ Personally served at this address:

_____
_____
_____

____ Left copies at the usual place of abode with (name of person):

_____
_____
_____

____ Other (specify):

_____
_____
_____

____ Returned unexecuted (reason):

_____
_____
_____

## Service Fees:   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

_____

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. |
| | ) | |
| v. | ) | |
| | ) | Hon. |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:



A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:




If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*

By: _____

     *Signature of Clerk or Deputy Clerk*

Date of Issuance: _____

# Summons and Complaint Return of Service

Case No.

Hon.

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:

Date of Service: _____

## Method of Service

____ Personally served at this address:

_____
_____
_____


____ Left copies at the usual place of abode with (name of person):

_____
_____
_____


____ Other (specify):

_____
_____
_____


____ Returned unexecuted (reason):

_____
_____
_____


## Service Fees:     Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

|  |  |
|---|---|
| *Plaintiff,* | ) ) ) ) |
| v. | ) ) ) |
| *Defendant.* | ) ) ) ) |

Civil Action No.

Hon.

### SUMMONS IN A CIVIL ACTION

To:

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: _____

   *Signature of Clerk or Deputy Clerk*

Date of Issuance: _____

# Summons and Complaint Return of Service

Case No.

Hon.

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:

Date of Service: _____

## Method of Service

____ Personally served at this address:

_____
_____
_____

____ Left copies at the usual place of abode with (name of person):

_____
_____
_____

____ Other (specify):

_____
_____
_____

____ Returned unexecuted (reason):

_____
_____
_____

## Service Fees:      Travel $_____      Service $_____      Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | Civil Action No. |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | Hon. |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

      If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: _____

           *Signature of Clerk or Deputy Clerk*

           Date of Issuance: _____

# Summons and Complaint Return of Service

Case No.

Hon.

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:

Date of Service: _____

## Method of Service

____ Personally served at this address:

_____
_____

____ Left copies at the usual place of abode with (name of person):

_____
_____
_____

____ Other (specify):

_____
_____
_____

____ Returned unexecuted (reason):

_____
_____
_____

## Service Fees:    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

|  |  |
|---|---|
| ) | |
| ) | |
| ) | Civil Action No. |
| *Plaintiff,* ) | |
| ) | |
| v. ) | |
| ) | Hon. |
| ) | |
| ) | |
| *Defendant.* ) | |

**SUMMONS IN A CIVIL ACTION**

To:

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: _____

*Signature of Clerk or Deputy Clerk*

Date of Issuance: _____

# Summons and Complaint Return of Service

Case No.

Hon.

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:

Date of Service: _____

## Method of Service

____ Personally served at this address:

_____

____ Left copies at the usual place of abode with (name of person):

_____

____ Other (specify):

_____

____ Returned unexecuted (reason):

_____

## Service Fees:   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

# United States District Court
for the
## Eastern District of Michigan

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. |
| | ) | |
| v. | ) | |
| | ) | Hon. |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: _____

*Signature of Clerk or Deputy Clerk*

Date of Issuance: _____

# Summons and Complaint Return of Service

Case No.

Hon.

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:

Date of Service: _____

## Method of Service

____ Personally served at this address:

_____
_____

____ Left copies at the usual place of abode with (name of person):

_____
_____
_____

____ Other (specify):

_____
_____
_____

____ Returned unexecuted (reason):

_____
_____
_____

## Service Fees:   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

_____

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No. |
| | ) | |
| v. | ) | |
| | ) | Hon. |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: _____

*Signature of Clerk or Deputy Clerk*

Date of Issuance: _____

# Summons and Complaint Return of Service

Case No.

Hon.

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:

Date of Service: _____

## Method of Service

____ Personally served at this address:

_____

_____

____ Left copies at the usual place of abode with (name of person):

_____

_____

_____

____ Other (specify):

_____

_____

_____

____ Returned unexecuted (reason):

_____

_____

_____

## Service Fees:     Travel $_____     Service $_____     Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

_____

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

|  |  |
|---|---|
| ) | |
| ) | |
| ) | **Civil Action No.** |
| *Plaintiff,* ) | |
| ) | |
| v. ) | |
| ) | **Hon.** |
| ) | |
| ) | |
| *Defendant.* ) | |

**SUMMONS IN A CIVIL ACTION**

To:

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: _____

*Signature of Clerk or Deputy Clerk*

Date of Issuance: _____

# Summons and Complaint Return of Service

Case No.

Hon.

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:

Date of Service: _____

## Method of Service

____ Personally served at this address:

_____
_____

____ Left copies at the usual place of abode with (name of person):

_____
_____
_____

____ Other (specify):

_____
_____
_____

____ Returned unexecuted (reason):

_____
_____
_____

## Service Fees:     Travel $_____     Service $_____     Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____

# UNITED STATES DISTRICT COURT
for the
## Eastern District of Michigan

<table>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td><em>Plaintiff,</em></td><td>)</td><td>Civil Action No.</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td>v.</td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td>Hon.</td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td></td><td>)</td><td></td></tr>
<tr><td><em>Defendant.</em></td><td>)</td><td></td></tr>
</table>

### SUMMONS IN A CIVIL ACTION

To:

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: _____

     *Signature of Clerk or Deputy Clerk*

     Date of Issuance: _____

# Summons and Complaint Return of Service

Case No.

Hon.

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:

Date of Service: _____

## Method of Service

____   Personally served at this address:

_____
_____

____   Left copies at the usual place of abode with (name of person):

_____
_____
_____

____   Other (specify):

_____
_____
_____

____   Returned unexecuted (reason):

_____
_____
_____

## Service Fees:      Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____