IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHOSHANA HEBSHI,

    Plaintiff,                                     Case No. 13-10253

v.                                                Hon. Marianne O. Battani

UNITED STATES OF AMERICA, et al.,

    Defendants.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Sarah Mehta is entering her appearance on behalf of the plaintiff in the above-captioned case.

                                              /s/ Sarah Mehta
                                              Sarah Mehta (P76024)
                                              American Civil Liberties Union
                                                 Fund of Michigan
                                              2966 Woodward Avenue
                                              Detroit, MI 48201
                                              (313) 578-6823
                                              smehta@aclumich.org

Dated: January 23, 2013