**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

_____

SHOSHANA HEBSHI,

      Plaintiff,

v.

UNITED STATES OF AMERICA;
FRONTIER AIRLINES, INC.; JOHN BRAND, in his individual capacity; JOHN DOE 1, Unknown employee of the FBI, in his individual capacity; JOHN DOE 2, Unknown Agent of the FBI, in his individual capacity; JANE DOE, Unknown Agent of the FBI, in her individual capacity; MARK DEBEAU, in his individual capacity; JEREMY BOHN, in his individual capacity; PATRICK DRISCOLL, in his individual capacity; OFFICER GRANT, in his individual capacity; LT. M. WASIUKANIS, in his individual capacity; TOYA PARKER, in her individual capacity; DT. CARMONA, in his or her individual capacity; OFFICER JOHNSON, in his individual capacity; CORPORAL BRADLEY, in his or her individual capacity; JOHN DOE 3, Unknown employee of CBP, in his individual capacity; THOMAS PIPIS, in his individual capacity; DAVID LAKATOS, in his individual capacity; NATHANIEL DEVINS, in his individual capacity; JOHN DOE 4, employee of TSA, in his individual capacity; ROBERT BALL, in his individual capacity; JOHN DOE 5, Unknown employee of ICE, in his individual capacity; PAUL BRUMLEY, in his individual capacity;

      Defendants.

Honorable Marianne O. Battani
Magistrate Judge Laurie J. Michelson
Case No. 13-10253

_____/

## **APPEARANCE OF MIRIAM R. NEMETH**

| | |
|---|---|
| /s/ Sarah Mehta (P76024)<br>Michael J. Steinberg (P43085)<br>Kary L. Moss (P49759)<br>American Civil Liberties Union<br>   Fund of Michigan<br>2966 Woodward Avenue<br>Detroit, MI 48201<br>(313) 578-6823<br>smehta@aclumich.org<br>msteinberg@aclumich.org<br>kmoss@aclumich.org | /s/ William H. Goodman (P14173)<br>Julie H. Hurwitz (P34720)<br>Kathryn Bruner James (P71374)<br>Miriam R. Nemeth (P76789)<br>Goodman & Hurwitz, P.C.<br>Cooperating Attorneys, American Civil<br>   Liberties Union Fund of Michigan<br>1394 E. Jefferson Ave.<br>Detroit, MI 48207<br>(313) 567-6170<br>bgoodman@goodmanhurwitz.com<br>jhurwitz@goodmanhurwitz.com<br>kjames@goodmanhurwitz.com<br>mnemeth@goodmanhurwitz.com |
| /s/ Dennis D. Parker*<br>Rachel E. Goodman*<br>Ayirini Fonseca-Sabune*<br>American Civil Liberties Union Foundation<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>(212) 549-2500/Fax: (212) 549-2651<br>dparker@aclu.org<br>lschwartztol@aclu.org<br>rgoodman@aclu.org | /s/ Anna Engh*<br>Shelli Calland*<br>Arjun Sethi*<br>Sarah Tremont (P73809)<br>Covington & Burling LLP<br>1201 Pennsylvania Ave., N.W.<br>Washington D.C. 20004<br>(202) 662-6000<br>aengh@cov.com<br>scalland@cov.com<br>asethi@cov.com<br>STremont@cov.com<br><br>*Attorneys for Plaintiff*<br>* *Application for admission pending* |

# APPEARANCE

    Please take notice that Miriam R. Nemeth of Goodman & Hurwitz, P.C. hereby enters her appearance as co-counsel for Plaintiff in the above-captioned case.

    Respectfully submitted,

**GOODMAN & HURWITZ, P.C.**

BY:  *s/Miriam R. Nemeth*
Miriam R. Nemeth (P76789)
*Attorney for Plaintiff*
1394 E. Jefferson Ave.
Detroit, MI 48207
313-567-6170
mnemeth@goodmanhurwitz.com

Dated:  February 4, 2013