UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SHOSHANA HEBSHI,

    Plaintiff,

v.

UNITED STATES OF AMERICA, FRONTIER AIRLINES, INC., JOHN BRAND, in his individual capacity, UNKNOWN FBI AGENT 1, in his individual capacity, UNKOWN FBI AGENT 2, in his individual capacity, JOHN ETLING, in his individual capacity, MARK DEBEAU, in his individual capacity, JEREMY BOHN, in his individual capacity, CAPTAIN PATRICK DRISCOLL, in his individual capacity, OFFICER GRANT, in his individual capacity, LT M. WASIUKANIS, in his individual capacity, TOYA PARKER, in her individual capacity, DT. CARMONA, in his or her individual capacity, OFFICER JOHNSON, in his or her individual capacity, CORPORAL BRADLEY, in his or her individual capacity, UNKNOWN CBP OFFICER, in his individual capacity, THOMAS PIPIS, in his individual capacity, DAVID LAKOTOS, in his individual capacity, NATHANIEL DEVINS, in his individual capacity, UNKNOWN TSA AGENT 1, in his individual capacity, UNKNOWN TSA AGENT 2, in her individual capacity, ROBERT BALL, in his individual capacity, UNKNOWN ICE OFFICER, in his individual capacity, and PAUL BRUMLEY, in his individual capacity,

No. 2:13-cv-10253

Hon. Marianne O. Battani
Magistrate Laurie Michelson

APPEARANCE OF
ALAN B. HAVIS, ESQ

PROOF OF SERVICE
The undersigned certifies that the foregoing Instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses as described on the pleadings on _____2/27_____, 20 _13_
By: ☐ U.S. Mail        ☐ FAX
☐ Hand Delivered   ☐ UPS
☐ Federal Express  ☒ Other
Signature: _____

---

| | |
|---|---|
| SARAH MEHTA (P76024) | ALAN B. HAVIS (P36988) |
| MICHAEL J. STEINBERG (P43085) | LAW OFFICES OF ALAN B. HAVIS ESQ. |
| KARY L. MOSS (P49759) | Attorney for Mark Debeau, Jeremy Bohn, |
| ACLU OF MICHIGAN | Captain Patrick Driscoll, Officer Grant, Lt. |
| Attorneys for Plaintiff | M. Wasiukanis, Toya Parker, Dt. Carmona |
| 2966 Woodward Avenue | Officer Johnson, and Coporal Bradley |
| Detroit, MI 48201 | 25505 W. 12 Mile Road, Suite 1000 |
| (313) 578-6823 | Southfield, MI 48034 |
| smehta@aclumich.org | (248) 353-3690 |
| msteinberge@aclumich.org | ahavis@AirportDefender.com |
| kmoss@aclumich.org | |

1

DENNIS D. PARKER
RACHEL E. GOODMAN
AYIRINI FONSCECA-SABUNE
ACLU
Attorneys for Plaintiff
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
(212) 549-2651
dparker@aclu.org
rgoodman@aclu.org
afonseca-sabune@aclu.org

WILLIAM H. GOODMAN (P14173)
JULIE HORWITZ (P34720)
KATHRYN BRUNER JAMES (P71374)
GOODMAN & HURWITZ PC
Attorneys for Plaintiff
1394 E. Jefferson Avenue
Detroit, MI 48207
(313) 567-6170
bgoodman@goodmanhurwitz.com
jurwitz@goodmanhurwitz.com
kjames@goodmanhurwitz.com

ANNA ENGH
SHELLI CALLAND
ARJUN SETH
SARAH TREMONT (P73809)
COVINGTON & BURLING LLP
Attorneys for Plaintiff
1201 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 662-6000
aengh@cov.com
scalland@cov.com
Aasethi@cov.com
stremont@cov.com

## APPEARANCE

Please enter my appearance as Counsel for Defendants Mark Debeau, Jeremy Bohn, Captain Patrick Driscoll, Officer Grant, Lt. M. Wasiukanis, Toya Parker, Dt. Carmona, Officer Johnson, and Corporal Bradley.

Respectfully submitted,

**LAW OFFICE OF ALAN B. HAVIS, ESQ.**

Date: February 27, 2012              /s/ Alan B. Havis