IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SHOSHANA HEBSHI<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>    Defendants | Case No. 4:13-cv-10253-TGB-LJM<br><br>Hon. Terrence G. Berg |

**APPEARANCE OF RACHEL E. GOODMAN**

/s/ Sarah Mehta (P76024)
Michael J. Steinberg (P43085)
Kary L. Moss (P49759)
American Civil Liberties Union
   Fund of Michigan
2966 Woodward Avenue
Detroit, MI 48201
(313) 578-6823
smehta@aclumich.org
msteinberg@aclumich.org
kmoss@aclumich.org


/s/ Dennis D. Parker
Rachel E. Goodman
American Civil Liberties Union
   Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
Facsimile: (212) 549-2651
dparker@aclu.org
rgoodman@aclu.org

/s/ William H. Goodman (P14173)
Julie H. Hurwitz (P34720)
Kathryn Bruner James (P71374)
Goodman & Hurwitz, P.C.
Cooperating Attorneys, American Civil
    Liberties Union Fund of Michigan
1394 E. Jefferson Ave.
Detroit, MI 48207
(313) 567-6170
bgoodman@goodmanhurwitz.com
jhurwitz@goodmanhurwitz.com
kjames@goodmanhurwitz.com

/s/ Anna Engh*
Shelli Calland*
Arjun Sethi*
Sarah Tremont (P73809)
Covington & Burling LLP
1201 Pennsylvania Ave., N.W.
Washington D.C. 20004
T:   (202) 662-6000
aengh@cov.com
scalland@cov.com
asethi@cov.com
stremont@cov.com

*Attorneys for Plaintiff*

* *Application for admission pending*

## **NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Rachel E. Goodman is entering her appearance as co-counsel on behalf of the plaintiff in the above-captioned case.

/s/ Rachel E. Goodman
Rachel E. Goodman (4879458)
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Telephone: (212) 549-2500
Facsimile: (212) 549-2651
dparker@aclu.org

Dated: March 29, 2013

Notice is hereby given that Elora Mukherjee is entering her appearance as council for Plaintiff James Morrow, and a Proposed Class of Similarly Situated Persons, for the purpose of receiving notice from the Court.

Respectfully submitted this 26th day of June, 2012.

_____

Elora Mukherjee, NY State Bar No. 4427233
emukherjee@aclu.org
ACLU Racial Justice Program
125 Broad Street, 18th Floor
New York, New York 10004
Phone: (212) 549-2664

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to _____ are being served this 26th day of June, 2012, with a copy of this document via Federal Express Overnight Mail. Any other counsel of record will be served by, electronic mail, facsimile transmission and/or first class mail on this same date.

_____

Elora Mukherjee

ACLU Racial Justice Program
125 Broad Street, 18th Floor
New York, New York 10004
Phone: (212) 549-2664