# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

| | |
|---|---|
| SHOSHANA HEBSHI, ) | |
| ) | |
|    Plaintiff, ) | Hon. Terrence G. Berg |
| ) | Magistrate Judge Laurie J. Michelson |
| v. ) | |
| ) | Case No. 4:13-cv-10253 |
| UNITED STATES OF AMERICA, et al., ) | |
| ) | |
|    Defendants. ) | |
| _____) | |

## NOTICE OF APPEARANCE

Please take notice that Sarah E. Whitman hereby enters her appearance in the above-captioned case as counsel for Defendants John Brand, John Etling, Thomas Pipis, David Lakatos, Nathanael Devins, Robert Ball, Paul Brumley and the United States of America.

Dated: March 29, 2013

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General
Civil Division

RUPA BHATTACHARYYA
Director
Torts Branch, Civil Division

C. SALVATORE D'ALESSIO
Assistant Director

/s/Sarah E. Whitman
SARAH E. WHITMAN
MA Bar No. 657726
Trial Attorney
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-0089
Facsimile: (202) 616-4314

2

Email: Sarah.Whitman@usdoj.gov

*Counsel for Defendants John Brand, John Etling, Thomas Pipis, David Lakatos, Nathanael Devins, Robert Ball, Paul Brumley and the United States*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on March 29, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

**Julie H. Hurwitz: jhurwitz@goodmanhurwitz.com**
**Kathryn Bruner James: kjames@goodmanhurwitz.com**
**Miriam R. Nemeth: mnemeth@googmanhurwitz.com**
**Rachel E. Goodman: Rgoodman@aclu.org**
**Sarah L. Mehta: smehta@aclumich.org**
**William H. Goodman: bgoodman@goodmanhurwitz.com**
**Michael J. Steinberg: msteinberg@aclumich.org**
**Alan B. Havis: ahavis@airportdefender.com**

I further hereby certify that I have mailed by United States Postal Service the foregoing paper to the following non-ECF participants:

**None**

      /s/ Sarah E. Whitman
Sarah E. Whitman
Trial Attorney
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-0089
Email: Sarah.Whitman@usdoj.gov