**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | | |
|---|---|---|
| SHOSHANA HEBSHI, | ) | |
| | ) | |
| Plaintiff, | ) | Hon. Terrence G. Berg |
| | ) | Magistrate Judge Laurie J. Michelson |
| v. | ) | |
| | ) | Case No. 4:13-cv-10253 |
| UNITED STATES OF AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**NOTICE OF APPEARANCE**

Please take notice that Lynn Dodge hereby enters her appearance in the above-captioned case as counsel for Defendants John Brand, John Etling, Thomas Pipis, David Lakatos, Nathanael Devins, Robert Ball, Paul Brumley and the United States of America.

Dated: March 29, 2013        Respectfully submitted,

BARBARA L. MCQUADE
United States Attorney

*/s/* Lynn M. Dodge
LYNN M. DODGE (P38136)
Assistant United States Attorney
United States Attorney's Office
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-0205
Email: Lynn.Dodge@usdoj.gov

*Counsel for Defendants John Brand, John Etling, Thomas Pipis, David Lakatos, Nathanael Devins, Robert Ball, Paul Brumley and the United States*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on March 29, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

**Julie H. Hurwitz: jhurwitz@goodmanhurwitz.com**
**Kathryn Bruner James: kjames@goodmanhurwitz.com**
**Miriam R. Nemeth: mnemeth@googmanhurwitz.com**
**Rachel E. Goodman: Rgoodman@aclu.org**
**Sarah L. Mehta: smehta@aclumich.org**
**William H. Goodman: bgoodman@goodmanhurwitz.com**
**Michael J. Steinberg: msteinberg@aclumich.org**
**Alan B. Havis: ahavis@airportdefender.com**

I further hereby certify that I have mailed by United States Postal Service the foregoing paper to the following non-ECF participants:

**None**

>  */s/* Lynn M. Dodge
> LYNN M. DODGE (P38136)
> Assistant United States Attorney
> United States Attorney's Office
> 211 W. Fort Street, Suite 2001
> Detroit, MI 48226
> (313) 226-0205
> Email: Lynn.Dodge@usdoj.gov