UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHOSHANA HEBSHI,

    Plaintiff,

v.                                                                 Case No. 13-10253
                                                     Honorable Terrence G. Berg
UNITED STATES OF AMERICA, et al.,     Magistrate Judge Laurie J. Michelson

    Defendants.
_____/

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that Sarah E. Tremont is entering her appearance on behalf of Plaintiff Shoshana Hebshi in this case.

                                                                              s/Sarah E. Tremont
                                                                              Sarah E. Tremont
                                                                              Covington & Burling LLP
                                                                              1201 Pennsylvania Ave., N.W.
                                                                              Washington, D.C.  20004
                                                                              (202) 662-6000
                                                                              stremont@cov.com

Dated: March 29, 2013

## **CERTIFICATE OF SERVICE**

     I hereby certify that on March 29, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to the following: Lynn Marie Dodge, Sarah E. Whitman, and Alan B. Havis.

                                           s/Sarah E. Tremont
                                           Sarah E. Tremont
                                           Covington & Burling LLP
                                           1201 Pennsylvania Ave., N.W.
                                           Washington, D.C.  20004
                                           (202) 662-6000
                                           stremont@cov.com