2:13-cv-10253-MOB-LJM   Doc # 2   Filed 01/23/13   Pg 2 of 48   Pg ID 29

AO 440 (Rev. 12/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 13-10253
Hon. Marianne O. Battani

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:   United States of America

Date of Service:   February 11, 2013

## Method of Service

___ Personally served at this address:

___ Left copies at the usual place of abode with (name of person):

✓ Other (specify): Certified mail, return receipt requested, to the following entities: the U.S. Attorney for the Eastern District of Michigan, the U.S. Attorney General, the Federal Bureau of Investigation, U.S. Customs & Border Protection, the Transportation Security Administration, and U.S. Immigration & Customs Enforcement

___ Returned unexecuted (reason):

**Service Fees:**    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:   Sarah Tremont
Signature of Server:   Sarah Tremont
Date:   3/5/13
Server's Address:   Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004-2401

AO 440 (Rev. 12/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 2:13-cv-10253-MOB-LJM
Hon. Marianne O. Battani

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant
Served:     United States Attorney

Date of Service:   February 11, 2013

## Method of Service

\_\_\_\_ Personally served at this address:

\_\_\_\_ Left copies at defendant's usual place of abode with (name of person):

√ Other (specify): Certified mail, return receipt requested, to the United States Attorney for the Eastern District of Michigan

\_\_\_\_ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:   Sarah Tremont

Signature of Server:   Sarah Tremont

Date:   3/5/13

Server's Address:   Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401

2:13-cv-10253-MOB-LJM   Doc # 3   Filed 01/23/13   Pg 4 of 4   Pg ID 79

AO 440 (Rev. 12/09) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 2:13-cv-10253-MOB-LJM
Hon. Marianne O. Battani

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant
Served:                    Office of the Attorney General

Date of Service:           February 12, 2013

### Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

√ Other (specify): Certified mail, return receipt requested

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

### Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:        Sarah Tremont

Signature of Server:   Sarah Tremont

Date:                  3/5/13

Server's Address:      Covington & Burling LLP
                       1201 Pennsylvania Avenue, N.W.
                       Washington, DC 20004-2401

# USPS.com® - Track & Confirm

**USPS.COM**

Search USPS.com or Track Packages

Quick Tools | Ship a Package | Send Mail | Manage Your Mail | Shop | Business Solutions

## Track & Confirm

GET EMAIL UPDATES   PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70101060000106055435 | | Delivered | February 11, 2013, 11:47 am | DETROIT, MI 48226 | Certified Mail™ |
| | | Processed through USPS Sort Facility | February 11, 2013, 5:50 am | DETROIT, MI 48233 | |
| | | Depart USPS Sort Facility | February 09, 2013 | CAPITOL HEIGHTS, MD 20790 | |
| | | Processed through USPS Sort Facility | February 08, 2013, 9:32 pm | CAPITOL HEIGHTS, MD 20790 | |
| | | Acceptance | February 08, 2013, 3:42 pm | WASHINGTON, DC 20004 | |

### Check on Another Item

What's your label (or receipt) number?

Find



LEGAL | ON USPS.COM | ON ABOUT.USPS.COM
Privacy Policy | Government Services | About USPS Home
Terms of Use | Buy Stamps & Shop | Newsroom
FOIA | Print a Label with Postage | Mail Service Updates
No FEAR Act EEO Data | Customer Service | Forms & Publications
 | Site Index | Careers

Copyright© 2013 USPS. All Rights Reserved.

https://tools.usps.com/go/TrackConfirmAction.action    2/16/2013

# USPS.COM

English | Customer Service | USPS Mobile | Register / Sign In

Search USPS.com or Track Packages

Quick Tools | Ship a Package | Send Mail | Manage Your Mail | Shop | Business Solutions

## Track & Confirm

GET EMAIL UPDATES | PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70101060000106055442 | | Delivered | February 11, 2013, 10:52 am | WASHINGTON, DC 20530 | Certified Mail™ |
| | | Notice Left (No Authorized Recipient Available) | February 11, 2013, 10:50 am | WASHINGTON, DC 20530 | |
| | | Arrival at Unit | February 11, 2013, 10:02 am | WASHINGTON, DC 20018 | |
| | | Depart USPS Sort Facility | February 09, 2013 | CAPITOL HEIGHTS, MD 20790 | |
| | | Processed through USPS Sort Facility | February 08, 2013, 9:32 pm | CAPITOL HEIGHTS, MD 20790 | |
| | | Acceptance | February 08, 2013, 3:42 pm | WASHINGTON, DC 20004 | |

**Check on Another Item**

What's your label (or receipt) number?

