2:13-cv-10253-MOB-LJM Doc # 2 Filed 01/23/13 Pg 48 of 48 Pg ID 75

AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 13-10253
Hon. Marianne O. Battani

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: Paul Brumley

Date of Service: February 11, 2013

## Method of Service

____ Personally served at this address:

____ Left copies at the usual place of abode with (name of person):

✓ Other (specify): Certified mail, return receipt requested, to the U.S. Attorney for the Eastern District of Michigan, the U.S. Attorney General and Ventura V. Ramos of the U.S. Immigration + Customs Enforcement Office of the Principal Legal Advisor (see attached letter)

____ Returned unexecuted (reason):

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: Sarah Tremont
Signature of Server: Sarah Tremont
Date: 3/5/13
Server's Address: Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004-2401



*Office of the Principal Legal Advisor*

U.S. Department of Homeland Security
26 Federal Plaza, 11th Floor Litigation
New York, NY 10278

**U.S. Immigration and Customs Enforcement**

January 30, 2013

**VIA FIRST CLASS MAIL AND EMAIL, smehta@aclumich.org**

Sara Mehta, Esq.
ACLU Foundation of Michigan
2966 Woodward Avenue
Detroit, MI 48201

Re:   *Hebshi v. United States*, No. 13-10253 (E.D. Mich. filed Jan. 22, 2013), Service of Process on ICE Employee Paul J. Brumley

Dear Ms. Mehta:

I am an Associate Legal Advisor for Immigration and Customs Enforcement (ICE), Office of the Principal Legal Advisor (OPLA). On behalf of ICE individually-named Paul J. Brumley, ICE OPLA attorneys have been authorized to accept service of the summons and complaint in the above-referenced matter pursuant to federal regulations at 6 C.F.R. §§ 5.42-46. Accordingly, please serve the summons and complaint on behalf of the ICE Defendant, via certified mail, at the following address:

> Ventura V. Ramos, Jr.,
> Associate Legal Advisor
> Office of the Principal Legal Advisor
> U.S. Immigration and Customs Enforcement
> 26 Federal Plaza, Rm. 11th Floor Litigation
> New York, N.Y. 10278

Please note that this letter regarding authorization of service on behalf of Special Agent Brumley does not relieve the Plaintiff's responsibility to serve the United States in accordance with the Federal Rules of Civil Procedure

If you have any questions regarding service of the summons and complaint on ICE Special Agent Brumley, please do not hesitate to contact me at (212) 266-5138 or ventura.ramos@ice.dhs.gov.

Your attention to this matter would be greatly appreciated.

Sincerely,

*Ventura V. Ramos, Jr.*
Ventura V. Ramos, Jr.
Associate Legal Advisor



English   Customer Service   USPS Mobile                                                    Register / Sign In

**USPS.COM**                                                       Search USPS.com or Track Packages

Quick Tools        Ship a Package     Send Mail    Manage Your Mail    Shop    Business Solutions

# Track & Confirm

GET EMAIL UPDATES   PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70101060000106055442 | | Delivered | February 11, 2013, 10:52 am | WASHINGTON, DC 20530 | Certified Mail™ |
| | | Notice Left (No Authorized Recipient Available) | February 11, 2013, 10:50 am | WASHINGTON, DC 20530 | |
| | | Arrival at Unit | February 11, 2013, 10:02 am | WASHINGTON, DC 20018 | |
| | | Depart USPS Sort Facility | February 09, 2013 | CAPITOL HEIGHTS, MD 20790 | |
| | | Processed through USPS Sort Facility | February 08, 2013, 9:32 pm | CAPITOL HEIGHTS, MD 20790 | |
| | | Acceptance | February 08, 2013, 3:42 pm | WASHINGTON, DC 20004 | |

**Check on Another Item**

What's your label (or receipt) number?

Find

**LEGAL**                    **ON USPS.COM**              **ON ABOUT.**
Privacy Policy ›             Government Services ›        About USPS ›
Terms of Use ›               Buy Stamps & Shop ›          Newsroom ›
FOIA ›                       Print a Label with Postage › Mail Service
No FEAR Act EEO Data ›       Customer Service ›           Forms & Pub
                             Site Index ›                 Careers ›

Copyright© 2013 USPS. All Rights Reserved.

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

Sarah Tremont

| | |
|---|---|
| Postage | $ 2.52 |
| Certified Fee | 3.10 |
| Return Receipt Fee (Endorsement Required) | 2.55 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.17 |

Postmark Here — FEB 8 2013

Sent To: Attorney General of the United States
Street, Apt. No.; or PO Box No.: 950 Pennsuylvania Avenue, N.W.
City, State, ZIP+4: Washington, DC 20530-0001

PS Form 3800, August 2006                See Reverse for Instructions

7010 1060 0001 0605 5442

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Attorney General of the
   United States
   U.S. Department of Justice
   950 Pennsylvania Avenue, N.W.
   Washington, DC 20530-0001

A. Signature
X _____   ☐ Agent   ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
   7010 1060 0001 0605 5442

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

