AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 13-10253
Hon. Marianne O. Battani

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: Frontier Airlines, Inc.

Date of Service: March 19, 2013

## Method of Service

___ Personally served at this address:

___ Left copies at the usual place of abode with (name of person):

✓ Other (specify): Certified mail return receipt requested, to Paula L. Wegman, counsel for Frontier Airlines Inc. (see attached email correspondence).

___ Returned unexecuted (reason):

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: Sarah Tremont
Signature of Server: Sarah Tremont
Date: 3/29/13
Server's Address: Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004-2401

**Tremont, Sarah**

| | |
|---|---|
| **From:** | Paula L. Wegman <pwegman@AMM-LAW.com> |
| **Sent:** | Tuesday, March 12, 2013 9:06 AM |
| **To:** | Tremont, Sarah; Calland, Shelli |
| **Cc:** | Steven L. Boldt; Brian T. Maye |
| **Subject:** | Re: Shoshana Hebshi v. U.S.A., Frontier Airlines, et al., AMM File No. 13AZ025 |

Thank you.

---

**From**: Tremont, Sarah [mailto:STremont@cov.com]
**Sent**: Monday, March 11, 2013 04:37 PM
**To**: Paula L. Wegman; Calland, Shelli <scalland@cov.com>
**Cc**: Steven L. Boldt; Brian T. Maye
**Subject**: RE: Shoshana Hebshi v. U.S.A., Frontier Airlines, et al., AMM File No. 13AZ025

Dear Paula,

Thanks for your message. Per your agreement to accept service for Frontier Airlines Inc., I have attached here a copy of the summons and complaint. I will also send these documents to you via certified mail, return receipt requested.

We have no problem with extending your deadline for responding to the complaint to April 19, 2013, and will agree to a stipulation to that effect.

Regards,
Sarah


**Sarah Tremont\* | Covington & Burling LLP**
1201 Pennsylvania Avenue NW
Washington, DC 20004-2401
*Tel* 202.662.5538 | *Fax* 202.778.5538
stremont@cov.com| www.cov.com

\*Member of the Michigan bar. Not admitted in the District of Columbia; supervised by principals of the Firm.


*This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.*

---

> **From:** Paula L. Wegman [mailto:pwegman@AMM-LAW.com]
> **Sent:** Friday, March 08, 2013 4:15 PM
> **To:** Calland, Shelli; Tremont, Sarah
> **Cc:** Steven L. Boldt; Brian T. Maye
> **Subject:** Shoshana Hebshi v. U.S.A., Frontier Airlines, et al., AMM File No. 13AZ025
>
> Dear Shelli and Sarah,
>
> It was nice speaking today. As we discussed, our firm represents Frontier Airlines, Inc. Frontier was served with an incorrect summons pertaining to Ms. Hebshi's complaint, however, we are authorized to

1

accept service of a proper summons on Frontier's behalf.  In turn, we kindly request an extension to, and including, April 19, 2013 in which to answer or otherwise respond to the complaint.

Would you let us know if this is acceptable and if so, forward us the proper summons directed to Frontier to us for our files?

Thanks and have a nice weekend.

Paula L. Wegman
ADLER MURPHY & McQUILLEN LLP
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Main: (312) 345-0700
Direct: (312) 422-5776
Mobile: (312) 953-0035
Facsimile: (312) 345-9860
_____

The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be protected by the attorney client and/or attorney work product privileges.  If the reader of this message is not the intended recipient or the employee or agent responsible to deliver to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us and delete the original message.

USPS.com® - Track & Confirm                                                                                    Page 1 of 1

English    Customer Service    USPS Mobile                                                      Register / Sign In

# USPS.COM

Search USPS.com or Track Packages

Quick Tools          Ship a Package      Send Mail       Manage Your Mail       Shop       Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70051820000175321686 | | Arrival at Unit | March 18, 2013, 11:26 am | CHICAGO, IL 60604 | Certified Mail™ |
| | | Processed through USPS Sort Facility | March 15, 2013, 5:24 am | CHICAGO, IL 60607 | |
| | | Depart USPS Sort Facility | March 13, 2013 | CAPITOL HEIGHTS, MD 20790 | |
| | | Processed through USPS Sort Facility | March 12, 2013, 10:28 pm | CAPITOL HEIGHTS, MD 20790 | |
| | | Acceptance | March 12, 2013, 5:18 pm | WASHINGTON, DC 20044 | |

**Check on Another Item**

What's your label (or receipt) number?

Find

LEGAL                ON USPS.COM              ON ABOUT US
Privacy Policy ›     Government Services ›    About U
Terms of Use ›       Buy Stamps & Shop ›      Newsroc
FOIA ›               Print a Label with Postage ›   Mail Ser
No FEAR Act EEO Data ›   Customer Service ›   Forms &
                     Site Index ›             Careers

Copyright© 2013 USPS. All Rights Reserved.

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

Sarah Tremont    OFFICIAL USE

Postage    $   1.52
Certified Fee    3.10
Return Receipt Fee (Endorsement Required)    2.53    Postmark Here    MAR 28 2013
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees    $   7.17

Sent To  Paula L. Wegman
Street, Apt. No.; or PO Box No.  20 S. Clark Street, Suite 2500
City, State, ZIP+4  Chicago, Illinois 60603

PS Form 3800, June 2002                See Reverse for Instructions

7005 1820 0001 7532 1686

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery  3/19/13 |
| 1. Article Addressed to:<br><br>Paula L. Wegman<br>ADLER MURPHY & McQUILLEN LLP<br>20 S. Clark Street, Suite 2500<br>Chicago, Illinois 60603 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label)  7005 1820 0001 7532 1686 | |
| PS Form 3811, February 2004    Domestic Return Receipt | 102595-02-M-1540 |

https://tools.usps.com/go/TrackConfirmAction.action                                             3/28/2013