# Summons and Complaint Return of Service

Case No. 13-10253
Hon. Marianne O. Battani

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Robert Ball

Date of Service:    3-7-2013

## Method of Service

✓ Personally served at this address:
Robert Ball (T.S.A.)
11100 Metro Airport Center, Ste 160
Romulus, Michigan

___ Left copies at the usual place of abode with (name of person):

___ Other (specify):

___ Returned unexecuted (reason):

**Service Fees:**    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    Woodrow Myers
Signature of Server:    Woodrow Myers
Date:    3-7-2013
Server's Address:    A-Z Summons, Inc
155 W. Congress, Ste 608
Det. 48226

AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 13-10253
Hon. Marianne O. Battani

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:  Robert Ball

Date of Service:  February 11, 2013

## Method of Service

___ Personally served at this address:

___ Left copies at the usual place of abode with (name of person):

√ Other (specify):
Certified mail, return receipt requested to the U.S. Attorney for the Eastern District of Michigan, the U.S. Attorney General, and the Transportation Security Administration.

___ Returned unexecuted (reason):

**Service Fees:**  Travel $_____  Service $_____  Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: Sarah Tremont
Signature of Server: Sarah Tremont
Date: 3/13/13
Server's Address: Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004-2401







