AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  13-10253

Hon. Marianne O. Battani

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    John Etling

Date of Service:    March 20, 2013

## Method of Service

____   Personally served at this address:

____   Left copies at the usual place of abode with (name of person):

✓   Other (specify): Certified mail return receipt requested to the U.S. Attorney for the Eastern District of Michigan, the U.S. Attorney General, the Federal Bureau of Investigation, and Sarah Whitman of the U.S. Department of Justice, Constitutional Torts Section (see attached email correspondence).

____   Returned unexecuted (reason):

**Service Fees:**     Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    Sarah Tremont

Signature of Server:    Sarah Tremont

Date:    3/29/13

Server's Address:    Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004-2401

**Tremont, Sarah**

| | |
|---|---|
| **From:** | Whitman, Sarah (CIV) <Sarah.Whitman@usdoj.gov> |
| **Sent:** | Friday, March 29, 2013 9:50 AM |
| **To:** | Tremont, Sarah |
| **Cc:** | Sarah Mehta |
| **Subject:** | RE: Full contact information |

Sarah:

As previously noted, I have been authorized to accept service for Defendants Brand, Etling, Pipis, Lakatos and Devins in *Hebshi v. United States, et al.*, No. 13-10253 (E.D. Mich.).  As we just discussed by telephone, I agree that service was effected on these five defendants on March 20, 2013.

Thanks,
Sarah

---

**From:** Tremont, Sarah [mailto:STremont@cov.com]
**Sent:** Tuesday, March 19, 2013 11:24 AM
**To:** Whitman, Sarah (CIV); Sarah Mehta
**Subject:** RE: Full contact information

Thank you, Sarah.  I will send you the summonses and a copy of the complaint today via certified mail, return receipt requested.

Best,
Sarah

**Sarah Tremont\* | Covington & Burling LLP**
1201 Pennsylvania Avenue NW
Washington, DC 20004-2401
*Tel* 202.662.5538 | *Fax* 202.778.5538
stremont@cov.com| www.cov.com

\*Member of the Michigan bar. Not admitted in the District of Columbia; supervised by principals of the Firm.

*This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.*

---

**From:** Whitman, Sarah (CIV) [mailto:Sarah.Whitman@usdoj.gov]
**Sent:** Tuesday, March 19, 2013 11:22 AM
**To:** Sarah Mehta
**Cc:** Tremont, Sarah
**Subject:** RE: Full contact information

Sarah and Sarah:

Yes, I have been authorized to accept service for Defendants Brand, Etling, Pipis, Lakatos and Devins in *Hebshi v. United States, et al.*, No. 13-10253 (E.D. Mich.).  I will send you both an email to confirm the date on which I receive the summonses and complaint for these defendants.

And yes, I also represent the United States and Defendants Ball and Brumley in this matter.

Best,
Sarah

---

**From:** Sarah Mehta [mailto:smehta@aclumich.org]
**Sent:** Tuesday, March 19, 2013 11:11 AM
**To:** Whitman, Sarah (CIV)
**Cc:** Tremont, Sarah
**Subject:** RE: Full contact information

Thank you, Sarah.

Sarah Tremont, copied above, is handling service and should be able to send those out today.

Just to confirm, you are accepting service for Defendants Brand, Etling, Pipis, Lakatos and Devins—is that correct? We understand that the other individual federal defendants, Officers Brumley and Ball, have already been served; will you also be the primary attorney representing them?

Best wishes,
Sarah

Sarah L. Mehta
Staff Attorney
ACLU of Michigan
2966 Woodward Avenue
Detroit, MI 48201
(313) 578-6823
smehta@aclumich.org

---

**From:** Whitman, Sarah (CIV) [mailto:Sarah.Whitman@usdoj.gov]
**Sent:** Tuesday, March 19, 2013 10:52 AM
**To:** Sarah Mehta
**Subject:** Full contact information

Sarah:

Per our telephone conversation, below is my full contact information.  Courier and overnight deliveries can be made to my physical address (highlighted).

