# Summons and Complaint Return of Service

Case No. 13-10253
Hon. Marianne O. Battani

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served: Nathaniel Devins

Date of Service: March 20, 2013

## Method of Service

___ Personally served at this address:

_____
_____
_____

___ Left copies at the usual place of abode with (name of person):

_____
_____
_____

✓ Other (specify): Certified mail return receipt requested to the U.S. Attorney for the Eastern District of Michigan, the U.S. Attorney General, U.S. Customs & Border Protection, and Sarah Whitman of the U.S. Department of Justice, Constitutional Torts Section (see attached email correspondence).

___ Returned unexecuted (reason):

_____
_____

**Service Fees:** Travel $_____ Service $_____ Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: Sarah Tremont
Signature of Server: Sarah Tremont
Date: 3/29/13
Server's Address: Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004-2401

**Tremont, Sarah**
___

| | |
|---|---|
| **From:** | Whitman, Sarah (CIV) <Sarah.Whitman@usdoj.gov> |
| **Sent:** | Friday, March 29, 2013 9:50 AM |
| **To:** | Tremont, Sarah |
| **Cc:** | Sarah Mehta |
| **Subject:** | RE: Full contact information |

Sarah:

As previously noted, I have been authorized to accept service for Defendants Brand, Etling, Pipis, Lakatos and Devins in *Hebshi v. United States, et al.*, No. 13-10253 (E.D. Mich.). As we just discussed by telephone, I agree that service was effected on these five defendants on March 20, 2013.

Thanks,
Sarah

---

**From:** Tremont, Sarah [mailto:STremont@cov.com]
**Sent:** Tuesday, March 19, 2013 11:24 AM
**To:** Whitman, Sarah (CIV); Sarah Mehta
**Subject:** RE: Full contact information

Thank you, Sarah. I will send you the summonses and a copy of the complaint today via certified mail, return receipt requested.

Best,
Sarah

**Sarah Tremont\* | Covington & Burling LLP**
1201 Pennsylvania Avenue NW
Washington, DC 20004-2401
*Tel* 202.662.5538 | *Fax* 202.778.5538
stremont@cov.com| www.cov.com

\*Member of the Michigan bar. Not admitted in the District of Columbia; supervised by principals of the Firm.

*This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.*

---

> **From:** Whitman, Sarah (CIV) [mailto:Sarah.Whitman@usdoj.gov]
> **Sent:** Tuesday, March 19, 2013 11:22 AM
> **To:** Sarah Mehta
> **Cc:** Tremont, Sarah
> **Subject:** RE: Full contact information
>
> Sarah and Sarah:

Yes, I have been authorized to accept service for Defendants Brand, Etling, Pipis, Lakatos and Devins in *Hebshi v. United States, et al.*, No. 13-10253 (E.D. Mich.).  I will send you both an email to confirm the date on which I receive the summonses and complaint for these defendants.

And yes, I also represent the United States and Defendants Ball and Brumley in this matter.

Best,
Sarah

---

**From:** Sarah Mehta [mailto:smehta@aclumich.org]
**Sent:** Tuesday, March 19, 2013 11:11 AM
**To:** Whitman, Sarah (CIV)
**Cc:** Tremont, Sarah
**Subject:** RE: Full contact information

Thank you, Sarah.

Sarah Tremont, copied above, is handling service and should be able to send those out today.

Just to confirm, you are accepting service for Defendants Brand, Etling, Pipis, Lakatos and Devins—is that correct? We understand that the other individual federal defendants, Officers Brumley and Ball, have already been served; will you also be the primary attorney representing them?

Best wishes,
Sarah

Sarah L. Mehta
Staff Attorney
ACLU of Michigan
2966 Woodward Avenue
Detroit, MI 48201
(313) 578-6823
smehta@aclumich.org

---

**From:** Whitman, Sarah (CIV) [mailto:Sarah.Whitman@usdoj.gov]
**Sent:** Tuesday, March 19, 2013 10:52 AM
**To:** Sarah Mehta
**Subject:** Full contact information

Sarah:

Per our telephone conversation, below is my full contact information.  Courier and overnight deliveries can be made to my physical address (highlighted).

Thanks,
Sarah

Sarah E. Whitman
Trial Attorney
U.S. Department of Justice
Civil Division, Torts Branch
Constitutional Torts Section
P.O. Box 7146
Ben Franklin Station

2

Washington, DC 20044

for overnight deliveries:

1425 New York Ave., N.W., Suite 8108
Washington, DC 20005
Tel: (202) 616-0089

# USPS.com® - Track & Confirm

**USPS.COM**

Search USPS.com or Track Packages

Quick Tools | Ship a Package | Send Mail | Manage Your Mail | Shop | Business Solutions

## Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70101060000106055435 | | Delivered | February 11, 2013, 11:47 am | DETROIT, MI 48226 | Certified Mail™ |
| | | Processed through USPS Sort Facility | February 11, 2013, 5:50 am | DETROIT, MI 48233 | |
| | | Depart USPS Sort Facility | February 09, 2013 | CAPITOL HEIGHTS, MD 20790 | |
| | | Processed through USPS Sort Facility | February 08, 2013, 9:32 pm | CAPITOL HEIGHTS, MD 20790 | |
| | | Acceptance | February 08, 2013, 3:42 pm | WASHINGTON, DC 20004 | |

**Check on Another Item**

What's your label (or receipt) number?

