**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| SHOSHANA HEBSHI,           ) | |
| )    | |
| Plaintiff,           ) | Hon. Terrence G. Berg |
| )    | Magistrate Judge Laurie J. Michelson |
| v.           ) | |
| )    | Case No. 4:13-cv-10253 |
| UNITED STATES OF AMERICA, et al.,    ) | |
| )    | |
| Defendants.           ) | |
| _____) | |

## STIPULATED ORDER EXTENDING AND CONSOLIDATING TIME TO RESPOND TO COMPLAINT

WHEREAS, the deadlines to answer or otherwise respond to the Complaint for the United States and federal employee defendants John Brand, John Etling, Thomas Pipis, David Lakatos, Nathanael Devins, Robert Ball and Paul Brumley (collectively, "federal defendants") are as follows: the United States and Defendant Brumley by April 12, 2013; Defendant Ball by May 6, 2013; and Defendants Brand, Etling, Pipis, Lakatos and Devins by May 20, 2013;

WHEREAS, in an effort to avoid *seriatim* response dates, the potential for dueling schedules and the possibility of overlapping briefing schedules, Plaintiff has agreed to federal defendants' request to consolidate their deadlines to respond to the Complaint to May 20, 2013;

NOW, THEREFORE, upon the stipulation of Plaintiff and Defendants United States, John Brand, John Etling, Thomas Pipis, David Lakatos, Nathanael Devins, Robert Ball and Paul Brumley, by and through their respective attorneys,

IT IS HEREBY ORDERED that the deadline for Defendants United States, Robert Ball and Paul Brumley to respond to the Complaint shall be extended until May 20, 2013, the date on

which the remaining federal defendants are scheduled to respond to the Complaint under the Federal Rules of Civil Procedure.

    IT IS SO ORDERED.

                                        s/Terrence G. Berg
                                        HONORABLE TERRENCE G. BERG
                                        United States District Judge

Entered on April 1, 2013

Approved as to form and substance:

                                        BARBARA L. MCQUADE
                                        United States Attorney

                                        */s/* Lynn M. Dodge
                                        LYNN M. DODGE (P38136)
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        211 W. Fort Street, Suite 2001
                                        Detroit, MI 48226
                                        (313) 226-0205
                                        Email: Lynn.Dodge@usdoj.gov

                                        */s/* Sarah E. Whitman
                                        SARAH E. WHITMAN
                                        MA Bar No. 657726
                                        Trial Attorney
                                        Torts Branch, Civil Division
                                        United States Department of Justice
                                        P.O. Box 7146, Ben Franklin Station
                                        Washington, D.C. 20044
                                        (202) 616-0089
                                        Email: Sarah.Whitman@usdoj.gov

                                        *Counsel for Defendants John Brand, John Etling, Thomas Pipis, David Lakatos, Nathanael Devins, Robert Ball, Paul Brumley and the United States*

                                          */s/* with consent of Sarah Mehta
                                        Sarah Mehta (P76024)
                                        American Civil Liberties Union Fund of Michigan

        2966 Woodward Ave
        Detroit, MI  48201
        (313) 578-6823
        Email: smehta@aclumich.org

        */s/* with consent of Rachel E. Goodman
        Rachel E. Goodman (4879458)
        American Civil Liberties Union Foundation
        125 Broad Street, 18th Floor
        New York, NY 10004
        (212) 549-2500
        rgoodman@aclu.org

Dated: March 29, 2013        *Counsel for Plaintiff*