IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| SHOSHANA HEBSHI, | ) | |
| | ) | |
| Plaintiff, | ) | Hon. Terrence G. Berg |
| | ) | |
| v. | ) | Magistrate Judge Laurie J. Michelson |
| | ) | |
| UNITED STATES OF AMERICA, et al, | ) | Case No. 4:13-cv-10253 |
| | ) | |
| Defendants. | ) | |

## STIPULATED ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

WHEREAS, Defendant Frontier Airlines, Inc. ("Frontier") agreed to be served with the complaint and court summons through its counsel, Adler Murphy & McQuillen LLP;

WHEREAS, Plaintiff served Defendant Frontier on March 19, 2013;

WHEREAS, Defendant Frontier's deadline to answer or otherwise respond to the complaint was April 9, 2013;

WHEREAS, Plaintiff agreed to extend Defendant Frontier's deadline to respond to the complaint to April 19, 2013;

NOW, THEREFORE, upon the stipulation of Plaintiff and Defendant Frontier, by and through their respective attorneys,

IT IS HEREBY ORDERED that the deadline for Defendant Frontier Airlines, Inc. to respond to the complaint shall be extended to April 19, 2013.

IT IS SO ORDERED.

                                                  s/Terrence G. Berg_____
                                                  HONORABLE TERRENCE G. BERG
                                                  United States District Judge

Entered on April 5, 2013

Approved as to form and substance:

April 4, 2013
                            /s/ Brian T. Maye_____
BRIAN T. MAYE
Adler Murphy & McQuillen LLP
20 S. Clark, Suite 2500
Chicago, Illinois 60603
(312) 312-422-5713
Email: bmaye@amm-law.com

*Counsel for Defendant Frontier Airlines, Inc.*

/s/ with consent of Sarah Tremont
SARAH E. TREMONT
Covington & Burling LLP
1201 Pennsylvania Avenue NW
Washington, DC 20004
(202) 662-5538
Email: stremont@cov.com

/s/ with consent of Rachel Goodman
RACHEL E. GOODMAN
American Civil Liberties Union
125 Broad St.
18th Floor
New York, NY 10004
(212) 549-2680
Email: rgoodman@aclu.org

*Counsel for Plaintiff*