UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SHOSHANA HEBSHI,

    Plaintiff,

v.

UNITED STATES OF AMERICA, FRONTIER AIRLINES, INC., JOHN BRAND, in his individual capacity, UNKNOWN FBI AGENT 1, in his individual capacity, UNKOWN FBI AGENT 2, in his individual capacity, JOHN ETLING, in his individual capacity, MARK DEBEAU, in his individual capacity, JEREMY BOHN, in his individual capacity, CAPTAIN PATRICK DRISCOLL, in his individual capacity, OFFICER GRANT, in his individual capacity, LT M. WASIUKANIS, in his individual capacity, TOYA PARKER, in her individual capacity, DT. CARMONA, in his or her individual capacity, OFFICER JOHNSON, in his or her individual capacity, CORPORAL BRADLEY, in his or her individual capacity, UNKNOWN CBP OFFICER, in his individual capacity, THOMAS PIPIS, in his individual capacity, DAVID LAKOTOS, in his individual capacity, NATHANIEL DEVINS, in his individual capacity, UNKNOWN TSA AGENT 1, in his individual capacity, UNKNOWN TSA AGENT 2, in her individual capacity, ROBERT BALL, in his individual capacity, UNKNOWN ICE OFFICER, in his individual capacity, and PAUL BRUMLEY, in his individual capacity,

                                              /

No. 4:13-cv-10253

Hon. Terrence G. Berg
Magistrate Laurie Michelson

MARK DEBEAU, OFFICER GRANT, TOYA PARKER, DT. CARMONA, and OFFICER JOHNSON,

    Cross Plaintiffs,

v.

FRONTIER AIRLINES, INC.

    Cross Defendant.
                                                      /

1

SARAH MEHTA (P76024)
MICHAEL J. STEINBERG (P43085)
KARY L. MOSS (P49759)
ACLU OF MICHIGAN
Attorneys for Plaintiff
2966 Woodward Avenue
Detroit, MI 48201
(313) 578-6823
smehta@aclumich.org
msteinberge@aclumich.org
kmoss@aclumich.org

DENNIS D. PARKER
RACHEL E. GOODMAN
AYIRINI FONSCECA-SABUNE
ACLU
Attorneys for Plaintiff
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
(212) 549-2651
dparker@aclu.org
rgoodman@aclu.org
afonseca-sabune@aclu.org

WILLIAM H. GOODMAN (P14173)
JULIE HORWITZ (P34720)
KATHRYN BRUNER JAMES (P71374)
GOODMAN & HURWITZ PC
Attorneys for Plaintiff
1394 E. Jefferson Avenue
Detroit, MI 48207
(313) 567-6170
bgoodman@goodmanhurwitz.com
jurwitz@goodmanhurwitz.com
kjames@goodmanhurwitz.com

ANNA ENGH
SHELLI CALLAND
ARJUN SETH
SARAH TREMONT (P73809)
COVINGTON & BURLING LLP
Attorneys for Plaintiff
1201 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 662-6000
aengh@cov.com
scalland@cov.com
Aasethi@cov.com
stremont@cov.com

ALAN B. HAVIS (P36988)
LAW OFFICES OF ALAN B. HAVIS ESQ.
Attorney for Mark Debeau, Officer Grant,
Toya Parker, Dt. Carmona, and Officer
Johnson
25505 W. 12 Mile Road, Suite 1000
Southfield, MI 48034
(248) 353-3690
ahavis@AirportDefender.com

T. JOSEPH SEWARD (P35095)
CUMMINGS MCCLOREY DAVIS & ACHO
Attorney for Jeremy Bohn, Captain Patrick
Driscoll, Lt. M. Wasiukanis, and Corporal
Bradley
33900 Schoolcraft Road
Livonia, MI 48150
(734) 261-2400
tjseward@cmda-law.com

LYNN M. DODGE (P38136)
UNITED STATES ATTORNEY'S OFFICE
Attorney for John Brand, John Etling,
Thomas Pipis, David Lakotos, Nathanael
Devins, Robert Ball, Paul Brumley and
the United States
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-0205
Lynn.Dodge@usdoj.gov

SARAH E. WHITMAN
UNITED STATES DEPT. OF JUSTICE
Attorney for John Brand, John Etling,
Thomas Pipis, David Lakotos, Nathanael
Devins, Robert Ball, Paul Brumley and
the United States
Torts Branch, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, DC 20044
(202) 616-0089
Sarah.Whitman@usdoj.gov

_____/

**DEFENDANT MARK DEBEAU, OFFICER GRANT,
TOYA PARKER, DT. CARMONA, AND OFFICER JOHNSON'S
CROSS COMPLAINT
AGAINST FRONTIER AIRLINES, INC.**

2

NOW COMES Defendants MARK DEBEAU, OFFICER GRANT, TOYA PARKER, DT. CARMONA, and OFFICER JOHNSON (hereinafter "WCAA/Debeau, Grant, Parker, Carmona and Johnson"), by and through their counsel, Alan B. Havis of the Law Office of Alan B. Havis, Esq., and for their Cross-Complaint against Frontier Airlines, Inc. (hereinafter "Frontier"), states as follows:

1. Plaintiff Shoshana Hebshi filed a Complaint seeking damages from Defendants and Cross-Plaintiffs Mark Debeau, Officer Grant, Toya Parker, Dt. Carmona, and Officer Johnson in the captioned case.

