UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHOSHANA HEBSHI,

      Plaintiff,

Case No. 4:13-cv-10253-TGB-LJM
Hon. Terrence G. Berg

v

UNITED STATES OF AMERICA;
FRONTIER AIRLINES, INC.; JOHN BRAND,
in his individual capacity; UNKNOWN FBI
AGENT 1, in his individual capacity;
UNKNOWN FBI AGENT 2, in his individual
capacity; JOHN ETLING, in his individual
capacity; MARK DEBEAU, in his individual
capacity; JEREMY BOHN, in his individual
capacity; CAPTAIN PATRICK DRISCOLL, in
his individual capacity; OFFICER GRANT, in
his individual capacity; LT. M. WASIUKANIS,
in his individual capacity; TOYA PARKER, in
her individual capacity; DT. CARMONA, in his
or her individual capacity; OFFICER CARMONA,
in his or her individual capacity; OFFICER
JOHNSON, in his or her individual capacity;
CORPORAL BRADLEY, in his or her individual
capacity; UNKNOWN CBP OFFICER, in his
individual capacity; THOMAS PIPIS, in his
individual capacity; DAVID LAKATOS, in his
individual capacity; NATHANIEL DEVINS, in
his individual capacity; UNKNOWN TSA AGENT 1,
in his individual capacity; UNKNOWN TSA
AGENT 2; in her individual capacity; ROBERT BALL,
in his individual capacity; UNKNOWN ICE
OFFICER, in his individual capacity; and PAUL
BRUMLEY, in his individual capacity,

      Defendants.

American Civil Liberties Union Fund of Michigan
By:     Michael J. Steinberg (P-43085)
Sarah L. Mehta (P76024)
Attorneys for Plaintiff
2966 Woodward Avenue
Detroit, MI 48201
(313) 578-6814
msteinberg@aclumich.org
smehta@aclumich.org

American Civil Liberties Union
By:     Rachel E. Goodman
Attorney for Plaintiff
125 Broad St., 18th Floor
New York, NY 10004
(212) 549-2633
rgoodman@aclu.org

Covington & Burling, LLP
By:     Sarah E. Tremont (P73809)
Attorney for Plaintiff
1201 Pennsylvania Ave., NW
Washington, DC 20004-2401
(202) 662-6000
stremont@cov.com

Goodman & Hurwitz, P.C.
By:     Julie H. Hurwitz (P34720)
        Kathryn Bruner James (P71374)
        Miriam R. Nemeth (P76789)
        William H. Goodman (P14173)
Attorneys for Plaintiff
1394 E. Jefferson Ave.
Detroit, MI 48207
(313) 567-6170
jhurwitz@goodmanhurwitz.com
kjames@goodmanhurwitz.com
mnemeth@goodmanhurwitz.com
bgoodman@goodmanhurwitz.com

Cummings, McClorey, Davis & Acho, P.L.C.
By:     T. Joseph Seward (P-35095)
Attorney for Defendants, Jeremy Bohn, Corporal Michael Bradley, Lieutenant Michael Wasiukanis and Captain Patrick Driscoll
33900 Schoolcraft Rd.
Livonia, MI 48150
(734) 261-2400
tjseward@cmda-law.com

Law Offices of Alan B. Havis, Esq.
By:     Alan B. Havis (P36988)
Attorney for Defendants, Mark DeBeau, Officer Grant, Toya Parker, Detective Carmona, Officer Carmona and Officer Charles Johnson
25505 West 12 Mile Rd., Ste. 1000
Southfield, MI 48034
(248) 353-3690
ahavis@airportdefender.com

U.S. Attorney's Office
By:     Lynn Marie Dodge (38136)
Attorney for Defendants, United States of America, John Brand,, John Etling, Thomas Pipis, David Lakatos, Nathaniel Devins, Robert Ball and Paul Brumley
211 W. Fort St., Ste. 2001
Detroit, MI 48226
(313) 226-9100
Lynn.dodge@usdoj.gov

U.S. Department of Justice
Torts Branch
By:     Sarah E. Whitman
Attorney for Defendants, United States of America, John Brand, John Etling, Thomas Pipis, David Lakatos, Nathaniel Devins, Robert Ball and Paul Brumley
P.O. Box 7146
Ben Franklin Station
Washington, DC 20004
(202) 616-0089
Sarah.whitman@usdoj.gov

---

**RELIANCE UPON JURY DEMAND**

**NOW COME** the Defendants, JEREMY BOHN, CORPORAL MICHAEL BRADLEY, LIEUTENANT MICHAEL WASIUKANIS AND CAPTAIN PATRICK DRISCOLL, by and through their attorneys, Cummings, McClorey, Davis & Acho, P.L.C., and hereby rely on the jury demand previously filed by the Plaintiff in this matter.

/s/T. Joseph Seward
Cummings, McClorey, Davis & Acho, P.L.C.
33900 Schoolcraft
Livonia, MI  48150
Phone:  (734) 261-2400
Primary E-mail: tjseward@cmda-law.com
P 35095
Attorney for Defendants, Jeremy Bohn, Corporal Michael Bradley, Lieutenant Michael Wasiukanis and Captain Patrick Driscoll

Date:  April 15, 2013

**Certificate of Service**

I hereby certify that on **April 15, 2013**, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

**SARAH MEHTA (P76024)**
**MICHAEL J. STEINBERG (P43085)**
**KARY L. MOSS (P49759)**
**ALAN B. HAVIS (P36988)**
**DENNIS D. PARKER**
**RACHEL E. GOODMAN**
**AYIRINI FONSCECA-SABUNE**
**LYNN M. DODGE (P38136)**
**WILLIAM H. GOODMAN (P14173)**
**JULIE HORWITZ (P34720)**
**KATHRYN BRUNER JAMES (P71374)**
**SARAH E. WHITMAN**
**ANNA ENGH**
**SHELLI CALLAND**
**ARJUN SETH**
**SARAH TREMONT (P73809)**

/s/T. Joseph Seward
Cummings, McClorey, Davis & Acho, P.L.C.
33900 Schoolcraft
Livonia, MI  48150
Phone:  (734) 261-2400
Primary E-mail: tjseward@cmda-law.com
P-35095