UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SHOSHANA HEBSHI,

    Plaintiff,

v.

UNITED STATES OF AMERICA, FRONTIER AIRLINES, INC., JOHN BRAND, in his individual capacity, UNKNOWN FBI AGENT 1, in his individual capacity, UNKOWN FBI AGENT 2, in his individual capacity, JOHN ETLING, in his individual capacity, MARK DEBEAU, in his individual capacity, JEREMY BOHN, in his individual capacity, CAPTAIN PATRICK DRISCOLL, in his individual capacity, OFFICER GRANT, in his individual capacity, LT M. WASIUKANIS, in his individual capacity, TOYA PARKER, in her individual capacity, DT. CARMONA, in his or her individual capacity, OFFICER JOHNSON, in his or her individual capacity, CORPORAL BRADLEY, in his or her individual capacity, UNKNOWN CBP OFFICER, in his individual capacity, THOMAS PIPIS, in his individual capacity, DAVID LAKOTOS, in his individual capacity, NATHANIEL DEVINS, in his individual capacity, UNKNOWN TSA AGENT 1, in his individual capacity, UNKNOWN TSA AGENT 2, in her individual capacity, ROBERT BALL, in his individual capacity, UNKNOWN ICE OFFICER, in his individual capacity, and PAUL BRUMLEY, in his individual capacity,

    Defendants.

_____/

No. 4:13-cv-10253

Hon. Terrence G. Berg
Magistrate Laurie Michelson

| | |
|---|---|
| SARAH MEHTA (P76024)<br>MICHAEL J. STEINBERG (P43085)<br>KARY L. MOSS (P49759)<br>ACLU OF MICHIGAN<br>Attorneys for Plaintiff<br>2966 Woodward Avenue<br>Detroit, MI  48201<br>(313) 578-6823<br>smehta@aclumich.org<br>msteinberge@aclumich.org<br>kmoss@aclumich.org | ALAN B. HAVIS (P36988)<br>LAW OFFICES OF ALAN B. HAVIS ESQ.<br>Attorney for Mark Debeau, Officer Grant, Toya Parker, Dt. Carmona, and Officer Johnson<br>25505 W. 12 Mile Road, Suite 1000<br>Southfield, MI  48034<br>(248) 353-3690<br>ahavis@AirportDefender.com |
| DENNIS D. PARKER<br>RACHEL E. GOODMAN<br>AYIRINI FONSCECA-SABUNE<br>ACLU<br>Attorneys for Plaintiff<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>(212) 549-2500<br>(212) 549-2651<br>dparker@aclu.org<br>rgoodman@aclu.org<br>afonseca-sabune@aclu.org | T. JOSEPH SEWARD (P35095)<br>CUMMINGS MCCLOREY DAVIS & ACHO<br>Attorney for Jeremy Bohn, Captain Patrick Driscoll, Lt. M. Wasiukanis, and Corporal Bradley<br>33900 Schoolcraft Road<br>Livonia, MI  48150<br>(734) 261-2400<br>tjseward@cmda-law.com |
| WILLIAM H. GOODMAN (P14173)<br>JULIE HORWITZ (P34720)<br>KATHRYN BRUNER JAMES (P71374)<br>GOODMAN & HURWITZ PC<br>Attorneys for Plaintiff<br>1394 E. Jefferson Avenue<br>Detroit, MI  48207<br>(313) 567-6170<br>bgoodman@goodmanhurwitz.com<br>jurwitz@goodmanhurwitz.com<br>kjames@goodmanhurwitz.com | LYNN M. DODGE (P38136)<br>UNITED STATES ATTORNEY'S OFFICE<br>Attorney for John Brand, John Etling, Thomas Pipis, David Lakotos, Nathanael Devins, Robert Ball, Paul Brumley and the United States<br>211 W. Fort Street, Suite 2001<br>Detroit, MI  48226<br>(313) 226-0205<br>Lynn.Dodge@usdoj.gov |
| ANNA ENGH<br>SHELLI CALLAND<br>ARJUN SETH<br>SARAH TREMONT (P73809)<br>COVINGTON & BURLING LLP<br>Attorneys for Plaintiff<br>1201 Pennsylvania Ave., N.W.<br>Washington, DC  20004<br>(202) 662-6000<br>aengh@cov.com<br>scalland@cov.com<br>Aasethi@cov.com<br>stremont@cov.com | SARAH E. WHITMAN<br>UNITED STATES DEPT. OF JUSTICE<br>Attorney for John Brand, John Etling, Thomas Pipis, David Lakotos, Nathanael Devins, Robert Ball, Paul Brumley and the United States<br>Torts Branch, Civil Division<br>P.O. Box 7146, Ben Franklin Station<br>Washington, DC 20044<br>(202) 616-0089<br>Sarah.Whitman@usdoj.gov |

_____/

**STIPULATION AND ORDER
SUBSTITUTING COUNSEL FOR DEFENDANTS
JEREMY BOHN, CAPTAIN PATRICK DRISCOLL, LT. M. WASIUKANIS,
AND CORPORAL BRADLEY**

Alan B. Havis, Esq., as present counsel for Defendants Jeremy Bohn, Captain Patrick Driscoll, Lt. M. Wasiukanis and Corporal Bradley hereby stipulates and agrees to the substitution of T. Joseph Seward of Cummings McClorey Davis & Acho as attorney for Defendants Jeremy Bohn, Captain Patrick Driscoll, Lt. M. Wasiukanis and Corporal Bradley.

Agreed and stipulated to by:

/s/ T. Joseph Seward                          /s/ Alan B. Havis
**T. JOSEPH SEWARD** (P35095)          **ALAN B. HAVIS** (P36988)

**ORDER**

At a session of said Court, held in the City of
Detroit, County of Wayne, State of Michigan
On April 15, 2013.

Hon. Terrence G. Berg
UNITED STATES DISTRICT JUDGE

This matter having come before the Court, and the Court being otherwise sufficiently advised of the premises,

IT IS ORDERED that T. Joseph Seward of Cummings McClorey Davis & Acho, be substituted as counsel for Defendants Jeremy Bohn, Captain Patrick Driscoll, Lt. M. Wasiukanis, and Corporal Bradley.

S/Terrence G. Berg
**HON. TERRENCE G. BERG**
United States District Court Judge

