IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| SHOSHANA HEBSHI, | ) | |
| | ) | |
| Plaintiff, | ) | Hon. Terrence G. Berg |
| | ) | |
| v. | ) | Magistrate Judge Laurie J. Michelson |
| | ) | |
| UNITED STATES OF AMERICA, et al, | ) | Case No. 4:13-cv-10253 |
| | ) | |
| Defendants. | ) | |

**STIPULATED ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

WHEREAS, Defendant Frontier Airlines, Inc.'s ("Frontier") deadline to answer or otherwise respond to the Complaint was April 19, 2013;

WHEREAS, Plaintiff has agreed to extend Defendant Frontier's deadline to respond to the Complaint to May 3, 2013;

WHEREAS, on April 3, 2013, Plaintiff presented to Frontier an informal request for documents;

WHEREAS, Frontier has agreed to respond to Plaintiff's request for documents by May 3, 2013;

NOW, THEREFORE, upon the stipulation of Plaintiff and Defendant Frontier, by and through their respective attorneys,

IT IS HEREBY ORDERED that the deadline for Defendant Frontier Airlines, Inc. to respond to the Complaint shall be extended until May 3, 2013.

IT IS SO ORDERED.

                                                                          s/Terrence G. Berg_____
HONORABLE TERRENCE G. BERG
United States District Judge

Entered on April 22, 2013

Approved as to form and substance:

April 19, 2013 /s/ Brian T. Maye\
BRIAN T. MAYE\
Adler Murphy & McQuillen LLP\
20 S. Clark, Suite 2500\
Chicago, Illinois 60603\
(312) 312-422-5713\
Email: bmaye@amm-law.com

*Counsel for Defendant Frontier Airlines, Inc.*

*/s/* with consent of Sarah Tremont\
SARAH E. TREMONT\
Covington & Burling LLP\
1201 Pennsylvania Avenue NW\
Washington, DC 20004\
(202) 662-5538\
Email: stremont@cov.com

/s/ with consent of Rachel Goodman\
RACHEL E. GOODMAN\
American Civil Liberties Union\
125 Broad St.\
18th Floor\
New York, NY 10004\
(212) 549-2680\
Email: rgoodman@aclu.org

*Counsel for Plaintiff*