UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SHOSHANA HEBSHI, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CASE NO. 4:13-cv-10253-TGB-LJM |
| ) | |
| UNITED STATES OF AMERICA, *et al.* ) | |
| ) | |
| Defendants ) | |
| _____ ) | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Attorney Sarah L. Mehta respectfully moves for leave to withdraw as counsel for Plaintiffs. Representation of Plaintiffs will be unaffected by this withdrawal because Rachel E. Goodman of the American Civil Liberties Union, William H. Goodman, Julie H. Hurwitz, Kathryn Bruner James, and Miriam R. Nemeth of Goodman and Hurwitz, P.C., Michael J. Steinberg of the American Civil Liberties Union Fund of Michigan, and Sarah E. Tremont of Covington and Burling LLP, remain as counsel for the plaintiffs.

Respectfully submitted,

_/s/ Sarah L. Mehta_
SARAH L. MEHTA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SHOSHANA HEBSHI, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, *et al.* )<br>)<br>Defendants )<br>_____ ) | CASE NO. 4:13-cv-10253-TGB-LJM |

### ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL

Before the Court is the Motion for Leave to Withdraw as Counsel for Plaintiffs by Sarah L. Mehta. After considering the Motion and the arguments in regard thereto, the Court is of the opinion that the Motion should be granted.

It is therefore ORDERED, ADJUDGED, AND DECREED that Sarah L. Mehta has withdrawn as counsel for Plaintiffs in this action.

Signed this _____ day of _____, 2013.

TERRENCE G. BERG
United States District Judge
United States District Court
Eastern District of Michigan

## CERTIFICATE OF SERVICE

I hereby certify that, on May 1, 2013, I electronically filed this document with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the attorneys of record.

Rachel E. Goodman
American Civil Liberties Union