UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| SHOSHANA HEBSHI, </br></br>  Plaintiff </br></br> v. </br></br> UNITED STATES OF AMERICA, *et al.* </br></br> Defendants | ) </br> ) </br> ) </br> ) </br> ) CASE NO. 4:13-cv-10253-TGB-LJM </br> ) </br> ) </br> ) </br> ) </br> ) |

### ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL

Before the Court is the Motion for Leave to Withdraw as Counsel for Plaintiffs by Sarah L. Mehta. After considering the Motion and the arguments in regard thereto, the Court is of the opinion that the Motion should be granted.

It is therefore ORDERED, ADJUDGED, AND DECREED that Sarah L. Mehta has withdrawn as counsel for Plaintiffs in this action.

Signed this __3rd__ day of __May__, 2013.

_____
TERRENCE G. BERG
United States District Judge
United States District Court
Eastern District of Michigan