**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | | |
|---|---|---|
| SHOSHANA HEBSHI, | ) | |
| | ) | |
| Plaintiff, | ) | Hon. Terrence G. Berg |
| | ) | |
| v. | ) | Magistrate Judge Laurie J. Michelson |
| | ) | |
| UNITED STATES OF AMERICA, et al, | ) | Case No. 4:13-cv-10253 |
| | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Brian T. Maye is entering his appearance on behalf of Frontier Airlines, Inc. in the above-captioned case

/s/  Brian T. Maye

Brian T. Maye (IL 6288778)
Adler Murphy & McQuillen LLP
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Phone: (312) 345-0700
bmaye@amm-law.com

Dated: May 3, 2013