IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| SHOSHANA HEBSHI, | ) | |
| | ) | |
| Plaintiff, | ) | Hon. Terrence G. Berg |
| | ) | |
| v. | ) | Magistrate Judge Laurie J. Michelson |
| | ) | |
| UNITED STATES OF AMERICA, et al, | ) | Case No. 4:13-cv-10253 |
| | ) | |
| Defendants. | ) | |

**FRONTIER AIRLINES, INC'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure Rule 7.1(a) and Local Rule 83.4, notice is hereby given by counsel of record for FRONTIER AIRLINES, INC. that the following corporate interests are disclosed:

1. The parent company of Frontier Airlines, Inc. is Republic Airways Holdings, Inc.

2. Any publicly held company that owns ten percent (10%) or more of the corporation's stock: Republic Airways Holdings, Inc.

3. Republic Airways Holdings, Inc. has no parent company.

4. No publicly held company owns more than ten percent (10%) of Republic Airways Holdings, Inc.

Dated: May 3, 2013            Respectfully submitted,

/s/  Brian T. Maye_____

Paula L. Wegman (IL 6239491)
Brian T. Maye (IL 6288778)
Steven L. Boldt (IL 6302430)
Adler Murphy & McQuillen LLP
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Phone: (312) 345-0700
pwegman@amm-law.com
bmaye@amm-law.com
sboldt@amm-law.com

2

                    Alexander A. Ayar (P69623)
                    Foster Swift Collins & Smith PC
                    32300 Northwestern Hwy., Suite 230
                    Farmington Hills, MI 48334
                    Phone: (248) 538-6326
                    AAyar@fosterswift.com

**Attorneys for Frontier Airlines, Inc.**

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on this 3rd day of May 2013, he electronically filed the foregoing via the Court's ECF system. Service will be made by operation of that system upon counsel of record.

/s/ Brian T. Maye_____