**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | | |
|---|---|---|
| SHOSHANA HEBSHI, | ) | |
| | ) | |
| Plaintiff, | ) | Hon. Terrence G. Berg |
| | ) | |
| v. | ) | Magistrate Judge Laurie J. Michelson |
| | ) | |
| UNITED STATES OF AMERICA, et al, | ) | Case No. 4:13-cv-10253 |
| | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Alexander A. Ayar is entering his appearance on behalf of Frontier Airlines, Inc. in the above-captioned case.

                                        **Respectfully submitted,**

                                        **FOSTER, SWIFT, COLLINS & SMITH, P.C.**

                                        /s/ Alexander A. Ayar
                                        Alexander A. Ayar (P69623)
                                        Foster, Swift, Collins & Smith, P.C.
                                        32300 Northwestern Highway, Suite 230
                                        Farmington Hills, Michigan 48334-1571
                                        Phone: (248) 538-6326
                                        Email: aayar@fosterswift.com

Dated: May 3, 2013