IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| SHOSHANA HEBSHI, | ) | |
| | ) | |
| Plaintiff, | ) | Hon. Terrence G. Berg |
| | ) | |
| v. | ) | Magistrate Judge Laurie J. Michelson |
| | ) | |
| UNITED STATES OF AMERICA, et al, | ) | Case No. 4:13-cv-10253 |
| | ) | |
| Defendants. | ) | |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Steven L. Boldt is entering his appearance on behalf of FRONTIER AIRLINES, INC. in the above-captioned case.

Dated: May 15, 2013                                                       Respectfully submitted,


/s/  Steven L. Boldt

Steven L. Boldt (6302430)
Adler Murphy & McQuillen LLP
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Phone:          (312) 345-0700
Facsimile:     (312) 345-9860
sboldt@amm-law.com


CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2013, I served the foregoing document by electronically filing the same with the Clerk of the U.S. District Court for the Eastern District of Michigan, Southern Division, by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

/s/  Steven L. Boldt