UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SHOSHANA HEBSHI,

    Plaintiff,

v.

UNITED STATES OF AMERICA, FRONTIER AIRLINES, INC., JOHN BRAND, in his individual capacity, UNKNOWN FBI AGENT 1, in his individual capacity, UNKOWN FBI AGENT 2, in his individual capacity, JOHN ETLING, in his individual capacity, MARK DEBEAU, in his individual capacity, JEREMY BOHN, in his individual capacity, CAPTAIN PATRICK DRISCOLL, in his individual capacity, OFFICER GRANT, in his individual capacity, LT M. WASIUKANIS, in his individual capacity, TOYA PARKER, in her individual capacity, DT. CARMONA, in his or her individual capacity, OFFICER JOHNSON, in his or her individual capacity, CORPORAL BRADLEY, in his or her individual capacity, UNKNOWN CBP OFFICER, in his individual capacity, THOMAS PIPIS, in his individual capacity, DAVID LAKOTOS, in his individual capacity, NATHANIEL DEVINS, in his individual capacity, UNKNOWN TSA AGENT 1, in his individual capacity, UNKNOWN TSA AGENT 2, in her individual capacity, ROBERT BALL, in his individual capacity, UNKNOWN ICE OFFICER, in his individual capacity, and PAUL BRUMLEY, in his individual capacity,          /

No. 4:13-cv-10253

Hon. Terrence G. Berg
Magistrate Laurie Michelson

MARK DEBEAU, JEREMY BOHN, CAPTAIN PATRICK DRISCOLL, OFFICER GRANT, LT M. WASIUKANIS, TOYA PARKER, DT. CARMONA, OFFICER JOHNSON, and CORPORAL BRADLEY,

    Cross Plaintiffs,

v.

FRONTIER AIRLINES, INC.

1

_____Cross Defendant._____/

| | |
|---|---|
| SARAH MEHTA (P76024)<br>MICHAEL J. STEINBERG (P43085)<br>KARY L. MOSS (P49759)<br>ACLU OF MICHIGAN<br>Attorneys for Plaintiff<br>2966 Woodward Avenue<br>Detroit, MI 48201<br>(313) 578-6823<br>smehta@aclumich.org<br>msteinberge@aclumich.org<br>kmoss@aclumich.org | ALAN B. HAVIS (P36988)<br>LAW OFFICES OF ALAN B. HAVIS ESQ.<br>Attorney for Mark Debeau, Officer Grant,<br>Toya Parker, Dt. Carmona, and Officer<br>Johnson<br>25505 W. 12 Mile Road, Suite 1000<br>Southfield, MI 48034<br>(248) 353-3690<br>ahavis@AirportDefender.com |
| DENNIS D. PARKER<br>RACHEL E. GOODMAN<br>AYIRINI FONSCECA-SABUNE<br>ACLU<br>Attorneys for Plaintiff<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>(212) 549-2500<br>(212) 549-2651<br>dparker@aclu.org<br>rgoodman@aclu.org<br>afonseca-sabune@aclu.org | T. JOSEPH SEWARD (P35095)<br>CUMMINGS MCCLOREY DAVIS & ACHO<br>Attorney for Jeremy Bohn, Captain Patrick<br>Driscoll, Lt. M. Wasiukanis, and Corporal<br>Bradley<br>33900 Schoolcraft Road<br>Livonia, MI 48150<br>(734) 261-2400<br>tjseward@cmda-law.com |
| WILLIAM H. GOODMAN (P14173)<br>JULIE HORWITZ (P34720)<br>KATHRYN BRUNER JAMES (P71374)<br>GOODMAN & HURWITZ PC<br>Attorneys for Plaintiff<br>1394 E. Jefferson Avenue<br>Detroit, MI 48207<br>(313) 567-6170<br>bgoodman@goodmanhurwitz.com<br>jurwitz@goodmanhurwitz.com<br>kjames@goodmanhurwitz.com | LYNN M. DODGE (P38136)<br>UNITED STATES ATTORNEY'S OFFICE<br>Attorney for John Brand, John Etling,<br>Thomas Pipis, David Lakotos, Nathanael<br>Devins, Robert Ball, Paul Brumley and<br>the United States<br>211 W. Fort Street, Suite 2001<br>Detroit, MI 48226<br>(313) 226-0205<br>Lynn.Dodge@usdoj.gov |
| ANNA ENGH<br>SHELLI CALLAND<br>ARJUN SETH<br>SARAH TREMONT (P73809)<br>COVINGTON & BURLING LLP<br>Attorneys for Plaintiff<br>1201 Pennsylvania Ave., N.W.<br>Washington, DC 20004<br>(202) 662-6000<br>aengh@cov.com<br>scalland@cov.com<br>Aasethi@cov.com<br>stremont@cov.com | SARAH E. WHITMAN<br>UNITED STATES DEPT. OF JUSTICE<br>Attorney for John Brand, John Etling,<br>Thomas Pipis, David Lakotos, Nathanael<br>Devins, Robert Ball, Paul Brumley and<br>the United States<br>Torts Branch, Civil Division<br>P.O. Box 7146, Ben Franklin Station<br>Washington, DC 20044<br>(202) 616-0089<br>Sarah.Whitman@usdoj.gov |
| | BRIAN T. MAY (IL 6288778)<br>PAULA WEGMAN (IL 6239491)<br>STEVEN BOLDT (IL 6302430)<br>ADLER, MURPHY & MCQILLEN LLP<br>Attorneys for Defendant Frontier Airlines, Inc.<br>20 S. Clark Street, Ste. 2500<br>Chicago, IL 60603<br>(312) 345-0700<br>bmaye@amm-law.com<br>pwegman@amm-law.com<br>sboldt@amm-law.com |
| | ALEXANDER A. AYAR (P69623)<br>FOSTER, SWIFT, COLLINS & SMITH PC<br>Attorney for Defendant Frontier Airlines, Inc. |

