UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHOSHANA HEBSHI,

    Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

Case No. 13-10253
Honorable Terrence G. Berg
Magistrate Judge Laurie J. Michelson

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT JOHN ETLING**

Plaintiff Shoshana Hebshi hereby dismisses without prejudice her claims against Defendant John Etling under Federal Rule of Civil Procedure 41(a)(1)(A). Each party will bear its own costs.

Respectfully submitted,

| | |
|---|---|
| _s/Rachel E. Goodman_ | _s/Michael J. Steinberg_ |
| Dennis Parker | Michael J. Steinberg |
| Rachel E. Goodman | American Civil Liberties Union |
| American Civil Liberties Union Foundation |    Fund of Michigan |
| 125 Broad Street, 18th Floor | 2966 Woodward Avenue |
| New York, NY 10004 | Detroit, MI 48201 |
| Telephone: (212) 549-2500 | (313) 578-6823 |
| Facsimile: (212) 549-2651 | msteinberg@aclumich.org |
| rgoodman@aclu.org | |
| dparker@aclu.org | |
| gcalhan@aclu.org | |
| | |
| _s/Sarah E. Tremont_ | _s/William H. Goodman_ |
| Anna Engh | William H. Goodman |
| Shelli Calland | Julie H. Hurwitz |
| Arjun Sethi | Kathryn Bruner James |
| Sarah E. Tremont | Miriam R. Nemeth |
| Covington & Burling LLP | Goodman & Hurwitz, P.C. |
| 1201 Pennsylvania Ave., N.W. | Cooperating Attorneys, American Civil |
| Washington D.C. 20004 |    Liberties Union Fund of Michigan |
| (202) 662-6000 | 1394 E. Jefferson Ave. |
| aengh@cov.com | Detroit, MI 48207 |
| scalland@cov.com | (313) 567-6170 |
| asethi@cov.com | bgoodman@goodmanhurwitz.com |
| stremont@cov.com | jhurwitz@goodmanhurwitz.com |
| | kjames@goodmanhurwitz.com |
| | mnemeth@goodmanhurwitz.com |

Dated: May 16, 2013

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to the following: Lynn Marie Dodge, Sarah E. Whitman, Alexander A. Ayar, Brian T. Maye, Steven L. Boldt, Alan B. Havis, and T. Joseph Seward.

    *s/Sarah E. Tremont*
Sarah E. Tremont
Covington & Burling LLP
1201 Pennsylvania Ave., N.W.
Washington, D.C.  20004
(202) 662-6000
stremont@cov.com