**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

| | |
|---|---|
| SHOSHANA HEBSHI,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Case No. 13-10253<br>Honorable Terrence G. Berg<br>Magistrate Judge Laurie J. Michelson |

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT THOMAS PIPIS

Plaintiff Shoshana Hebshi hereby dismisses without prejudice her claims against Defendant Thomas Pipis under Federal Rule of Civil Procedure 41(a)(1)(A). Each party will bear its own costs.

Respectfully submitted,

| | |
|---|---|
| _s/Rachel E. Goodman_ | _s/Michael J. Steinberg_ |
| Dennis Parker | Michael J. Steinberg |
| Rachel E. Goodman | American Civil Liberties Union |
| American Civil Liberties Union Foundation |    Fund of Michigan |
| 125 Broad Street, 18th Floor | 2966 Woodward Avenue |
| New York, NY 10004 | Detroit, MI 48201 |
| Telephone: (212) 549-2500 | (313) 578-6823 |
| Facsimile: (212) 549-2651 | msteinberg@aclumich.org |
| rgoodman@aclu.org | |
| dparker@aclu.org | |
| gcalhan@aclu.org | |
| | |
| _s/Sarah E. Tremont_ | _s/William H. Goodman_ |
| Anna Engh | William H. Goodman |
| Shelli Calland | Julie H. Hurwitz |
| Arjun Sethi | Kathryn Bruner James |
| Sarah E. Tremont | Miriam R. Nemeth |
| Covington & Burling LLP | Goodman & Hurwitz, P.C. |
| 1201 Pennsylvania Ave., N.W. | Cooperating Attorneys, American Civil |
| Washington D.C. 20004 |    Liberties Union Fund of Michigan |
| (202) 662-6000 | 1394 E. Jefferson Ave. |
| aengh@cov.com | Detroit, MI 48207 |
| scalland@cov.com | (313) 567-6170 |
| asethi@cov.com | bgoodman@goodmanhurwitz.com |
| stremont@cov.com | jhurwitz@goodmanhurwitz.com |
| | kjames@goodmanhurwitz.com |
| | mnemeth@goodmanhurwitz.com |

Dated: May 16, 2013

## CERTIFICATE OF SERVICE

     I hereby certify that on May 16, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to the following: Lynn Marie Dodge, Sarah E. Whitman, Alexander A. Ayar, Brian T. Maye, Steven L. Boldt, Alan B. Havis, and T. Joseph Seward.

                                        *s/Sarah E. Tremont*
                                        Sarah E. Tremont
                                        Covington & Burling LLP
                                        1201 Pennsylvania Ave., N.W.
                                        Washington, D.C.  20004
                                        (202) 662-6000
                                        stremont@cov.com