UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHOSHANA HEBSHI,

                Plaintiff(s)

v.

                                                          Case No. 13-10253

UNITED STATES OF AMERICA,           Honorable Terrence G. Berg
et al.,

                Defendant(s)
_____/

## NOTICE TO APPEAR FOR CASE MANAGEMENT STATUS AND SCHEDULING CONFERENCE

**YOU ARE NOTIFIED TO APPEAR ON Wednesday, June 05, 2013 at 9:00 a.m.** for a Case Management Status and Scheduling Conference to be held at the U.S. District Court, 231 W. Lafayette Blvd., Chambers 123, Detroit, MI 48226.

Counsel shall comply with Fed. R. Civ. Proc. Rule 26(f) and submit to the Court a joint discovery plan **no later than 4 business days before the conference.** In addition to the contents required under Rule 26(f), the joint discovery plan shall contain a case summary that:

- Summarizes the background of the action, the principal factual and legal issues for both sides, and the relief sought by the plaintiff(s);

- Outlines the proposed discovery and proposes an appropriate management plan, including a schedule setting discovery cut-off and trial dates; and

- Describes any outstanding or anticipated discovery disputes, the bases for any objections, and any anticipated motions, including dispositive motions;

The proposed discovery plan and case summary **shall** **be filed with the Court.**

Please be prepared to discuss the following at the Scheduling Conference:

  i. The issues and narrowing the issues;
  ii. Subject matter jurisdiction;
  iii. Relationship to other cases;
  iv. Necessity of amendments to pleadings, additional parties, third-party complaints, etc.;
  v. Settlement, including alternative dispute resolution;
  vi. Progress of discovery (counsel are instructed to commence significant discovery prior to the conference);
  vii. Issues which may appropriately be resolved by motion; and
  viii. Estimated trial length.

**IT IS PLAINTIFF'S COUNSEL'S RESPONSIBILITY TO NOTIFY ALL PARTIES OF THE SCHEDULING CONFERENCE.**

**Counsel are directed to discuss case evaluation (formerly "mediation") with their clients, and the prospect of obtaining authority to stipulate to be bound by the provisions of Mich. Ct. R. 2.403, including the section dealing with sanctions.**

|  |  |
|---|---|
| Dated: May 21, 2013 | s/Amanda Chubb<br>Amanda Chubb, Case Manager<br>(810) 341-9764 |

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

s/Amanda Chubb
Case Manager
