## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**SHOSHANA HEBSHI,**                                Honorable Terrence G. Berg

        Plaintiff,                          Magistrate Laurie J. Michelson

-v-                                                Case No. 13-cv-10253

**UNITED STATES OF AMERICA; FRONTIER
AIRLINES, INC.; JOHN BRAND**, in his individual
capacity; **UNKNOWN FBI AGENT 1**, in his individual
capacity; **UNKNOWN FBI AGENT 2**, in his individual
capacity; **MARK DEBEAU**, in his individual capacity;
**JEREMY BOHN**, in his individual capacity; **CAPTAIN
PATRICK DRISCOLL**, in his individual capacity;
**OFFICER GRANT**, in his individual capacity; **LT. M.
WASIUKANIS**, in his individual capacity; **TOYA
PARKER**, in her individual capacity; **DT. CARMONA**,
in his or her individual capacity; **OFFICER JOHNSON**,
in his or her individual capacity; **CORPORAL BRADLEY**,
in his or her individual capacity; **UNKNOWN CBP
OFFICER**, in his individual capacity; **DAVID LAKATOS**,
in his individual capacity; **NATHANIAL DEVINS**, in his
individual capacity; **UNKNOWN TSA AGENT 1**, in his
individual capacity; **UNKNOWN TSA AGENT 2**, in her
individual capacity; **ROBERT BALL**, in his individual
capacity; **UNKNOWN ICE OFFICER**, in his individual
capacity; and **PAUL BRUMLEY**, in his individual capacity;

        Defendants.

-and-

**MARK DeBEAU, OFFICER GRANT, TOYA PARKER,
DT. CARMONA, OFFICER JOHNSON, JEREMY BOHN,
CAPTAIN PATRICK DRISCOLL, LT. M. WASIUKANIS,**
and **CORPORAL BRADLEY,**

        Cross-Plaintiffs,

-v-

**FRONTIER AIRLINES, INC.,**

        Cross-Defendant.

| | |
|---|---|
| **ACLU Fund of Michigan**<br>By:    Michael J. Steinberg (P43085)<br>       Kary L. Moss (P49759)<br>2966 Woodward Avenue<br>Detroit, MI 48201<br>Telephone: (313) 578-6823<br>Facsimile: (313) 578-6811<br>*Attorneys for Hebshi (Plaintiff)* | **ACLU Foundation**<br>By:    Dennis D. Parker<br>       Rachel E. Goodman<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>Telephone: (212) 549-2500<br>Facsimile: (212) 549-2651<br>*Attorneys for Hebshi (Plaintiff)* |
| **Goodman & Hurwitz**<br>By:    William H. Goodman (P14173)<br>       Julie H. Hurwitz (P34720)<br>       Kathryn Bruner James (P71374)<br>       Miriam R. Nemeth (P76789)<br>1394 East Jefferson Avenue<br>Detroit, MI 48207<br>Telephone: (313) 567-6170<br>Facsimile: (313) 567-4827<br>*Attorneys for Hebshi (Plaintiff)* | **Covington & Burling**<br>By:    Anna Engh<br>       Shelli Calland<br>       Arjun Sethi<br>       Sarah Tremont (P73809)<br>1201 Pennsylvania Avenue Northwest<br>Washington, DC 20004<br>Telephone: (202) 662-6000<br>Facsimile: (202) 662-6291<br>*Attorneys for Hebshi (Plaintiff)* |
| **United States Department of Justice Torts Branch, Civil Division**<br>By:    Sarah E. Whitman (MA 657726)<br>       Rupa Bhattacharyya (VA 38877)<br>       C. Salvatore D'Alessio<br>P.O. Box 7146, Ben Franklin Station<br>Washington, DC 29944<br>Telephone: (202) 616-0089<br>Facsimile: (202) 616-4314<br>*Attorneys for United States; Brand (FBI Defendant), Lakatos (CBC Defendant); Devins (CBC Defendant); Brumley (ICE Defendant); and Ball (TSA Defendant* | **United States Attorney's Office**<br>By:    Lynn Marie Dodge (P38136)<br>       Barbara McQuade (P45423)<br>211 West Fort Street, Suite 2001<br>Detroit, MI 48226<br>Telephone: (313) 226-9100<br>Facsimile: (313) 226-2621<br>*Attorneys for United States; Brand (FBI Defendant), Lakatos (CBC Defendant); Devins (CBC Defendant); Brumley (ICE Defendant); and Ball (TSA Defendant* |
| **Cummings, McClorey, Davis & Acho**<br>By:    T. Joseph Seward (P35095)<br>       Lindsey A. Kaczmarek (P74579)<br>33900 Schoolcraft Road<br>Livonia, MI 48150<br>Telephone: (734) 261-2400<br>Facsimile: (734) 261-4510<br>*Attorneys for Wasiukanis (WCAA Defendant); Johnson (WCAA Defendant); Bradley (WCAA Defendant); and Driscoll (WCAA Defendant)* | **Law Offices of Alan B. Havis**<br>By:    Alan B. Havis (P36988)<br>25505 West 12 Mile Road, Suite 1000<br>Southfield, MI 48034<br>Telephone: (248) 353-3690<br>Facsimile: (248) 948-6677<br>*Attorneys for Carmona (WCAA Defendant); DeBeau (WCAA Defendant); Bohn (WCAA Defendant); Parker (WCAA Defendant); and Grant (WCAA Defendant)* |

