UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHOSHANA HEBSHI,

                Plaintiff,

v.

UNITED STATES OF AMERICA; FRONTIER
AIRLINES, INC.; JOHN BRAND, in his individual capacity;
UNKNOWN FBI AGENT 1, in his individual capacity;
UNKNOWN FBI AGENT 2, in his individual capacity; MARK
DEBEAU, in his individual capacity; JEREMY BOHN, in his
individual capacity; CAPTAIN PATRICK DRISCOLL, in his
individual capacity; OFFICER GRANT, in his individual capacity;
LT. M. WASIUKANIS, in his individual capacity; TOYA
PARKER, in her individual capacity; DT. CARMONA, in his or
her individual capacity; OFFICER JOHNSON, in his or her
individual capacity; CORP. BRADLEY, in his or her individual
capacity; UNKNOWN CBP OFFICER, in his individual capacity;
DAVID LAKATOS, in his individual capacity; NATHANIEL
DEVINS, in his individual capacity; UNKNOWN TSA AGENT 1,
in his individual capacity; UNKNOWN TSA AGENT 2, in her
individual capacity; ROBERT BALL, in his individual capacity;
UNKNOWN ICE OFFICER, in his individual capacity; and PAUL
BRUMLEY, in his individual capacity,

                Defendants.

and

MARK DEBEAU, OFFICER GRANT, TOYA PARKER, DET.
CARMONA, OFFICER
JOHNSON, JEREMY BOHN, CAPTAIN
PATRICK, DRISCOLL, LT. M. WASIUKANIS,
and CORPORAL BRADLEY,

                Cross-Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

                Cross-Defendant.

Honorable Terrence G. Berg
Magistrate Judge Laurie J. Michelson

Case No. 13-10253

**STIPULATION AND ORDER ALLOWING FOR THE AIRPORT POLICE OFFICER'S AMENDMENT OF AFFIRMATIVE DEFENSES TO ADD A DEFENSE BASED ON 6 U.S.C. 1104**

_____/

| | |
|---|---|
| Michael J. Steinberg (P43085) | Alan B. Havis (P36988) |
| Kary L. Moss (P49759) | Law Offices of Alan B. Havis Esq. |
| American Civil Liberties Union | 25505 W. 12 Mile Road, Suite 100 |
|   Fund of Michigan | Southfield, MI 48034 |
| 2966 Woodward Avenue | (248) 353-3690 |
| Detroit, MI 48201 | ahavis@AirportDefender.com |
| (313) 578-6823 | ***Attorney for Debeau, Grant, Parker, Carmona, &*** |
| msteinberg@aclumich.org | ***Johnson*** |
| | |
| Dennis D. Parker | Paula L. Wegman |
| Rachel E. Goodman | Brian L. Maye |
| American Civil Liberties Union Foundation | Steven L. Boldt |
| 125 Broad Street, 18th Floor | ADLER MURPHY & McQUILLEN LLP |
| New York, NY 10004 | 20 S. Clark Street, Suite 2500 |
| (212) 549-2500/Fax: (212) 549-2651 | Chicago, Illinois 60603 |
| rgoodman@aclu.org | (312) 345-0700/5-Fax: (312) 345-9860 |

1

William H. Goodman (P14173)
Julie H. Hurwitz (P34720)
Kathryn Bruner James (P71374)
Miriam R. Nemeth (P76789)
Goodman & Hurwitz, P.C.
Cooperating Attorneys, American Civil
    Liberties Union Fund of Michigan
1394 E. Jefferson Ave.
Detroit, MI 48207
(313) 567-6170
mail@goodmanhurwitz.com

Anna Engh
Shelli Calland
Arjun Sethi
Sarah Tremont (P73809)
Covington & Burling LLP
1201 Pennsylvania Ave., N.W.
Washington D.C. 20004
(202) 662-6000
aengh@cov.com
scalland@cov.com
asethi@cov.com
stremont@cov.com

*Attorneys for Plaintiff*

bmaye@amm-law.com

Alexander A. Ayar (P69623)
Foser, Swift, Collins & Smith, P.C.
32300 Northwestern Highway, Suite 230
Farmington Hills, MI 48334-1571
(248) 538-6326/Fax:
aayar@fosterswift.com
*Attorneys for Frontier Airlines*

