UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Shoshana Hebshi,

                Plaintiff(s),

v.                                  Case No. 4:13–cv–10253–TGB–LJM
                                        Hon. Terrence G. Berg

United States of America, et al.,

                Defendant(s),

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to United States Magistrate Judge Michelson pursuant to 28 U.S.C. § 636(b)(3), for the following purpose(s):

- **Mediation**

                                            s/Terrence G. Berg
                                            Terrence G. Berg
                                            United States District Judge

## Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                            s/A Chubb
                                            Case Manager