# INDEX OF EXHIBITS
## to
## ANSWER OF CROSS-PLAINTIFFS DEBEAU, GRANT, PARKER, ET AL IN OPPOSITION TO FRONTIER AIRLINES' MOTION TO DISMISS

Hebshi vs. USA, Frontier Airlines, et al
Case No. 4:13-cv-10253

1. Indemnification and Insurance Clause
2. Indemnification Clause
3. Case law – North Bank v Cincinnati Insurance Co.