UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHOSHANA HEBSHI,

       Plaintiff,                       Civil Action No. 13-10253

      v.                             District Judge Terrence G. Berg
                                      Magistrate Judge Laurie J. Michelson

UNITED STATES OF AMERICA, et al,

       Defendants.
_____/

## NOTICE OF SETTLEMENT CONFERENCE

By an Order of Reference (D/E #79), A settlement conference will be held in the Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48226, Room 648, before Magistrate Judge Laurie J. Michelson on **Tuesday, August 6, 2013 at 10:00 a.m.**

The conference shall be attended by an authorized representative of each party with full and complete authority to make settlement decisions, together with trial counsel for each party. The insured party need not attend unless the settlement decision will be made in part by the insured. A corporate party shall send a representative with full and complete authority to bind the company. A governmental entity shall send a representative authorized to act on its behalf.

**At least seven (7) days prior to the conference**, each party shall submit a confidential Settlement Statement to me. The settlement statement will not become part of the file of this case, rather, it is for my exclusive use in preparing for and conducting the settlement conference.

The Settlement Statement shall recite the key facts and law, discuss the strengths and weaknesses of each party's case, the parties' position on settlement and the settlement efforts to date. If not readily accessible as an exhibit to a previously filed motion, copies of any agreements,

business records, photographs, or other documents critical to the understanding of this case shall be attached to the Settlement Statement. Exclusive of attachments, the Settlement Statement shall not exceed five (5) pages. The parties are directed to be candid in their statements and to provide me with sufficient detail to analyze the factual and legal issues in this case.

The settlement statement shall not be electronically filed or otherwise docketed. Rather, it should be hand-delivered or mailed to: Magistrate Judge Laurie Michelson, Theodore Levin United States Courthouse, 231 W. Lafayette Blvd., Detroit, MI 48226, Room 648.

Counsel are directed to confer with their clients in advance of the scheduled conference to explore their settlement position. The parties are also encouraged to exchange settlement proposals prior to the conference.

                                                s/Laurie J. Michelson
                                                LAURIE J. MICHELSON
                                                UNITED STATES MAGISTRATE JUDGE

Dated: July 15, 2013

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on July 15, 2013.

                                                s/Jane Johnson
                                                Deputy Clerk