IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHOSHANA HEBSHI,

        Plaintiff,                        Case No. 13-10253

v.                                        Hon. Terrence G. Berg
                                            Magistrate Judge Laurie J. Michelson

UNITED STATES OF AMERICA, et al.,

        Defendants.
_____/

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Brooke Merriweather-Tucker is entering her appearance on behalf of the plaintiff in the above-captioned case.

                                            /s/ Brooke Merriweather-Tucker
                                            Brooke Merriweather-Tucker
                                            American Civil Liberties Union
                                              Fund of Michigan
                                            2966 Woodward Avenue
                                            Detroit, MI 48201
                                            (313) 578-6823
                                            btucker@aclumich.org

Dated: August 6, 2013

CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2013 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

                                            /s/ Brenda Bove