UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Shoshana Hebshi,

            Plaintiff(s),

v.                                Case No. 4:13–cv–10253–TGB–LJM
                                      Hon. Terrence G. Berg

United States of America, et al.,

            Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before Magistrate Judge Laurie J. Michelson at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 640, Detroit, Michigan, for the following proceeding(s):

- SETTLEMENT CONFERENCE:  November 18, 2013 at 10:00 AM

**ADDITIONAL INFORMATION:**    If the parties want to submit a revised settlement statement, it is due by 11/12/2013. DO NOT FILE IT WITH THE COURT.

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/J. Johnson
                                                        Case Manager

Dated:   October 28, 2013