UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Shoshana Hebshi,

                Plaintiff(s),

v.	Case No. 4:13−cv−10253−TGB−LJM
   Hon. Terrence G. Berg

United States of America, et al.,

                Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Terrence G. Berg as follows:

- STATUS CONFERENCE:  November 13, 2013 at 01:00 PM

The conference shall be initiated by COUNSEL FOR PLAINTIFF.

If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                By: s/A Chubb
                      Case Manager

Dated:  November 8, 2013