UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHOSHANA HEBSHI,

      Plaintiff,                                   Civil Action No. 13-10253

      v.                                        District Judge Terrence G. Berg
                                               Magistrate Judge Laurie J. Michelson

UNITED STATES OF AMERICA, et al,

      Defendants.
_____/

## SUPPLEMENTAL NOTICE OF SETTLEMENT CONFERENCE

On July 15, 2013, this Court issued its initial Notice of Settlement Conference. (Dkt. 83.) The Notice expressly stated that "[t]he conference shall be attended by an authorized representative of each party with full and complete authority to make settlement decisions, together with trial counsel for each party. The insured party need not attend unless the settlement decision will be made in part by the insured. A corporate party shall send a representative with full and complete authority to bind the company. A governmental entity shall send a representative authorized to act on its behalf." (*Id*.)

Despite this directive, not all of the required representatives have been present at the prior settlement sessions. Accordingly, the following representatives are to appear at the settlement conference scheduled for December 11, 2013:

- For Plaintiff: Ms. Shoshana Hebshi

- For Defendant United States: Ms. Sarah E. Whitman

- For Defendant Frontier Airlines: Mr. Dan Foy

- For Defendant Wayne County Airport Authority: Airport Authority CEO

**IT IS SO ORDERED.**

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES MAGISTRATE JUDGE

Dated: November 18, 2013

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on November 18, 2013.

s/Jane Johnson
Deputy Clerk
