# INDEX OF EXHIBITS
## To

## **DEFENDANTS' JOINT MOTION FOR RECONSIDERATION**

Hebshi vs. USA, Frontier Airlines, et al

1. October 10, 2013 correspondence from Havis
2. October 17, 2013 correspondence from Tremont
3. October 18, 2013 correspondence from Calland
4. Unsigned Affidavit of Thomas Naughton
5. October 18, 2013 correspondence from Havis
6. October 22, 2013 correspondence from Havis
7. *Devlin v Chemed Corp.*
8. *Jackson v City of* Detroit