**Subject:** Fwd: Hebshi v. United States, et al. --
**From:** "T. Joseph Seward" <tjseward@cmda-law.com>
**Date:** 10/10/2013 9:50 AM
**To:** Angela Florence <aflorence@cmda-law.com>, "Lindsey A. Kaczmarek" <lkaczmarek@cmda-law.com>

-------- Original Message --------
**Subject:** Hebshi v. United States, et al. --
**Date:** Thu, 10 Oct 2013 09:45:36 -0400
**From:** Alan Havis <ahavis@airportdefender.com>
**To:** 'Whitman, Sarah (CIV)' <Sarah.Whitman@usdoj.gov>, 'Rachel Goodman' <rgoodman@aclu.org>, 'Brian T. Maye' <bmaye@AMM-LAW.com>, 'Paula L. Wegman' <pwegman@AMM-LAW.com>, <STremont@cov.com>, <mnemeth@goodmanhurwitz.com>, <msteinberg@aclumich.org>, 'T. Joseph Seward' <tjseward@cmda-law.com>

To all counsel:

The proposed tentative settlement on behalf of the Wayne County Airport Authority defendants required review and approval by the Airport Authority CEO. Please be advised that he has reviewed the proposal and has rejected it in total. As such, the WCAA defendants are prepared to move forward and litigate this matter and vindicate themselves. I will advise Judge Michelson's clerk accordingly.

Regards,
Alan B. Havis, Esq.


CONFIDENTIALITY NOTICE

This e-mail correspondence is confidential. If you are not the intended recipient, please notify the sender of the delivery error immediately, and then delete it from your system. Do not read, use, or copy this e-mail, or disclose it to others. This e-mail is not intended to waive the attorney-client privilege, or any other privilege. Thank you.