**Subject:** Shoshana Hebshi v. United States, et al.
**From:** "Tremont, Sarah" <STremont@cov.com>
**Date:** 10/17/2013 4:40 PM
**To:** "Alan Havis (ahavis@airportdefender.com)" <ahavis@airportdefender.com>, "T. Joseph Seward" <tjseward@cmda-law.com>, Lindsey Kaczmarek <lkaczmarek@cmda-law.com>
**CC:** "Calland, Shelli" <scalland@cov.com>

Dear Counsel,

We just left a voicemail for Mr. Havis. As we mentioned there, we plan to file a motion to compel the attendance of the WCAA CEO at the October 31 settlement conference because, per Mr. Havis's email of October 10, the CEO is apparently the individual at the WCAA with final authority to settle Ms. Hebshi's claims.

We are contacting you to fulfill our obligation under E.D. Mich. LR 7.1(a) that we seek your concurrence in the motion prior to filing it. Although we said in our voicemail that we would be filing at 6:00 p.m. today, we've decided not to file the motion tonight. Please let us know by 11:00 a.m. tomorrow morning whether you concur in the motion. If we do not hear from you before 11:00 a.m., we will assume that the WCAA Defendants do not concur.

Regards,

Sarah

**Sarah Tremont | COVINGTON & BURLING LLP**

1201 Pennsylvania Avenue NW

Washington, DC 20004-2401

*Tel* 202.662.5538 | *Fax* 202.778.5538

stremont@cov.com| www.cov.com

*This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.*