UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHOSHANA HEBSHI,

                Plaintiff,

v.

                                              Case No. 13-10253

UNITED STATES OF AMERICA, et al.,        HON. TERRENCE G. BERG
                                              HON. LAURIE J. MICHELSON

                Defendants.
_____/

## ORDER EXTENDING TIME TO RESPOND TO MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS

WHEREAS, Defendants Mark DeBeau, Officer Johnson, Officer Grant, Officer Parker, Detective Carmona, Officer Bohn, Lieutenant Waskukanis, Corporal Bradley, and Captain Driscoll (the "WCAA Defendants") filed a Motion for Partial Judgment on the Pleadings ("Motion"), Dkt. No. 89, on November 11, 2013;

WHEREAS, a response from Plaintiff Shoshana Hebshi ("Plaintiff") is due on December 5, 2013, in advance of the Settlement Conference scheduled to be held before Judge Michelson on December 11, 2013, Dkt. 90;

WHEREAS, during the Telephonic Status Conference held by the Court on November 13, 2013, Plaintiff requested an additional two weeks from the date of the Settlement Conference to respond to the Motion;

IT IS HEREBY ORDERED that the deadline for Plaintiff to respond to the Motion shall be extended until December 25, 2013.  The deadline for a reply from the WCAA Defendants, if any, shall be extended until January 13, 2013.

SO ORDERED.

                                                     s/Terrence G. Berg_____
                                                     TERRENCE G. BERG
                                                     United States District Judge

Dated: December 5, 2013