## INDEX OF EXHIBITS
## To

## DEFENDANTS' JOINT MOTION FOR PROTECTIVE ORDER

Hebshi vs. USA, Frontier Airlines, et al

1. November 8, 2013 – Plaintiff's correspondence and Certificate of Service of Discovery Requests to WCAA Defendants

2. December 3, 2013 – Plaintiff's correspondence and Notice of Subpoena to WCAA Defendants