**CERTIFICATE OF SERVICE**

     I hereby certify that, on November 8, 2013, a true and correct copy of Plaintiff's First Set of Requests for Production of Documents and Things to Defendants Mark DeBeau, Jeremy Bohn, Captain Patrick Driscoll, Officer Grant, Lieutenant Michael Wasiukanis, Toya Parker, Detective Carmona, Officer Charles Johnson, and Corporal Bradley was sent via electronic mail to the following counsel of record for those Defendants:

        Alan B. Havis, ahavis@AirportDefender.com
        Lindsey A. Kaczmarek, lkaczmarek@cmda-law.com
        T. Joseph Seward, tjseward@cmda-law.com

         *s/Sarah E. Tremont*
         Sarah E. Tremont
         Covington & Burling LLP
         1201 Pennsylvania Ave., N.W.
         Washington, D.C.  20004
         (202) 662-6000
         stremont@cov.com