# EXHIBIT 1

**Subject:** Shoshana Hebshi v. United States, et al.
**From:** "Tremont, Sarah" <STremont@cov.com>
**Date:** 11/8/2013 4:49 PM
**To:** "Alan Havis <ahavis@airportdefender.com>" <ahavis@airportdefender.com>, "T. Joseph Seward <tjseward@cmda-law.com>" <tjseward@cmda-law.com>, "Lindsey Kaczmarek <lkaczmarek@cmda-law.com>" <lkaczmarek@cmda-law.com>
**CC:** "Rachel Goodman <rgoodman@aclu.org>" <rgoodman@aclu.org>, "Michael Steinberg <msteinberg@aclumich.org>" <msteinberg@aclumich.org>, "Miriam Nemeth <mnemeth@goodmanhurwitz.com>" <mnemeth@goodmanhurwitz.com>

Counsel,

Please find attached Plaintiff's First Set of Requests for Production of Document and Things to Defendants Mark DeBeau, Jeremy Bohn, Captain Patrick Driscoll, Officer Grant, Lieutenant Michael Wasiukanis, Toya Parker, Detective Carmona, Officer Charles Johnson, and Corporal Bradley.

Regards,

Sarah

### Sarah Tremont | COVINGTON & BURLING LLP

1201 Pennsylvania Avenue NW

Washington, DC 20004-2401

*Tel* 202.662.5538 | *Fax* 202.778.5538

stremont@cov.com | www.cov.com

*This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.*

──Attachments:──

| | |
|---|---|
| Hebshi Document Requests Mark DeBeau FINAL.pdf | 38.5 KB |
| Hebshi Document Requests Mark DeBeau FINAL.docx | 47.3 KB |
| Hebshi Document Requests Jeremy Bohn FINAL.pdf | 38.5 KB |
| Hebshi Document Requests Jeremy Bohn FINAL.docx | 47.0 KB |
| Hebshi Document Requests Captain Patrick Driscoll FINAL.pdf | 85.1 KB |
| Hebshi Document Requests Captain Patrick Driscoll FINAL.docx | 46.4 KB |

| | |
|---|---:|
| Hebshi Document Requests Officer Grant FINAL.pdf | 38.5 KB |
| Hebshi Document Requests Officer Grant FINAL.docx | 46.4 KB |
| Hebshi Document Requests Lieutenant Michael Wasiukanis FINAL.pdf | 38.6 KB |
| Hebshi Document Requests Lieutenant Michael Wasiukanis FINAL.docx | 46.9 KB |
| Hebshi Document Requests Toya Parker FINAL.pdf | 38.5 KB |
| Hebshi Document Requests Toya Parker FINAL.docx | 46.4 KB |
| Hebshi Document Requests Detective Carmona FINAL.pdf | 38.4 KB |
| Hebshi Document Requests Detective Carmona FINAL.docx | 46.5 KB |
| Hebshi Document Requests Officer Charles Johnson FINAL.pdf | 38.5 KB |
| Hebshi Document Requests Officer Charles Johnson FINAL.docx | 46.5 KB |
| Hebshi Document Requests Corporal Bradley FINAL.pdf | 38.5 KB |
| Hebshi Document Requests Corporal Bradley FINAL.docx | 46.4 KB |
| 2013.11.08 Certificate of Service for WCAA Defs.pdf | 4.0 KB |

## **CERTIFICATE OF SERVICE**

    I hereby certify that, on November 8, 2013, a true and correct copy of Plaintiff's First Set of Requests for Production of Documents and Things to Defendants Mark DeBeau, Jeremy Bohn, Captain Patrick Driscoll, Officer Grant, Lieutenant Michael Wasiukanis, Toya Parker, Detective Carmona, Officer Charles Johnson, and Corporal Bradley was sent via electronic mail to the following counsel of record for those Defendants:

        Alan B. Havis, ahavis@AirportDefender.com
        Lindsey A. Kaczmarek, lkaczmarek@cmda-law.com
        T. Joseph Seward, tjseward@cmda-law.com

            *s/Sarah E. Tremont*
            Sarah E. Tremont
            Covington & Burling LLP
            1201 Pennsylvania Ave., N.W.
            Washington, D.C.  20004
            (202) 662-6000
            stremont@cov.com