UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHOSHANA HEBSHI,

    Plaintiff,　　　　　　　　　　Hon. Terrence G. Berg

v.　　　　　　　　　　　　　　　Magistrate Laurie J. Michelson

UNITED STATES OF AMERICA, ET AL,　　Case No. 4:13-cv-10253

    Defendants.

---

## NOTICE OF APPEARANCE OF COUNSEL
## FOR NON-PARTY THOMAS J. NAUGHTON

NOW COMES John R. Trentacosta of Foley & Lardner LLP, and hereby enters his appearance as counsel for non-party Thomas J. Naughton in the above-captioned action.

    Respectfully submitted,

    FOLEY & LARDNER LLP
    By: */s/ John R. Trentacosta*
    John R. Trentacosta (P31856)
    One Detroit Center
    500 Woodward Avenue, Suite 2700
    Detroit, MI 48226-3489
    (313) 234-7100 (Telephone)
    (313) 234-2800 (Facsimile)
    Attorneys for Non-Party Thomas J. Naughton
    E-mail: jtrentacosta@foley.com

Dated: December 9, 2013

4836-5885-05831

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of **NOTICE OF APPEARANCE OF COUNSEL FOR NON-PARTY THOMAS J. NAUGHTON** was filed electronically on December 9, 2013, with the Clerk of the Court using the ECF system. Notice of this will be sent to the parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        Respectfully submitted,

                                        FOLEY & LARDNER LLP
By: */s/ John R. Trentacosta*
John R. Trentacosta (P31856)
One Detroit Center
500 Woodward Avenue, Suite 2700
Detroit, MI 48226-3489
(313) 234-7100 (Telephone)
(313) 234-2800 (Facsimile)
Attorneys for Non-Party Thomas J. Naughton
E-mail: jtrentacosta@foley.com

Dated: December 9, 2013

4836-5885-05831