# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| SHOSHANA HEBSHI, ) | |
| ) | |
|    Plaintiff, ) | Hon. Terrence G. Berg |
| ) | Magistrate Judge Laurie J. Michelson |
| v. ) | |
| ) | Case No. 4:13-cv-10253 |
| UNITED STATES OF AMERICA, ) | |
|                            *et al.*, ) | |
| ) | |
|    Defendants. ) | |
| _____ ) | |

## NOTICE OF APPEARANCE

Please take notice that Jean Marie Cunningham hereby enters her appearance in the above-captioned case as counsel for Defendants John Brand, David Lakatos, Nathanael Devins, Robert Ball, Paul Brumley, and the United States of America.

Dated: January 14, 2014                    Respectfully submitted,

                                                      STUART F. DELERY
                                                     Assistant Attorney General, Civil Division

                                                     RUPA BHATTACHARYYA
                                                     Director, Torts Branch, Civil Division

                                                     C. SALVATORE D'ALESSIO, JR.
                                                     Assistant Director, Torts Branch, Civil Division

2

/s/ Jean Marie Cunningham
JEAN MARIE CUNNINGHAM
DC Bar No. 456699
Trial Attorney
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-4164
Facsimile: (202) 616-4314
Email: Jean.Cunningham@usdoj.gov

*Counsel for Defendants John Brand, David Lakatos, Nathanael Devins, Robert Ball, Paul Brumley, and the United States of America*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on March 29, 2013, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

**Julie H. Hurwitz: jhurwitz@goodmanhurwitz.com
Kathryn Bruner James: kjames@goodmanhurwitz.com
Miriam R. Nemeth: mnemeth@goodmanhurwitz.com
Rachel E. Goodman: Rgoodman@aclu.org
Sarah L. Mehta: smehta@aclumich.org
William H. Goodman: bgoodman@goodmanhurwitz.com
Michael J. Steinberg: msteinberg@aclumich.org
Alan B. Havis: ahavis@airportdefender.com**

I further hereby certify that I have mailed by United States Postal Service the foregoing paper to the following non-ECF participants:

**None**

                                                                  /s/ Sarah E. Whitman_____

                                                            Sarah E. Whitman
                                                            Trial Attorney
Torts Branch, Civil Division
United States Department of Justice
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-0089
Email: Sarah.Whitman@usdoj.gov