UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Shoshana Hebshi,

                Plaintiff(s),

v.                                          Case No. 4:13–cv–10253–TGB–LJM
                                          Hon. Terrence G. Berg

United States of America, et al.,

                Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Terrence G. Berg at the United States District Court, Federal Building and U.S. Courthouse, 600 Church Street, Flint, Michigan.  The following motion(s) are scheduled for hearing:

    Motion to Dismiss – #57
    Motion for Partial Summary Judgment – #69
    Motion to Dismiss – #73
    Motion to Dismiss – #74

- MOTION HEARING:  February 10, 2014 at 02:30 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/A Chubb
                                                          Case Manager

Dated:   January 17, 2014