UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Shoshana Hebshi,

                        Plaintiff(s),

v.                                    Case No. 4:13–cv–10253–TGB–LJM
                                                  Hon. Terrence G. Berg

United States of America, et al.,

                        Defendant(s),

**NOTICE OF DETERMINATION OF MOTION
WITHOUT ORAL ARGUMENT**

    The following motion(s) have been filed:

        Motion to Stay – #66
        Motion – #70

    Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Terrence G. Berg *without* oral argument.

    Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

    Courtesy copies are required only if briefs, together with exhibits, exceed twenty pages.

**Certificate of Service**

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                    By: s/A Chubb
                                                        Case Manager

Dated:  January 17, 2014