## INDEX OF EXHIBITS

**Exhibit 1**     Proposed Reply Brief in Support of the WCAA Defendants' Motion for Partial Judgment on the Pleadings

**Exhibit 2**     Dealer Computer Serv., Inc. v. Dale Spradley Motors, Inc., No. 11–11853, 2011 WL 4737586 (E.D. Mich. Oct. 5, 2011)

**Exhibit 3**     Smith-Murrey v. Marsh, No. 11–13910, 2013 WL 1296827 (E.D. Mich. March 20, 2013)