UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Shoshana Hebshi,

                Plaintiff(s),

v.                                        Case No. 4:13–cv–10253–TGB–LJM
                                              Hon. Terrence G. Berg

United States of America, et al.,

                Defendant(s),

**NOTICE OF DETERMINATION OF MOTION
WITHOUT ORAL ARGUMENT**

The following motion(s) have been filed:

    Motion for Partial Summary Judgment – #89
    Motion for Protective Order – #94
    Motion for Protective Order – #98

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Terrence G. Berg *without* oral argument.

Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

Courtesy copies are not required.

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                              By: s/A Chubb
                                                  Case Manager

Dated:  March 31, 2014