UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Shoshana Hebshi,

                          Plaintiff(s),

v.                                            Case No. 4:13–cv–10253–TGB–LJM
                                                          Hon. Terrence G. Berg

United States of America, et al.,

                        Defendant(s),
_____

**NOTICE OF DETERMINATION OF MOTION
WITHOUT ORAL ARGUMENT**

The following motion(s) have been filed:

       Motion for Partial Summary Judgment – #89
       Motion for Protective Order – #94
       Motion for Protective Order – #98

Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Terrence G. Berg *without* oral argument.

Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                        By: s/A Chubb
                                                            Case Manager

Dated:  May 5, 2014