# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| SHOSHANA HEBSHI, ) | |
| ) | |
| Plaintiff, ) | Hon. Terrence G. Berg |
| ) | Magistrate Judge Mona K. Majzoub |
| v. ) | |
| ) | Case No. 4:13-cv-10253 |
| UNITED STATES OF AMERICA, ) | |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 83.25, defendants the United States of America, John Brand, David Lakatos, Nathanael Devins, Robert Ball, and Paul Brumley respectfully request that the Court permit Jean Marie Cunningham to withdraw as counsel for the above-referenced federal defendants in this action. *See* E.D. Mich. LR 83.25. Department of Justice co-counsel of record, Sarah E. Whitman, has represented all of these federal defendants since the commencement of the lawsuit and she will continue to do so. No delay of any aspect of this action will result from the withdrawal. Counsel for all other parties have been consulted, and they have no objection to the withdrawal.

2

| | |
|---|---|
| Dated: June 26, 2014 | Respectfully submitted,<br><br>STUART F. DELERY<br>Assistant Attorney General, Civil Division<br><br>RUPA BHATTACHARYYA<br>Director, Torts Branch, Civil Division<br><br>C. SALVATORE D'ALESSIO, JR.<br>Assistant Director, Torts Branch, Civil Division<br><br>*/s/ Jean Marie Cunningham*<br>JEAN MARIE CUNNINGHAM<br>DC Bar No. 456699<br>Trial Attorney<br>Torts Branch, Civil Division<br>United States Department of Justice<br>P.O. Box 7146, Ben Franklin Station<br>Washington, DC 20044<br>T: (202) 616-4164<br>F: (202) 616-4314<br>E-mail: Jean.Cunningham@usdoj.gov<br><br>*Counsel for Defendants the United States of America, John Brand, David Lakatos, Nathanael Devins, Robert Ball, and Paul Brumley* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed on June 26, 2014 the foregoing **MOTION TO WITHDRAW APPEARANCE** with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

**Julie H. Hurwitz: jhurwitz@goodmanhurwitz.com
Kathryn Bruner James: kjames@goodmanhurwitz.com
Miriam R. Nemeth: mnemeth@goodmanhurwitz.com
William H. Goodman: bgoodman@goodmanhurwitz.com
Rachel E. Goodman: Rgoodman@aclu.org
Michael J. Steinberg: msteinberg@aclumich.org
Sarah Tremont: stremont@cov.com
Alan B. Havis: ahavis@airportdefender.com
T. Joseph Seward: tjseward@cmda-law.com
Brian Maye: bmaye@amm-law.com
Steven Boldt: sboldt@amm-law.com
Alexander Ayar: aayar@fosterswift.com**

I further certify that I have mailed by United States Mail the foregoing paper to the following non-ECF participants:

**None**

> */s/ Jean Marie Cunningham*
> JEAN MARIE CUNNINGHAM
> DC Bar No. 456699
> Trial Attorney
> Torts Branch, Civil Division
> United States Department of Justice
> P.O. Box 7146, Ben Franklin Station
> Washington, DC 20044
> T: (202) 616-4164
> F: (202) 616-4314
> E-mail: Jean.Cunningham@usdoj.gov