# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| SHOSHANA HEBSHI, | ) | |
| | ) | |
| Plaintiff, | ) | Hon. Terrence G. Berg |
| | ) | Magistrate Judge Mona K. Majzoub |
| v. | ) | |
| | ) | Case No. 4:13-cv-10253 |
| UNITED STATES OF AMERICA, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER GRANTING MOTION TO WITHDRAW

WHEREFORE, federal defendants the United States of America, John Brand, David Lakatos, Nathanael Devins, Robert Ball, and Paul Brumley have filed a motion seeking leave for attorney Jean Marie Cunningham to withdraw her appearance in this action, after considering the Motion, the Court HEREBY GRANTS the federal defendants' Motion to Withdraw.

SO ORDERED, this the 1st day of July, 2014.

s/Terrence G. Berg_____
Hon. Terrence G. Berg
United States District Judge