UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHOSHANA HEBSHI,

                Plaintiff,

v.

UNITED STATES OF AMERICA; FRONTIER AIRLINES, INC.; JOHN BRAND, in his individual capacity; UNKNOWN FBI AGENT 1, in his individual capacity; UNKNOWN FBI AGENT 2, in his individual capacity; MARK DEBEAU, in his individual capacity; JEREMY BOHN, in his individual capacity; CAPTAIN PATRICK DRISCOLL, in his individual capacity; OFFICER GRANT, in his individual capacity; LT. M. WASIUKANIS, in his individual capacity; TOYA PARKER, in her individual capacity; DT. CARMONA, in his or her individual capacity; OFFICER JOHNSON, in his or her individual capacity; CORP. BRADLEY, in his or her individual capacity; UNKNOWN CBP OFFICER, in his individual capacity; DAVID LAKATOS, in his individual capacity; NATHANIEL DEVINS, in his individual capacity; UNKNOWN TSA AGENT 1, in his individual capacity; UNKNOWN TSA AGENT 2, in her individual capacity; ROBERT BALL, in his individual capacity; UNKNOWN ICE OFFICER, in his individual capacity; and PAUL BRUMLEY, in his individual capacity,

                Defendants.

and

MARK DEBEAU, OFFICER GRANT, TOYA PARKER, DET. CARMONA, OFFICER JOHNSON, JEREMY BOHN, CAPTAIN PATRICK, DRISCOLL, LT. M.

Honorable Terrence G. Berg

Magistrate Judge Mona K. Majzoub

Case No. 13-10253

**STIPULATED ORDER EXTENDING DEADLINE FOR PLAINTIFF'S RESPONSE TO CERTAIN WCAA DEFENDANTS' FIRST SET OF INTERROGATORIES**

WASIUKANIS,
and CORPORAL BRADLEY,

         Cross-Plaintiffs,

v.

FRONTIER AIRLINES, INC.,

         Cross-Defendant.

_____/

| | |
|---|---|
| Michael J. Steinberg (P43085) | Alan B. Havis (P36988) |
| Kary L. Moss (P49759) | Law Offices of Alan B. Havis Esq. |
| American Civil Liberties Union Fund of Michigan | 25505 W. 12 Mile Road, Suite 100 |
| 2966 Woodward Avenue | Southfield, MI 48034 |
| Detroit, MI 48201 | (248) 353-3690 |
| (313) 578-6823 | ahavis@AirportDefender.com |
| msteinberg@aclumich.org | ***Attorney for Debeau, Grant, Parker, Carmona, & Johnson*** |
| | |
| Dennis D. Parker | T. Joseph Seward (P35095) |
| Rachel E. Goodman | Cummings McClorey Davis & Acho |
| American Civil Liberties Union Foundation | 33900 Schoolcraft Road |
| 125 Broad Street, 18th Floor | Livonia, MI 48150 |
| New York, NY 10004 | (248) 261-2400/Fax: |
| (212) 549-2500/Fax: (212) 549-2651 | tjseward@cmda-law.com |
| rgoodman@aclu.org | ***Attorneys for Bohn, Driscoll, Wasiukanis, & Bradley*** |
| | |
| William H. Goodman (P14173) | Paula L. Wegman |
| Julie H. Hurwitz (P34720) | Brian T. Maye |
| Kathryn Bruner James (P71374) | Steven L. Boldt |
| Miriam R. Nemeth (P76789) | ADLER MURPHY & McQUILLEN LLP |
| Goodman & Hurwitz, P.C. | 20 S. Clark Street, Suite 2500 |
| Cooperating Attorneys, American Civil Liberties Union Fund of Michigan | Chicago, Illinois 60603 |
| 1394 E. Jefferson Ave. | (312) 345-0700/5-Fax: (312) 345-9860 |
| Detroit, MI 48207 | bmaye@amm-law.com |
| (313) 567-6170 | |
| mail@goodmanhurwitz.com | Alexander A. Ayar (P69623) |
| | Foser, Swift, Collins & Smith, P.C. |
| Anna Engh | 32300 Northwestern Highway, Suite 230 |
| Shelli Calland | Farmington Hills, MI 48334-1571 |
| Sarah Tremont (P73809) | (248) 538-6326/Fax: |
| Liza Khan | aayar@fosterswift.com |
| Covington & Burling LLP | ***Attorneys for Frontier Airlines, Inc.*** |
| 1201 Pennsylvania Ave., N.W. | |
| Washington D.C. 20004 | Sarah E. Whitman, Trial Attorney |
| (202) 662-6000 | U.S. Department of Justice, Civil Division |
| aengh@cov.com | Torts Branch – Constitutional Torts Section |
| scalland@cov.com | P.O. Box 7146 |
| stremont@cov.com | Ben Franklin Station |
| lkhan@cov.com | Washington, DC 20044 |
| | (202) 616-0089/Fax: (202) 616-4314 |
| | Sarah.Whitman@usdoj.gov |

*Attorneys for Plaintiff*

                                        Lynn M. Dodge
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        211 W. Fort Street, Suite 2001
                                        Detroit, MI  48226
                                        (313) 226-0205
                                        Lynn.Dodge@usdoj.gov
                                        ***Attorney for Brand, Lakatos, Devins, Ball, Brumley, & USA***

## STIPULATED ORDER EXTENDING DEADLINE FOR PLAINTIFF'S RESPONSE TO THE WCAA DEFENDANTS' FIRST SET OF INTERROGATORIES

Upon stipulation between the Plaintiff and Defendants Bohn, Driscoll, Wasiukanis, and Bradley (collectively, "certain WCAA Defendants"), by and through their attorneys, and the Court otherwise being fully advised of the following facts in the premises:

1.    Presently at issue in this 42 U.S.C. § 1983 action are interrogatories that certain WCAA Defendants have served on Ms. Hebshi.  These requests were served on Ms. Hebshi on May 29, 2014, and Ms. Hebshi's Responses were due on June 30, 2014.

2.    Pursuant to Federal Rule of Civil Procedure 33(b)(2), although "[t]he responding party must serve its answers and objections within 30 days after being served with the interrogatories[,] [a] shorter or longer time may be stipulated to under Rule 29 or be ordered by the Court."

3.    On June 27, 2014, in a meet-and-confer between the parties, Plaintiff's counsel requested an extension of the June 30 deadline because the

3

Plaintiff was moving homes and also leaving on an extended family vacation. Counsel for certain WCAA Defendants agreed to extend the Plaintiff's deadline for responses and objections until August 4, 2014, but asked that a Court Order be entered to that effect.

Therefore, it is hereby **STIPULATED AND ORDERED** that the deadline for the Plaintiff's responses and objections to certain WCAA Defendants' First Set of Interrogatories is extended until August 4, 2014.

IT IS SO ORDERED.

                                                s/Terrence G. Berg_____
                                                Honorable Terrence G. Berg

Dated: July 3, 2014

*Counsel for the Parties agree to the above Stipulated Order on June 30, 2014:*

**GOODMAN & HURWITZ, P.C.**
By:  */s/Miriam R. Nemeth*
Miriam R. Nemeth (P76789)
*On Behalf of the Plaintiff*

**CUMMINGS, MCLOREY, DAVIS & ACHO**
By:  */s/T. Joseph Seward*
T. Joseph Seward (P35095)
*On Behalf of the WCAA Defendants*