UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**SHOSHANA HEBSHI,**

Plaintiff,

-v-

**UNITED STATES OF AMERICA; FRONTIER AIRLINES, INC.; JOHN BRAND,** in his individual capacity; **UNKNOWN FBI AGENT 1,** in his individual capacity; **UNKNOWN FBI AGENT 2,** in his individual capacity; **MARK DEBEAU,** in his individual capacity; **JEREMY BOHN,** in his individual capacity; **CAPTAIN PATRICK DRISCOLL,** in his individual capacity; **OFFICER GRANT,** in his individual capacity; **LT. M. WASIUKANIS,** in his individual capacity; **TOYA PARKER,** in her individual capacity; **DT. CARMONA,** in his or her individual capacity; **OFFICER JOHNSON,** in his or her individual capacity; **CORPORAL BRADLEY,** in his or her individual capacity; **UNKNOWN CBP OFFICER,** in his individual capacity; **DAVID LAKATOS,** in his individual capacity; **NATHANIAL DEVINS,** in his individual capacity; **UNKNOWN TSA AGENT 1,** in his individual capacity; **UNKNOWN TSA AGENT 2,** in her individual capacity; **ROBERT BALL,** in his individual capacity; **UNKNOWN ICE OFFICER,** in his individual capacity; and **PAUL BRUMLEY,** in his individual capacity;

Defendants.

Honorable Terrence G. Berg

Magistrate Mona K. Majzoub

Case No. 13-cv-10253

**<u>NOTICE OF APPEAL</u>**

Notice is hereby given that the Wayne County Airport Authority Defendants, OFFICER JEREMY BOHN, LIEUTENANT MICHAEL WASIUKANIS, CORPORAL MICHAEL BRADLEY, and CAPTAIN PATRICK DRISCOLL, appeal to the United States Court of Appeals for the Sixth Circuit from the order denying their motion for partial judgment on the pleadings, entered on July 18, 2014 by the Honorable Terrence G. Berg of the United States District Court for the Eastern District of Michigan. **(Dkt No. 124)**. A copy of the order is attached.

Respectfully submitted,

/s/T. Joseph Seward
**T. Joseph Seward (P35095)**
**Douglas J. Curlew (P39275)**
**CUMMINGS, MCCLOREY, DAVIS & ACHO**
33900 Schoolcraft Road
Livonia, Michigan 48150
Telephone: (734) 261-2400
Facsimile: (734) 261-4510
e-Mail: tjseward@cmda-law.com
Attorneys for Defendants/Appellants Bohn, Wasiukanis, Bradley and Driscoll only

Dated: August 8, 2014

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 8, 2014, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: All Attorneys of Record

and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: N/A

                      Respectfully submitted,

                      /s/T. Joseph Seward
                      **T. Joseph Seward (P35095)**
                      **Douglas J. Curlew (P39275)**
                      **CUMMINGS, MCCLOREY, DAVIS & ACHO**
                      33900 Schoolcraft Road
                      Livonia, Michigan 48150
                      Telephone: (734) 261-2400
                      e-Mail: tjseward@cmda-law.com
                      Attorneys for Defendants/Appellants Bohn,
                          Wasiukanis, Bradley and Driscoll only

P:\lak\Hebshi - 102400\Notice of Appeal.docx