UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Shoshana Hebshi,

      Plaintiff(s),

v.             Case No. 4:13–cv–10253–TGB–MKM
              Hon. Terrence G. Berg

United States of America, et al.,

      Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Terrence G. Berg as follows:

- STATUS CONFERENCE:  August 15, 2014 at 10:30 AM

The conference shall be initiated by COUNSEL FOR PLAINTIFF.

If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

            By: s/A Chubb
              Case Manager

Dated:   August 8, 2014