UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Shoshana Hebshi,

        Plaintiff(s),

v.

United States of America, et al.,

        Defendant(s).

Case No. 4:13−cv−10253−TGB−MKM
Hon. Terrence G. Berg

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

> United States Court of Appeals for the Sixth Circuit
> Potter Stewart U.S. Courthouse
> 100 East Fifth Street, Fifth Floor
> Cincinnati, OH   45202−3988

and all interested parties, by electronic means or first class U.S. mail, on August 11, 2014.

DAVID J. WEAVER, CLERK OF COURT

By: s/ T McGovern
     Deputy Clerk

Dated:   August 11, 2014