UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Shoshana Hebshi,

                                    Plaintiff(s),

v.                                                    Case No. 4:13–cv–10253–TGB–MKM
                                                      Hon. Terrence G. Berg

United States of America, et al.,

                                    Defendant(s),
_____

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

   **IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge Laurie J. Michelson pursuant to 28 U.S.C. § 636(b)(3), for the following purpose(s):

- **Conduct settlement conference**


                              s/Terrence G. Berg
                              Terrence G. Berg
                              United States District Judge


### Certificate of Service

   I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.


                              s/A Chubb
                              Case Manager

Dated:   September 2, 2014