UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Shoshana Hebshi,

                             Plaintiff(s),

v.                                             Case No. 4:13–cv–10253–TGB–MKM
                                                                Hon. Terrence G. Berg

United States of America, et al.,

                             Defendant(s),

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Laurie J. Michelson as follows:

- STATUS CONFERENCE:  September 8, 2014 at 10:00 AM

The conference shall be initiated by Plaintiff's counsel..

If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

**ADDITIONAL INFORMATION:**    Plaintiff's counsel will circulate a "call in" number, etc.

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                   By: s/J. Johnson
                                                       Case Manager

Dated:   September 5, 2014