UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Shoshana Hebshi,

                Plaintiff(s),

v.                                          Case No. 4:13−cv−10253−TGB−MKM
                                          Hon. Terrence G. Berg

United States of America, et al.,

                Defendant(s),

## NOTICE TO APPEAR

You are hereby notified to appear before District Judge Laurie J. Michelson at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 640, Detroit, Michigan, for the following proceeding(s):

- SETTLEMENT CONFERENCE:  September 16, 2014 at 10:00 AM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                      By: s/J. Johnson
                                                             Case Manager

Dated:  September 8, 2014