UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHOSHANA HEBSHI,

    Plaintiff,

v.

                                    Case Number 13-10253
                                    Honorable Terrence G. Berg
                                    District Judge Laurie J. Michelson
                                       (Settlement)

UNITED STATES OF AMERICA, et al.,

    Defendants.
_____/

## ORDER FOR FRONTIER AIRLINES TO RESPOND

  The following motion has been filed with the Court:

**Plaintiff's Motion to Compel A Representative of Frontier Airlines, Inc. With Full and Complete authority to Settle to Attend the November 5, 2014 Settlement Conference (#133).**

    The response to the motion shall be filed on or before **October 30, 2014** and comply with E.D. Mich. LR 7.1. **A courtesy copy, with tabbed exhibits when appropriate, should be mailed or hand delivered to Room 648 of the U.S. Courthouse, 231 W. Lafayette, Detroit, MI 48226.**

                                                  s/Laurie J. Michelson
                                                 LAURIE J. MICHELSON
                                                 UNITED STATES DISTRICT JUDGE

Dated: October 28, 2014

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 28, 2014, by electronic and/or ordinary mail.

                                                 S/Jane Johnson
                                                 Deputy Clerk