# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| SHOSHANA HEBSHI, | ) | |
| | ) | |
| Plaintiff, | ) | Hon. Terrence G. Berg |
| | ) | |
| v. | ) | Magistrate Judge Mona K. Majzoub |
| | ) | |
| UNITED STATES OF AMERICA, et al., | ) | Case No. 4:13-cv-10253 |
| | ) | |
| Defendants. | ) | |

## PLAINTIFF'S NOTICE OF WITHDRAWAL OF MOTION TO COMPEL

Plaintiff, through her undersigned counsel, hereby withdraws her Motion to Compel (DOC. # 133) filed on October 27, 2014. Plaintiff and Frontier have reached a resolution regarding the relief sought in Plaintiff's Motion to Compel. (*See* Stipulated Proposed Order attached hereto as Ex. A.)

October 30, 2014

    *s/Sarah E. Tremont*
SARAH E. TREMONT
Covington & Burling LLP
1201 Pennsylvania Avenue NW
Washington, DC 20004
(202) 662-5538
Email: stremont@cov.com

*Counsel for Plaintiff Shoshana Hebshi*

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on October 30, 2014, she served the foregoing document by electronically filing the same with the Clerk of the U.S. District Court for the Eastern District of Michigan, Southern Division by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

    *s/Sarah E. Tremont*
SARAH E. TREMONT
Covington & Burling LLP
1201 Pennsylvania Avenue NW
Washington, DC 20004
(202) 662-5538
Email: stremont@cov.com