# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| SHOSHANA HEBSHI, | ) | |
| | ) | |
| Plaintiff, | ) | Hon. Terrence G. Berg |
| | ) | |
| v. | ) | Magistrate Judge Mona K. Majzoub |
| | ) | |
| UNITED STATES OF AMERICA, et al., | ) | Case No. 4:13-cv-10253 |
| | ) | |
| Defendants. | ) | |

## STIPULATED ORDER ON PLAINTIFF'S MOTION TO COMPEL A REPRESENTATIVE OF FRONTIER AIRLINES, INC. (DOC. # 133)

Upon stipulation between the Plaintiff Shoshana Hebshi ("Plaintiff") and Defendant Frontier Airlines, Inc. ("Frontier"), by and through their attorneys, the Court otherwise being fully advised on the premises finds as follows:

1. On October 27, 2014, Plaintiff filed a Motion to Compel a Representative of Frontier Airlines, Inc. with Full and Complete Authority to Settle to Attend the November 5, 2014 Settlement Conference ("Motion"). (Doc. # 133.) In particular, Plaintiff contends that she filed her Motion because she was unable to obtain written assurance from Frontier that a representative would attend the upcoming settlement conference with authority to agree to changes to Frontier's policies, practices, and training. *Id.* at 1.

2. On October 28, 2014, the Court ordered Frontier to respond to the aforementioned motion by October 30, 2014. (Doc. # 134.)

3. In further discussions between counsel for Plaintiff and Frontier on October 28, 2014, Frontier assured Plaintiff that General Counsel for Frontier (located in Denver, Colorado) will appear telephonically for the upcoming settlement conference with authority to settle the

aforementioned issues on behalf of Frontier, and Plaintiff agreed that said telephonic appearance is adequate relief for the concerns raised in her motion.

NOW, THEREFORE, upon the stipulation of Plaintiff and Frontier, by and through their respective attorneys,

IT IS HEREBY STIPULATED AND ORDERED that the General Counsel for Frontier, or such other representative of Frontier with full and complete settlement authority, is ORDERED to appear telephonically for the November 5, 2014 Settlement Conference; and

IT IS FURTHER STIPULATED AND ORDERED that Plaintiff's Motion to Compel a Representative of Frontier Airlines, Inc. with Full and Complete Authority to Settle to Attend the November 5, 2014 Settlement Conference (Doc. # 133) is hereby DISMISSED as moot.

IT IS HEREBY ORDERED.

_____
Honorable Laurie J. Michelson
United States District Judge

Dated:

Approved as to form and substance:

October 29, 2014            /s/ Steven L. Boldt_____
STEVEN L. BOLDT
Adler Murphy & McQuillen LLP
20 S. Clark, Suite 2500
Chicago, Illinois 60603
(312) 345-0700
Email: sboldt@amm-law.com

*Counsel for Defendant Frontier Airlines, Inc.*

*/s/* with consent of Sarah Tremont
SARAH E. TREMONT
Covington & Burling LLP
1201 Pennsylvania Avenue NW

Washington, DC 20004
(202) 662-5538
Email: stremont@cov.com

/s/ with consent of Rachel Goodman
RACHEL E. GOODMAN
American Civil Liberties Union
125 Broad St.
18th Floor
New York, NY 10004
(212) 549-2680
Email: rgoodman@aclu.org

*Counsel for Plaintiff Shoshana Hebshi*