UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHOSHANA HEBSHI,

        Plaintiff,

v.

UNITED STATES OF AMERICA, et al,

        Defendants.
_____/

Case No. 13-10253

District Judge Terrence G. Berg

**ORDER DENYING WAYNE COUNTY AIRPORT AUTHORITY EMPLOYEE DEFENDANTS' MOTION TO COMPEL PLAINTIFF TO ATTEND THE NOVEMBER 5, 2014 SETTLEMENT CONFERENCE [137]**

This Court has conducted multiple settlement conference sessions with the parties. The most recent occurred on September 16, 2014. Prior to that conference, counsel for the parties unanimously agreed that certain of their clients and representatives, including Plaintiff, could participate by telephone. By the end of the September session, the parties had reached agreement on the remaining monetary issues. There were, however, certain non-monetary issues that were raised for the first time at the end of the day. Thus, the Court scheduled another settlement session for November 5, 2014, if the parties were unable to resolve the remaining issues on their own. In the late afternoon on November 3, 2014, the Wayne County Airport Authority ("WCAA") Employee Defendants filed a motion to compel Plaintiff's personal attendance at the settlement conference. (Dkt. 137.)

The WCAA Employee Defendants are aware that Plaintiff resides in California. After previously agreeing to allow Plaintiff to participate by phone, it is unreasonable for these Defendants to now demand her appearance in Michigan on one day's notice. Moreover, the

1

non-monetary issue that remains between Plaintiff and the WCAA Employee Defendants can be adequately addressed with Plaintiff by phone.

Accordingly, the WCAA Employee Defendants' Motion to Compel Plaintiff to Attend the November 5, 2014 Settlement Conference is **DENIED**.

 **IT IS SO ORDERED.**

s/Laurie J. Michelson<br>
LAURIE J. MICHELSON<br>
UNITED STATES DISTRICT JUDGE<br>
(Settlement Conference Judge only)

Dated: November 4, 2014

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on November 4, 2014.

s/Jane Johnson<br>
Case Manager to<br>
Honorable Laurie J. Michelson

2