UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Shoshana Hebshi,

                          Plaintiff(s),

v.                                            Case No. 4:13–cv–10253–TGB–MKM
                                                          Hon. Terrence G. Berg

United States of America, et al.,

                          Defendant(s),
_____/

## NOTICE OF TELEPHONIC CONFERENCE

PLEASE TAKE NOTICE that a telephonic conference has been scheduled before District Judge Laurie J. Michelson as follows:

- STATUS CONFERENCE:  December 11, 2014 at 03:00 PM

The conference shall be initiated by Plaintiff's counsel.

If possible, please refrain from the use of cell phones.  If a party wishes to be called at a number other than the one listed on the docket, please give that information to the party initiating the call.

**ADDITIONAL INFORMATION:**   Please contact Judge Michelson at (313) 234–5095 or use a "call in" number. T

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                          By: s/J. Johnson
                                                             Case Manager

Dated:   December 9, 2014