IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| SHOSHANA HEBSHI, | ) | |
| | ) | |
| Plaintiff, | ) | Hon. Terrence G. Berg |
| | ) | |
| v. | ) | Magistrate Judge Mona K. Majzoub |
| | ) | |
| UNITED STATES OF AMERICA, et al., | ) | Case No. 4:13-cv-10253 |
| | ) | |
| Defendants. | ) | |

## NOTICE OF CHANGE OF ADDRESS FOR PLAINTIFF'S COUNSEL COVINGTON & BURLING, LLP

PLEASE TAKE NOTICE that effective December 9, 2014, the address of the Washington, D.C., Office of Covington & Burling LLP, counsel for Plaintiff Shoshana Hebshi, has changed.

Please direct all paper notices, orders, and other correspondence to Sarah E. Tremont at the following address:

    Sarah E. Tremont
    COVINGTON & BURLING LLP
    One CityCenter
    850 Tenth Street, NW
    Washington, DC 20001-4956
    Telephone: 202-662-6000

There is no change for electronic mail and ECF Notifications.

2

Dated December 9, 2014                              *s/Sarah E. Tremont*
SARAH E. TREMONT
Covington & Burling, LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: 202-662-6000
Email: stremont@cov.com

*Counsel for Plaintiff Shoshana Hebshi*

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that on December 9, 2014, she served the foregoing notice by electronically filing the same with the Clerk of the U.S. District Court for the Eastern District of Michigan, Southern Division by using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

          *s/Sarah E. Tremont*
Sarah E. Tremont
COVINGTON & BURLING, LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: 202-662-6000
Email: stremont@cov.com