UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SHOSHANA HEBSHI,

     Plaintiff,

v.

UNITED STATES OF AMERICA, FRONTIER
AIRLINES, INC., JOHN BRAND, in his
individual capacity, UNKNOWN FBI AGENT
1, in his individual capacity, UNKOWN FBI
AGENT 2, in his individual capacity, JOHN
ETLING, in his individual capacity, MARK
DEBEAU, in his individual capacity, JEREMY
BOHN, in his individual capacity, CAPTAIN
PATRICK DRISCOLL, in his individual
capacity, OFFICER GRANT, in his individual
capacity, LT M. WASIUKANIS, in his
individual capacity, TOYA PARKER, in her
individual capacity, DT. CARMONA, in his
or her individual capacity, OFFICER
JOHNSON, in his or her individual capacity,
CORPORAL BRADLEY, in his or her
individual capacity, UNKNOWN CBP
OFFICER, in his individual capacity, THOMAS
PIPIS, in his individual capacity, DAVID
LAKOTOS, in his individual capacity,
NATHANIEL DEVINS, in his individual
capacity, UNKNOWN TSA AGENT 1, in his
individual capacity, UNKNOWN TSA AGENT
2, in her individual capacity, ROBERT BALL,
in his individual capacity, UNKNOWN ICE
OFFICER, in his individual capacity,
PAUL BRUMLEY, in his individual capacity,
and WAYNE COUNTY AIRPORT
AUTHORITY,

     Defendants.

No. 4:13-cv-10253

Hon. Terrence G. Berg

_____/

SARAH MEHTA (P76024)
MICHAEL J. STEINBERG (P43085)
KARY L. MOSS (P49759)
ACLU OF MICHIGAN
Attorneys for Plaintiff
2966 Woodward Avenue
Detroit, MI 48201
(313) 578-6823
smehta@aclumich.org
msteinberge@aclumich.org
kmoss@aclumich.org

DENNIS D. PARKER
RACHEL E. GOODMAN
AYIRINI FONSCECA-SABUNE
ACLU
Attorneys for Plaintiff
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
(212) 549-2651
dparker@aclu.org
rgoodman@aclu.org
afonseca-sabune@aclu.org

WILLIAM H. GOODMAN (P14173)
JULIE HORWITZ (P34720)
KATHRYN BRUNER JAMES (P71374)
GOODMAN & HURWITZ PC
Attorneys for Plaintiff
1394 E. Jefferson Avenue
Detroit, MI 48207
(313) 567-6170
bgoodman@goodmanhurwitz.com
jurwitz@goodmanhurwitz.com
kjames@goodmanhurwitz.com

ANNA ENGH
SHELLI CALLAND
ARJUN SETH
SARAH TREMONT (P73809)
COVINGTON & BURLING LLP
Attorneys for Plaintiff
1201 Pennsylvania Ave., N.W.
Washington, DC 20004
(202) 662-6000
aengh@cov.com
stremont@cov.com

ALAN B. HAVIS (P36988)
LAW OFFICES OF ALAN B. HAVIS ESQ.
Attorney for Mark Debeau, Officer Grant,
Toya Barry, Dt. Carmona, Officer
Johnson and the Wayne County Airport Authority
25505 W. 12 Mile Road, Suite 1000
Southfield, MI 48034
(248) 353-3690
ahavis@AirportDefender.com

T. JOSEPH SEWARD (P35095)
CUMMINGS MCCLOREY DAVIS & ACHO
Attorney for Jeremy Bohn, Captain Patrick
Driscoll, Lt. M. Wasiukanis, and Corporal
Bradley
33900 Schoolcraft Road
Livonia, MI 48150
(734) 261-2400
tjseward@cmda-law.com

LYNN M. DODGE (P38136)
UNITED STATES ATTORNEY'S OFFICE
Attorney for John Brand, John Etling,
Thomas Pipis, David Lakotos, Nathanael
Devins, Robert Ball, Paul Brumley and
the United States
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-0205
Lynn.Dodge@usdoj.gov

SARAH E. WHITMAN
UNITED STATES DEPT. OF JUSTICE
Attorney for John Brand, John Etling,
Thomas Pipis, David Lakotos, Nathanael
Devins, Robert Ball, Paul Brumley and
the United States
Torts Branch, Civil Division
P.O. Box 7146, Ben Franklin Station
Washington, DC 20044
(202) 616-0089
Sarah.Whitman@usdoj.gov

BRIAN T. MAYE
ADLER MURPHY & McQUILLEN LLP
Attorney for Frontier Airlines, Inc.
20 South Clark Street, Ste. 2500
Chicago, IL 60603-1804
(312) 345-0700
bmaye@amm-law.com

/

## STIPULATION AND ORDER TO
## ADD DEFENDANT AND CHANGE CAPTION

The parties stipulate to the following terms, and accordingly, it is ORDERED:

Wayne County Airport Authority shall be added as a defendant and shall be named in the caption.


s/Terrence G. Berg
**HON. TERRENCE G. BERG**
United States District Court Judge

Dated: January 15, 2015


Agreed and stipulated to by:

/s/ T. Joseph Seward

**T. JOSEPH SEWARD** (P35095)
Attorney for Defendants Cpt. Patrick Driscoll,
Cpl. Bradley, Lt. M. Wasiukanis, Sgt. Jeremy
Bohn

/s/         Alan        B.        Havis

**ALAN B. HAVIS** (P36988)
Attorney for Defendants Ofc. Grant,
Ofc. Johnson, Mark Debeau, Toya Parker,
Det. Carmona, and Wayne County Airport
Authority


/s/ Michael J. Steinberg
**MICHAEL J. STEINBERG (P43085)**
Attorney for Plaintiff Shoshana Hebshi

/s/ Sarah E. Whitman
**SARAH E. WHITMAN**
Attorney for Defendants United States
of America, John Etling, Thomas Pipis,
David Lakotos, Nathaniel Devins,
Robert Ball, Paul Brumley


/s/ Brian T. Maye
**BRIAN T. MAYE**
Attorney for Frontier Airlines, Inc.