# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: February 06, 2015

Ms. Shelli Li Calland
Law Offices
1200 New Hampshire Avenue N.W.
Suite 600
Washington, DC 20036

Ms. Lynn Marie Dodge
United States Department of Justice
U.S, Attorneys Office
211 W. Fort Street
Suite 2000
Detroit, MI 48226

Mr. Alan B. Havis
Law Offices
25505 W. Twelve Mile Road
Suite 1000
Southfield, MI 48034-0000

Ms. Julie H. Hurwitz
Goodman & Hurwitz
1394 E. Jefferson Ave.
Detroit, MI 48207

Ms. Kathryn Bruner James
Goodman & Hurwitz
1394 E. Jefferson Avenue
Detroit, MI 48207

Ms. Lindsey A. Kaczmarek
Cummings, McClorey, Davis & Acho
33900 Schoolcraft Road
Livonia, MI 48150

Ms. Miriam Rose Nemeth
Goodman & Hurwitz

1394 E. Jefferson Avenue
Detroit, MI 48207

Mr. Michael Jay Steinberg
ACLU Fund of Michigan
2966 Woodward Avenue
Detroit, MI 48201

Ms. Sarah E. Tremont
Covington & Burling
850 Tenth Street, N.W.
Washington, DC 20001

                  Re:  Case No. 14-2022, *Shoshana Hebshi v. USA, et al*
                       Originating Case No. : 4:13-cv-10253

Dear Sir or Madam,

  The Court issued the enclosed (Order/Opinion) today in this case.

                                     Sincerely yours,

                                     s/Connie A. Weiskittel
                                   Mediation Administrator

cc:  Mr. David J. Weaver

Enclosure

No mandate to issue

Case No. 14-2022

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

SHOSHANA HEBSHI

    Plaintiff - Appellee

v.

MARK DeBEAU; OFFICER CHARLES JOHNSON; OFFICER KEVIN GRANT; OFFICER TOYA PARKER and DETECTIVE JOHN CARMONA, all in their individual capacities,

    Defendants - Appellants

and

UNITED STATES OF AMERICA; et al

Defendants

   In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

   It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                                  **ENTERED PURSUANT TO RULE 33,**
                                  **RULES OF THE SIXTH CIRCUIT**
                                  Deborah S. Hunt, Clerk

Issued: February 06, 2015