# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| SHOSHANA HEBSHI, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 13-10253 |
| ) | |
| UNITED STATES OF AMERICA, et al, ) | Hon. Terrence G. Berg |
| ) | |
| ) | Hon. Laurie J. |
| ) | Michelson (Settlement) |
|     Defendants. ) | |
| ) | |

## PLAINTIFF'S MOTION TO VOLUNTARILY DISMISS

The parties having settled the above-captioned action, Plaintiff respectfully moves this Court to dismiss with prejudice the above-captioned action against all Defendants. Each Party shall bear its own costs, expenses, and fees. In accordance with Rule 7.1(a) of the Local Rules of the Eastern District of Michigan, Plaintiff's counsel certifies that all Defendants concur in this request. Attached as Exhibit A is a Proposed Order of Dismissal.

    Respectfully submitted,

    */s/Rachel E. Goodman*

1

Rachel E. Goodman
Dennis Parker
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
rgoodman@aclu.org
dparker@aclu.org
*Attorneys for Plaintiff*

Sarah E. Tremont (P73809)
Covington & Burling LLP
1201 Pennsylvania Ave., N.W.
Washington D.C. 20004
(202) 662-6000
aengh@cov.com
stremont@cov.com
*Attorneys for Plaintiff*

Michael J. Steinberg (P43085)
Kary L. Moss (P49759)
Brooke A. Merriweather-Tucker
American Civil Liberties Union Fund of Michigan
2966 Woodward Avenue
Detroit, MI 48201
(313) 578-6823
msteinberg@aclumich.org
kmoss@aclumich.org
*Attorneys for Plaintiff*

William H. Goodman (P14173)
Julie H. Hurwitz (P34720)
Kathryn Bruner James (P71374)
Miriam R. Nemeth (P76789)
Goodman & Hurwitz, P.C.
Cooperating Attorneys, American Civil Liberties Union Fund of Michigan
1394 E. Jefferson Ave.

2

                                                Detroit, MI 48207
                                                (313) 567-6170
                                                bdoodman@goodmanhurwitz.com
                                                jhurwitz@goodmanhurwitz.com
                                                kjames@goodmanhurwitz.com
                                                mnemeth@goodmanhurwitz.com
                                                *Attorneys for Plaintiff*

Dated: April 21, 2015