# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| SHOSHANA HEBSHI,   )   | |
|     Plaintiff,   )   | |
| )   | |
| v.   )   | Case No. 13-10253 |
| )   | |
| UNITED STATES OF AMERICA, et al,   )   | Hon. Terrence G. Berg |
| )   | |
| )   | Hon. Laurie J. |
| )   | Michelson (Settlement) |
|     Defendants.   )   | |
| )   | |

## ORDER OF DISMISSAL

Having considered Plaintiff's unopposed Motion to Voluntarily Dismiss, this Court finds the Motion should be **GRANTED**. The above-captioned action is hereby **DISMISSED WITH PREJUDICE** as to all defendants, each party to bear its own costs, expenses, and fees.

_____
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated: _____