# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | | |
|---|---|---|
| SHOSHANA HEBSHI, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 13-10253 |
| | ) | |
| UNITED STATES OF AMERICA, et al, | ) | Hon. Terrence G. Berg |
| | ) | |
| | ) | Hon. Laurie J. |
| | ) | Michelson (Settlement) |
|     Defendants. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

    I hereby certify that on April 21, 2015, I electronically filed the foregoing Motion to Voluntarily Dismiss with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Alan B. Havis

Alexander A. Ayar

Brian T. Maye

John R. Trentacosta

Lindsey A. Kaczmarek

Lynn Marie Dodge

Philip B. Phillips

Sarah E. Whitman

Steven L. Boldt

T. Joseph Seward

Respectfully submitted,

                                             /s/Rachel E. Goodman
                                             Rachel E. Goodman
                                             Dennis Parker
                                             American Civil Liberties Union Foundation
                                             125 Broad Street, 18th Floor
                                             New York, NY 10004
                                             (212) 549-2500
                                             rgoodman@aclu.org
                                             dparker@aclu.org
                                             *Attorneys for Plaintiff*

Dated: April 21, 2015