# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| SHOSHANA HEBSHI, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 13-10253 |
| ) | |
| UNITED STATES OF AMERICA, et al, ) | Hon. Terrence G. Berg |
| ) | |
| ) | Hon. Laurie J. |
| ) | Michelson (Settlement) |
|     Defendants. ) | |
| ) | |

## ORDER OF DISMISSAL

Having considered Plaintiff's unopposed Motion to Voluntarily Dismiss, this Court finds the Motion should be **GRANTED**. The above-captioned action is hereby **DISMISSED WITH PREJUDICE** as to all defendants, each party to bear its own costs, expenses, and fees.

                                            s/Terrence G. Berg
                                            TERRENCE G. BERG
                                            UNITED STATES DISTRICT JUDGE

Dated:    April 21, 2015
            Flint, Michigan

### Certificate of Service

I hereby certify that this Order was electronically submitted on April 21, 2015, using the CM/ECF system, which will send notification to each party.

                                        By:  s/A. Chubb
                                                Case Manager