Find

### U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

Sarah Tremont

| | |
|---|---|
| Postage | $ 2.52 |
| Certified Fee | 3.10 |
| Return Receipt Fee (Endorsement Required) | 2.55 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.17 |

Postmark Here — FEB 08 2013

Sent To: Attorney General of the United States
Street, Apt. No.; or PO Box No. 950 Pennsuylvania Avenue, N.W.
City, State, ZIP+4 Washington, DC 20530-0001

PS Form 3800, August 2006 — See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Attorney General of the
   United States
   U.S. Department of Justice
   950 Pennsylvania Avenue, N.W.
   Washington, DC 20530-0001

A. Signature
   X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery FEB 11 2013

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail ☐ Express Mail
   ☐ Registered ☐ Return Receipt for Merchandise
   ☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7010 1060 0001 0605 5442

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

LEGAL
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

ON USPS.COM
Government Services
Buy Stamps & Shop
Print a Label with Postage
Customer Service
Site Index

ON ABOUT.USPS.COM
About USPS
Newsroom
Mail Service
Forms & Pub
Careers

Copyright© 2013 USPS. All Rights Reserved.

English  Customer Service  USPS Mobile                                          Register / Sign In

**USPS.COM**

Search USPS.com or Track Packages

Quick Tools     Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

# Track & Confirm

GET EMAIL UPDATES   PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70101060000106055183 | | Delivered | February 12, 2013, 5:15 am | WASHINGTON, DC 20535 | Certified Mail™ |
| | | Notice Left (No Authorized Recipient Available) | February 11, 2013, 10:35 am | WASHINGTON, DC 20535 | |
| | | Arrival at Unit | February 11, 2013, 10:23 am | WASHINGTON, DC 20018 | |
| | | Depart USPS Sort Facility | February 09, 2013 | CAPITOL HEIGHTS, MD 20790 | |
| | | Processed through USPS Sort Facility | February 08, 2013, 9:32 pm | CAPITOL HEIGHTS, MD 20790 | |
| | | Acceptance | February 08, 2013, 3:42 pm | WASHINGTON, DC 20004 | |

**Check on Another Item**

What's your label (or receipt) number?

Find

| LEGAL | ON USPS.COM | ON ABOUT.USPS.COM | OTHER USPS SITES |
|---|---|---|---|
| Privacy Policy › | Government Services › | About USPS Home › | Business Customer Gateway › |
| Terms of Use › | Buy Stamps & Shop › | Newsroom › | Postal Inspectors › |
| FOIA › | Print a Label with Postage › | Mail Service Updates › | Inspector General › |
| No FEAR Act EEO Data › | Customer Service › | Forms & Publications › | Postal Explorer › |
| | Site Index › | Careers › | |

Copyright© 2013 USPS. All Rights Reserved.



https://tools.usps.com/go/TrackConfirmAction.action                     2/16/2013

English  Customer Service  USPS Mobile                                            Register / Sign In

**USPS.COM**                                                   Search USPS.com or Track Packages

Quick Tools        Ship a Package     Send Mail     Manage Your Mail    Shop      Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70101060000106055176 | | Delivered | February 11, 2013, 11:12 am | WASHINGTON, DC 20229 | Certified Mail™ |
| | | Arrival at Unit | February 11, 2013, 8:36 am | WASHINGTON, DC 20018 | |
| | | Depart USPS Sort Facility | February 09, 2013 | CAPITOL HEIGHTS, MD 20790 | |
| | | Processed through USPS Sort Facility | February 08, 2013, 9:32 pm | CAPITOL HEIGHTS, MD 20790 | |
| | | Acceptance | February 08, 2013, 3:42 pm | WASHINGTON, DC 20004 | |

**Check on Another Item**

What's your label (or receipt) number?

Find

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Sarah Tremont

Postage  $  2.12
Certified Fee     3.10
Return Receipt Fee (Endorsement Required)  2.55
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees  $  7.77

Postmark Here

Sent To U.S. Customs and Border Protection
        Office of the Chief Counsel
Street, Apt. No.; 1300 Pennsylvania Avenue, N W
or PO Box No.
City, State, ZIP+4 Washington, DC 20229

PS Form 3800, August 2006                  See Reverse for Instructions

**LEGAL**              **ON USPS.COM**            **ON ABOUT**
Privacy Policy         Government Services         About USPS
Terms of Use           Buy Stamps & Shop           Newsroom
FOIA                   Print a Label with Postage  Mail Service
No FEAR Act EEO Data   Customer Service            Forms & Pu
                       Site Index                  Careers

Copyright© 2013 USPS. All Rights Reserved.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U S Customs and Border
   Protection Office of the
   Chief Counsel
   1300 Pennsylvania Avenue, N.W.
   Washington, DC 20229

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature] official capacity_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery
Helga Taylor                    2/13/13

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
   (Transfer from service label)
   7010 1060 0001 0605 5176

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

https://tools.usps.com/go/TrackConfirmAction.action                       2/16/2013