Thanks,
Sarah

Sarah E. Whitman
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Constitutional Torts Section
P.O. Box 7146
Ben Franklin Station

Washington, DC 20044

for overnight deliveries:
1425 New York Ave., N.W., Suite 8108
Washington, DC 20005
Tel: (202) 616-0089



English    Customer Service    USPS Mobile    Register / Sign In

**≡USPS.COM**

Search USPS.com or Track Packages

Quick Tools      Ship a Package      Send Mail      Manage Your Mail      Shop      Business Solutions

# Track & Confirm

GET EMAIL UPDATES      PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70101060000106055442 | | Delivered | February 11, 2013, 10:52 am | WASHINGTON, DC 20530 | Certified Mail™ |
| | | Notice Left (No Authorized Recipient Available) | February 11, 2013, 10:50 am | WASHINGTON, DC 20530 | |
| | | Arrival at Unit | February 11, 2013, 10:02 am | WASHINGTON, DC 20018 | |
| | | Depart USPS Sort Facility | February 09, 2013 | CAPITOL HEIGHTS, MD 20790 | |
| | | Processed through USPS Sort Facility | February 08, 2013, 9:32 pm | CAPITOL HEIGHTS, MD 20790 | |
| | | Acceptance | February 08, 2013, 3:42 pm | WASHINGTON, DC 20004 | |

**Check on Another Item**

What's your label (or receipt) number?

Find

LEGAL
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

ON USPS.COM
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

ON ABOUT.
About USPS ›
Newsroom ›
Mail Service ›
Forms & Put
Careers ›

Copyright© 2013 USPS. All Rights Reserved.

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

Sarah Tremont

| | |
|---|---|
| Postage | $ 2.52 |
| Certified Fee | 3.10 |
| Return Receipt Fee (Endorsement Required) | 2.55 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 8.17 |

Sent To Attorney General of the United States
Street, Apt. No.; or PO Box No. 950 Pennsylvania Avenue, N.W.
City, State, ZIP+4 Washington, DC 20530-0001

PS Form 3800, August 2006    See Reverse for Instructions

7010 1060 0001 0605 5442

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Attorney General of the
    United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
    If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7010 1060 0001 0605 5442

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540





English        Customer Service        USPS Mobile                                                    Register / Sign In



Search USPS.com or Track Packages

Quick Tools          Ship a Package          Send Mail          Manage Your Mail          Shop          Business Solutions

# Track & Confirm

GET EMAIL UPDATES     PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70051820000175321679 | | Available for Pickup | March 20, 2013, 3:08 pm | WASHINGTON, DC 20044 | Certified Mail™ |
| | | Arrival at Unit | March 20, 2013, 3:07 pm | WASHINGTON, DC 20044 | |
| | | Processed through USPS Sort Facility | March 20, 2013, 2:31 am | WASHINGTON, DC 20066 | |
| | | Depart USPS Sort Facility | March 20, 2013 | CAPITOL HEIGHTS, MD 20790 | |
| | | Processed through USPS Sort Facility | March 19, 2013, 9:47 pm | CAPITOL HEIGHTS, MD 20790 | |
| | | Acceptance | March 19, 2013, 3:45 pm | WASHINGTON, DC 20044 | |

## Check on Another Item

What's your label (or receipt) number?

Find

| LEGAL | ON USPS.COM | ON ABOUT.USPS.COM | OTHER USPS SITES |
|---|---|---|---|
| Privacy Policy › | Government Services › | About USPS Home › | Business Customer Gateway › |
| Terms of Use › | Buy Stamps & Shop › | Newsroom › | Postal Inspectors › |
| FOIA › | Print a Label with Postage › | Mail Service Updates › | Inspector General › |
| No FEAR Act EEO Data › | Customer Service › | Forms & Publications › | Postal Explorer › |
| | Site Index › | Careers › | |

Copyright© 2013 USPS. All Rights Reserved.