[Find]



LEGAL
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

ON USPS.COM
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

ON ABOUT.USPS.COM
About USPS ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

Copyright© 2013 USPS. All Rights Reserved.

https://tools.usps.com/go/TrackConfirmAction.action    2/16/2013

English | Customer Service | USPS Mobile | Register / Sign In

**USPS.COM**

Search USPS.com or Track Packages

Quick Tools | Ship a Package | Send Mail | Manage Your Mail | Shop | Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70101060000106055442 | | Delivered | February 11, 2013, 10:52 am | WASHINGTON, DC 20530 | Certified Mail™ |
| | | Notice Left (No Authorized Recipient Available) | February 11, 2013, 10:50 am | WASHINGTON, DC 20530 | |
| | | Arrival at Unit | February 11, 2013, 10:02 am | WASHINGTON, DC 20018 | |
| | | Depart USPS Sort Facility | February 09, 2013 | CAPITOL HEIGHTS, MD 20790 | |
| | | Processed through USPS Sort Facility | February 08, 2013, 9:32 pm | CAPITOL HEIGHTS, MD 20790 | |
| | | Acceptance | February 08, 2013, 3:42 pm | WASHINGTON, DC 20004 | |

**Check on Another Item**

What's your label (or receipt) number?

Find

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

Sarah Tremont

Postage $ 2.52
Certified Fee 3.10
Return Receipt Fee (Endorsement Required) 2.55
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 8.17

Postmark Here

Sent To: Attorney General of the United States
Street, Apt. No.; or PO Box No. 950 Pennsuylvania Avenue, N.W.
City, State, ZIP+4 Washington, DC 20530-0001

PS Form 3800, August 2006    See Reverse for Instructions

LEGAL
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

ON USPS.COM
Government Services
Buy Stamps & Shop
Print a Label with Postage
Customer Service
Site Index

ON ABOUT.
About USPS
Newsroom
Mail Service
Forms & Pub.
Careers

Copyright© 2013 USPS. All Rights Reserved.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Attorney General of the
   United States
   U.S. Department of Justice
   950 Pennsylvania Avenue, N.W.
   Washington, DC 20530-0001

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7010 1060 0001 0605 5442

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# USPS.COM

English  Customer Service  USPS Mobile  Register / Sign In

Search USPS.com or Track Packages

Quick Tools    Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

## Track & Confirm

GET EMAIL UPDATES   PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70101060000106055176 | | Delivered | February 11, 2013, 11:12 am | WASHINGTON, DC 20229 | Certified Mail™ |
| | | Arrival at Unit | February 11, 2013, 8:36 am | WASHINGTON, DC 20018 | |
| | | Depart USPS Sort Facility | February 09, 2013 | CAPITOL HEIGHTS, MD 20790 | |
| | | Processed through USPS Sort Facility | February 08, 2013, 9:32 pm | CAPITOL HEIGHTS, MD 20790 | |
| | | Acceptance | February 08, 2013, 3:42 pm | WASHINGTON, DC 20004 | |

**Check on Another Item**

What's your label (or receipt) number?

[Find]

---

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Sarah Tremont

Postage: $2.12
Certified Fee: 3.10
Return Receipt Fee (Endorsement Required): 2.55
Restricted Delivery Fee (Endorsement Required):
Total Postage & Fees: $7.77

Postmark Here — FEB 08 2013 WASHINGTON DC 20044

Sent To: U.S. Customs and Border Protection Office of the Chief Counsel
Street, Apt. No.; or PO Box No.: 1300 Pennsylvania Avenue, N W
City, State, ZIP+4: Washington DC 20229

PS Form 3800, August 2006    See Reverse for Instructions

7010 1060 0001 0605 5176

---

LEGAL
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

ON USPS.COM
Government Services
Buy Stamps & Shop
Print a Label with Postage
Customer Service
Site Index

ON ABOUT
About USPS
Newsroom
Mail Service
Forms & Pu
Careers

Copyright© 2013 USPS. All Rights Reserved.

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   U S Customs and Border
   Protection Office of the
   Chief Counsel
   1300 Pennsylvania Avenue, N W
   Washington, DC 20229

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: [signed] "official capacity only"  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Helga Taylor   C. Date of Delivery: 2/13/13

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7010 1060 0001 0605 5176

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540



English   Customer Service   USPS Mobile                                     Register / Sign In

**USPS.COM**

Search USPS.com or Track Packages

Quick Tools       Ship a Package    Send Mail     Manage Your Mail    Shop    Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70051820000175321679 | | Available for Pickup | March 20, 2013, 3:08 pm | WASHINGTON, DC 20044 | Certified Mail™ |
| | | Arrival at Unit | March 20, 2013, 3:07 pm | WASHINGTON, DC 20044 | |
| | | Processed through USPS Sort Facility | March 20, 2013, 2:31 am | WASHINGTON, DC 20066 | |
| | | Depart USPS Sort Facility | March 20, 2013 | CAPITOL HEIGHTS, MD 20790 | |
| | | Processed through USPS Sort Facility | March 19, 2013, 9:47 pm | CAPITOL HEIGHTS, MD 20790 | |
| | | Acceptance | March 19, 2013, 3:45 pm | WASHINGTON, DC 20044 | |

**Check on Another Item**

What's your label (or receipt) number?

Find

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2013 USPS. All Rights Reserved.



https://tools.usps.com/go/TrackConfirmAction_input?qtc_tLabels1=7005 1820 0001 7532 ...   3/28/2013