2. Plaintiff is alleged to be a resident of Sylvania, Ohio.

3. The Wayne County Airport Authority (hereinafter "WCAA") is a political subdivision existing pursuant to the Michigan Aeronautics Code and under the Constitution and laws of the State of Michigan, and operates within Wayne County, Michigan. The named Defendant Cross Plaintiffs are each employees of the WCAA.

4. On information and belief, Defendant and Cross Defendant Frontier Airlines, Inc. ("Frontier") is a for profit Corporation headquartered in Colorado, with a principle place of business in Wayne County Michigan, Michigan. Further, at the date and time in question, Frontier operated its air carrier services at Detroit Metropolitan Wayne County Airport (hereinafter "Metro Airport"), located in Wayne County, Michigan.

5. The United States of America and various employees of the United States are also named defendants.

6. The acts and allegations contained in Plaintiff's Complaint are alleged to have arisen at Metro Airport located in the County of Wayne, State of Michigan.

**COUNT I**

**BREACH OF CONTRACT**
**FOR FAILURE TO INDEMNIFY AND HOLD HARMLESS**

3

7. WCAA/Debeau, Grant, Parker, Carmona and Johnson reallege all previous allegations as if set forth herein.

8. Plaintiff's Complaint alleges that on September 11, 2011, Shoshana Hebshi, a passenger aboard Frontier flight 623, had her civil rights violated and/or was discriminated against by the various named defendants, for their activities surrounding and involving Ms. Hebshi's detainment at Metro Airport following suspicious activity on flight 623.

9. On January 1, 2009 Frontier entered into an four Non-Signatory Airline Operating Agreement with the WCAA to lease space and operate air carrier services at Metro Airport (hereinafter "Frontier/WCAA contract").

10. Pursuant to the Frontier/WCAA contract, Frontier has agreed to indemnify, defend, and hold the WCAA including its employees harmless from and against all liability to persons related to Frontier's acts or omissions in its use of the Airport, however it shall not be liable for any injury caused by the WCAA's sole negligence.

11. This incident arose out of Frontier's operations at Metro Airport.

12. Defendant Cross Plaintiffs WCAA/Debeau, Grant, Parker, Carmona and Johnson are each employees of the WCAA.

13. Plaintiff has brought causes of action against not only WCAA employees, but also against Frontier, the United States, and numerous federal employees.

14. WCAA/Debeau, Grant, Parker, Carmona and Johnson tendered this matter to Frontier seeking indemnification pursuant to the Frontier/WCAA contract, and Frontier has failed to respond to the tender demand.

15. Failure to accept the tender by WCAA/Debeau, Grant, Parker, Carmona and Johnson violates the indemnification provision of the Frontier/WCAA contract, and as such, Frontier is liable to WCAA/Debeau, Grant, Parker, Carmona and Johnson for their attorneys fees and costs in defending this matter, and for other damages including but not limited to any settlement

4

entered into by the WCAA/Debeau, Grant, Parker, Carmona and Johnson or judgment rendered against them.

## COUNT II

### BREACH OF CONTRACT
### FOR FAILURE TO OBTAIN SPECIFIED INSURANCE

16.    WCAA/Debeau, Grant, Parker, Carmona and Johnson reallege all previous allegations as if set forth herein.

17.    Pursuant to the Frontier/WCAA contract, Frontier was to obtain, in the name of the WCAA as an additional insured, a Comprehensive Airline Liability Insurance policy, in an amount of not less than Five Hundred Million Dollars ($500,000,000.00) per occurrence.

18.    The WCAA acts through its employees and said policy applies to WCAA/Debeau, Grant, Parker, Carmona and Johnson as employees of the WCAA.

19.    A claim on Frontier's insurance policy was instituted by the WCAA/Debeau, Grant, Parker, Carmona and Johnson, and Frontier's insurer has not responded.

20.    To the extent that Frontier failed to obtain the insurance specified within the Frontier/WCAA contract, Frontier breached its contract with the Airport Authority and is liable for all natural and foreseeable consequential damages sustained by WCAA/Debeau, Grant, Parker, Carmona and Johnson as a result of the breach.

WHEREFORE, WCAA/Debeau, Grant, Parker, Carmona and Johnson request that this Honorable Court enter a judgment enforcing the indemnification and insurance provisions of the Frontier/WCAA contract, and order that Frontier indemnify, defend, hold harmless, and insure WCAA/Debeau, Grant, Parker, Carmona and Johnson with regard to this matter and further award WCAA/Debeau, Grant, Parker, Carmona and Johnson all costs and legal fees incurred by them as a result of Frontier's wrongful refusal to accept their tender of defense.

Respectfully submitted,

              **LAW OFFICE OF ALAN B. HAVIS, ESQ.**

Dated: April 15, 2013          By:/s/ Alan B. Havis
                 ALAN B. HAVIS (P36988)
                 Attorney for WCAA/Debeau, Grant,
                 Parker, Carmona and Johnson

**CERTIFICATE OF SERVICE**

I hereby certify that on 4/15/2013 I electronically filed the foregoing paper with the Clerk of the Court using the online system which will send notification of such filing to the attorneys of record.

/s/ Terri Jacques
_____
TERRI JACQUES
Tjacques@mindellfirm.com