32300 Northwestern Hwy., Ste. 230
Farmington Hills, MI 48334
(248) 538-6326
AAyar@fosterswift.com

_____/

I, Alan B. Havis, hereby certify that I am employed by the law firm of The Law Office of Alan B. Havis, Esq., attorney for Defendants MARK DEBEAU, OFFICER GRANT, TOYA PARKER, DT. CARMONA, and OFFICER JOHNSON, only, in the above-entitled cause of action and that on May 16, 2013, I served correct copies of **DEFENDANTS MARK DEBEAU, OFFICER GRANT, TOYA PARKER, DT. CARMONA, AND OFFICER JOHNSON'S CROSS COMPLAINT AGAINST FRONTIER AIRLINES, INC.**, along with this Proof of Service upon:

ADLER, MURPHY & MCQILLEN LLP
Brian T. May
Paula Wegman
Steven Boldt
20 S. Clark Street, Ste. 2500
Chicago, IL 60603

FOSTER, SWIFT, COLLINS & SMITH PC
Alexander A. Ayar
32300 Northwestern Hwy., Ste. 230
Farmington Hills, MI 48334

by placing said copies in an envelope, correctly and plainly addressed as shown above, and depositing said envelope in the United States Mail, with postage thereon fully prepaid.

/s/Alan B. Havis

### Certificate of Service

I hereby certify that on May 16, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

SARA MEHTA (P76024)
MICHAEL J. STEINBERG (P43085)
KARY L. MOSS (P49759)
T. JOSEPH SEWARD (P35095)

3

DENNIS D. PARKER
RACHEL E. GOODMAN
AYIRINI FONSCECA-SABUNE
LYNN M. DODGE (P38136)
WILLIAM H. GOODMAN (P14173)
JULIE HORWITZ (P34720)
KATHRYN BRUNER JAMES (P71374)
SARAH E. WHITMAN
ANNA ENGH
SHELLI CALLAND
ARJUN SETH
SARAH TREMONT (P73809)
BRIAN T. MAYE (IL 6288778)
PAULA L. WEGMAN (IL 6239491)
STEVEN . BOLDT (IL6302430)
ALEXANDER A. AYAR (P69623)

/s/Alan B. Havis
Law Office of Alan B. Havis, Esq.
25505 W. 12 Mile Rd., Ste. 1000
Southfield, MI  48034
Phone: (248) 353-3690
ahavis@AirportDefender.com
P-36988

4