| **Adler, Murphy & McQuillen** | **Foster, Swift, Collins & Smith** |
|---|---|
| By:     Brian T. Maye (IL 6239491)<br>          Paula L. Wegman (IL 6288778)<br>          Steven L. Boldt (IL 6302430)<br>20 South Clark Street, Suite 2500<br>Chicago, IL 60603<br>Telephone: (312) 422-5713<br>Facsimile: (312) 345-9860<br>*Attorneys for Frontier Airlines* | By:     Alexander A. Ayar (P69623)<br>32300 Northwestern Highway, Suite 230<br>Farmington Hills, MI 48334<br>Telephone: (248) 538-6326<br>Facsimile: (248) 851-7504<br>*Attorneys for Frontier Airlines* |

## <u>APPEARANCE</u>

TO:   Clerk of the Court
      U.S. District Court
      Eastern District of Michigan
      231 W Lafayette Blvd #827
      Detroit, MI 48226

**PLEASE ENTER** the Appearance of the law firm of **CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.**, by LINDSEY A. KACZMAREK, as attorney for the Defendants, WASIUKANIS (WCAA Defendant); JOHNSON (WCAA Defendant); BRADLEY (WCAA Defendant); and DRISCOLL (WCAA Defendant), in the within cause.

## NOTICE OF APPEARANCE

TO:    ALL COUNSEL OF RECORD

**PLEASE TAKE NOTICE** that the law firm of **CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.**, by LINDSEY A. KACZMAREK as attorney for the Defendants, WASIUKANIS (WCAA Defendant); JOHNSON (WCAA Defendant); BRADLEY (WCAA Defendant); and DRISCOLL (WCAA Defendant), in the within cause.

Respectfully Submitted,

**CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.**

By:    /s/ Lindsey A. Kaczmarek
         **LINDSEY A. KACZMAREK** (P-74579)
         33900 Schoolcraft
         Livonia Michigan  48150
         (734) 261-2400
         Attorneys for **Defendants**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**SHOSHANA HEBSHI**,                                Honorable Terrence G. Berg

       Plaintiff,                          Magistrate Laurie J. Michelson

-v-                                                      Case No. 13-cv-10253

**UNITED STATES OF AMERICA; FRONTIER
AIRLINES, INC.; JOHN BRAND**, in his individual
capacity; **UNKNOWN FBI AGENT 1**, in his individual
capacity; **UNKNOWN FBI AGENT 2**, in his individual
capacity; **MARK DEBEAU**, in his individual capacity;
**JEREMY BOHN**, in his individual capacity; **CAPTAIN
PATRICK DRISCOLL**, in his individual capacity;
**OFFICER GRANT**, in his individual capacity; **LT. M.
WASIUKANIS**, in his individual capacity; **TOYA
PARKER**, in her individual capacity; **DT. CARMONA**,
in his or her individual capacity; **OFFICER JOHNSON**,
in his or her individual capacity; **CORPORAL BRADLEY**,
in his or her individual capacity; **UNKNOWN CBP
OFFICER**, in his individual capacity; **DAVID LAKATOS**,
in his individual capacity; **NATHANIAL DEVINS**, in his
individual capacity; **UNKNOWN TSA AGENT 1**, in his
individual capacity; **UNKNOWN TSA AGENT 2**, in her
individual capacity; **ROBERT BALL**, in his individual
capacity; **UNKNOWN ICE OFFICER**, in his individual
capacity; and **PAUL BRUMLEY**, in his individual capacity;

       Defendants.

-and-

**MARK DeBEAU**, **OFFICER GRANT**, **TOYA PARKER**,
**DT. CARMONA**, **OFFICER JOHNSON**, **JEREMY BOHN**,
**CAPTAIN PATRICK DRISCOLL**, **LT. M. WASIUKANIS**,
and **CORPORAL BRADLEY**,

       Cross-Plaintiffs,

-v-

**FRONTIER AIRLINES**, INC.,

    Cross-Defendant.