T. Joseph Seward (P35095)
Cummings McClorey Davis & Acho
33900 Schoolcraft Road
Livonia, MI 48150
(248) 261-2400/Fax:
tjseward@cmda-law.com
*Attorneys for Bohn, Driscoll, Wasiukanis, & Bradley*

Sarah E. Whitman, Trial Attorney
U.S. Department of Justice, Civil Division
Torts Branch – Constitutional Torts Section
P.O. Box 7146
Ben Franklin Station
Washington, DC 20044
(202) 616-0089/Fax: (202) 616-4314
Sarah.Whitman@usdoj.gov

BARBARA L. MCQUADE
United States Attorney
Lynn M. Dodge
Assistant United States Attorney
United States Attorney's Office
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-0205
Lynn.Dodge@usdoj.gov
*Attorney for Brand, Lakatos, Devins, Ball, Brumley, & USA*

_____/

## STIPULATION AND ORDER
## ALLOWING FOR AMENDMENT TO AFFIRMATIVE DEFENSES
## FOR DEFENDANTS MARK DEBEAU, JEREMY BOHN,
## CAPTAIN PATRICK DRISCOLL, OFFICER GRANT, LT. M. WASIUKANIS,
## TOYA PARKER, DT. CARMONA, OFFICER JOHNSON,
## AND CORPORAL BRADLEY

Alan B. Havis, Esq., counsel for Defendants Mark Debeau, Officer Grant, Toya Parker, Dt. Carmona, and Officer Johnson and T. Joseph Seward, Esq., counsel for Defendants Jeremy Bohn, Captain Patrick Driscoll, Lt. M. Wasiukanis and Corporal Bradley, and Rachel E. Goodman, Esq., counsel for Plaintiff, hereby stipulate to these Defendants amending their Affirmative Defenses to add a defense based on 6 U.S.C. 1104.

2

Agreed and stipulated to by:

/s/ T. Joseph Seward                         /s/ Alan B. Havis                         
**T. JOSEPH SEWARD** (P35095)    **ALAN B. HAVIS** (P36988)

/s/Rachel E. Goodman                   
**RACHEL E. GOODMAN, ESQ.**

## ORDER

      At a session of said Court, held in the City of Detroit, County of Wayne, State of Michigan On June 11, 2013.

      Hon. Terrence G. Berg                         
          UNITED STATES DISTRICT JUDGE

This matter having come before the Court, and the Court being otherwise sufficiently advised of the premises,

IT IS ORDERED that Defendants Mark Debeau, Officer Grant, Toya Parker, Dt. Carmona, Officer Johnson, Jeremy Bohn, Captain Patrick Driscoll, Lt. M. Wasiukanis and Corporal Bradley can amend their Affirmative Defenses to add a defense based on 6 U.S.C. 1104.

      S/Terrence G. Berg              
      **HON. TERRENCE G. BERG**
      United States District Court Judge

**Certificate of Service**

I hereby certify that on **June 6, 2013**, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

**SARAH MEHTA (P76024)**
**MICHAEL J. STEINBERG (P43085)**
**KARY L. MOSS (P49759)**
**ALAN B. HAVIS (P36988)**
**DENNIS D. PARKER**
**RACHEL E. GOODMAN**
**AYIRINI FONSCECA-SABUNE**
**LYNN M. DODGE (P38136)**
**WILLIAM H. GOODMAN (P14173)**
**JULIE HORWITZ (P34720)**
**KATHRYN BRUNER JAMES (P71374)**
**SARAH E. WHITMAN**
**ANNA ENGH**
**SHELLI CALLAND**
**ARJUN SETH**
**SARAH TREMONT (P73809)**
**BRIAN T. MAYE (IL 6288778)**
**PAULA L. WEGMAN (IL 6239491)**
**STEVEN L. BOLDT (IL 6302430)**
**ALEXANDER A. AYAR (P69623)**

/s/T. Joseph Seward
Cummings, McClorey, Davis & Acho, P.L.C.
33900 Schoolcraft
Livonia, MI  48150
Phone:  (734) 261-2400
Primary E-mail: tjseward@cmda-law.com
P-35095