---

| **ACLU Fund of Michigan** | **ACLU Foundation** |
|---|---|
| By:     Michael J. Steinberg (P43085)<br>        Kary L. Moss (P49759)<br>2966 Woodward Avenue<br>Detroit, MI 48201<br>Telephone: (313) 578-6823<br>Facsimile: (313) 578-6811<br>*Attorneys for Hebshi (Plaintiff)* | By:     Dennis D. Parker<br>        Rachel E. Goodman<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>Telephone: (212) 549-2500<br>Facsimile: (212) 549-2651<br>*Attorneys for Hebshi (Plaintiff)* |
| **Goodman & Hurwitz** | **Covington & Burling** |
| By:     William H. Goodman (P14173)<br>        Julie H. Hurwitz (P34720)<br>        Kathryn Bruner James (P71374)<br>        Miriam R. Nemeth (P76789)<br>1394 East Jefferson Avenue<br>Detroit, MI 48207<br>Telephone: (313) 567-6170<br>Facsimile: (313) 567-4827<br>*Attorneys for Hebshi (Plaintiff)* | By:     Anna Engh<br>        Shelli Calland<br>        Arjun Sethi<br>        Sarah Tremont (P73809)<br>1201 Pennsylvania Avenue Northwest<br>Washington, DC 20004<br>Telephone: (202) 662-6000<br>Facsimile: (202) 662-6291<br>*Attorneys for Hebshi (Plaintiff)* |
| **United States Department of Justice Torts Branch, Civil Division** | **United States Attorney's Office** |
| By:     Sarah E. Whitman (MA 657726)<br>        Rupa Bhattacharyya (VA 38877)<br>        C. Salvatore D'Alessio<br>P.O. Box 7146, Ben Franklin Station<br>Washington, DC 29944<br>Telephone: (202) 616-0089<br>Facsimile: (202) 616-4314<br>*Attorneys for United States; Brand (FBI Defendant), Lakatos (CBC Defendant); Devins (CBC Defendant); Brumley (ICE Defendant); and Ball (TSA Defendant)* | By:     Lynn Marie Dodge (P38136)<br>        Barbara McQuade (P45423)<br>211 West Fort Street, Suite 2001<br>Detroit, MI 48226<br>Telephone: (313) 226-9100<br>Facsimile: (313) 226-2621<br>*Attorneys for United States; Brand (FBI Defendant), Lakatos (CBC Defendant); Devins (CBC Defendant); Brumley (ICE Defendant); and Ball (TSA Defendant)* |
| **Cummings, McClorey, Davis & Acho** | **Law Offices of Alan B. Havis** |
| By:     T. Joseph Seward (P35095)<br>        Lindsey A. Kaczmarek (P74579)<br>33900 Schoolcraft Road<br>Livonia, MI 48150 | By:     Alan B. Havis (P36988)<br>25505 West 12 Mile Road, Suite 1000<br>Southfield, MI 48034<br>Telephone: (248) 353-3690 |

| | |
|---|---|
| Telephone: (734) 261-2400<br>Facsimile: (734) 261-4510<br>*Attorneys for Wasiukanis (WCAA Defendant);*<br>*Johnson (WCAA Defendant); Bradley (WCAA*<br>*Defendant); and Driscoll (WCAA Defendant)* | Facsimile: (248) 948-6677<br>*Attorneys for Carmona (WCAA Defendant);*<br>*DeBeau (WCAA Defendant); Bohn (WCAA*<br>*Defendant); Parker (WCAA Defendant); and*<br>*Grant (WCAA Defendant)* |
| **Adler, Murphy & McQuillen**<br>By:    Brian T. Maye (IL 6239491)<br>       Paula L. Wegman (IL 6288778)<br>       Steven L. Boldt (IL 6302430)<br>20 South Clark Street, Suite 2500<br>Chicago, IL 60603<br>Telephone: (312) 422-5713<br>Facsimile: (312) 345-9860<br>*Attorneys for Frontier Airlines* | **Foster, Swift, Collins & Smith**<br>By:    Alexander A. Ayar (P69623)<br>32300 Northwestern Highway, Suite 230<br>Farmington Hills, MI 48334<br>Telephone: (248) 538-6326<br>Facsimile: (248) 851-7504<br>*Attorneys for Frontier Airlines* |

## <u>PROOF OF SERVICE</u>

I hereby certify that I am employed by the law firm of CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C., attorneys for Defendants, WASIUKANIS (WCAA Defendant); JOHNSON (WCAA Defendant); BRADLEY (WCAA Defendant); and DRISCOLL (WCAA Defendant) and that on May 31, 2013, the APPEARANCE AS COUNSEL FOR DEFENDANTS, and this PROOF OF SERVICE were served **via the Oakland County Circuit Court's E-Service** upon: All Counsel of Record.

/s/ Leslie M. Johnson
LESLIE M. JOHNSON

Dated: May 31, 2013
P:\Lmj\Appearance.Docx